AMBER NICOLE LOMPE,
Plaintiff,
v.
AMC, and APARTMENT MANAGEMENT
CONSULTANTS, L.L.C.,

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING
Civil Action No. 12-CV-088-J

# Carbon Monoxide Exposure Analysis

REPORT

Prepared May 10, 2013

for

Tyson E. Logan, Esq.
The Spence Law Firm
15 South Jackson Street
P.O. Box 548
Jackson, WY 83001

_____
by Bernard R. Cuzzillo, Ph.D., P.E.

**BERKELEY RESEARCH COMPANY**

DOCUMENTS CONSIDERED IN FORMING MY OPINIONS
1. Photos and videos from my inspection on April 29, 2013.
2. Complaint filed May 2, 2012.
3. Budget records from Sunridge Apartments for 2008 through 2010.
4. Depositions:
   Amber Lompe
   Stephanie Brooks
   Candace Capitelli
   Michael Coryell
   Michael Few
   John Haid
   Scott Kemberling
5. User's Guide for the Kidde KN-COPP-3 CO alarm
6. The News, HVACR Directory & Source Guide Issue, January 2, 2012. This lists the history of HVAC manufacturers.
7. Telephone consultation with Mr. Andrew Twitty, technical service representative for Allied Air Enterprises, the successor to Johnson Corporation and Armstrong Furnace.
8. Sunridge AMC Motion for Summary Judgment
9. Plaintiff's response to MSJ
10. LandAmerica report dated July 27, 2007
11. Sales records for CO & smoke detectors with an order date of 3/11/2011
12. Timeline of pertinent events provided by counsel
13. *Uniform Mechanical Code*, IAPMO and ICBO, Pasadena, CA, 1967.
14. UL 2034, *Standard for Safety, Single and Multiple Station Carbon Monoxide Alarms*, Underwriters Laboratories Inc., 2008.
15. Segeler, *Gas Engineers Handbook*, Industrial Press, 1965.
16. Popular Mechanics, Feb. 1991, p 54,


APPENDICES PROVIDED SEPARATELY
1. My *curriculum vitae*.
2. A list of testimony at deposition or trial for the past four years.

# INTRODUCTION

This reports my analysis of the causes of the subject carbon monoxide (abbreviated by its chemical symbol, CO) exposure on and preceding February 1, 2011 in Unit 436 of the Sunridge Apartments.

On April 29, 2013, I inspected the subject apartment. Since the subject furnace had been removed and discarded, I also inspected apartments in which the original furnaces remained installed and were similar to the subject furnace. These furnaces date from the 1970s which is consistent with the 1977 date of construction reported by Ensign Engineering & Land Surveying, Inc.

This report begins with 1) an explanation of the furnace and vent system design and operation, 2) a brief synopsis of combustion fundamentals, and 3) an explanation of combustion air supply. I then proceed to explain what went wrong.

## THE FURNACE AND VENT SYSTEM

The subject apartment was equipped with an 80,000 BTU/hr forced-air furnace that used natural draft for combustion air and flue-gas movement. This means that the flow of air needed for combustion is drawn into the firebox—the firebox being the lower part of the heat exchanger—by the partial vacuum created by the hot flue gas rising out of the heat exchanger. This flue gas empties into a draft hood (also called the draft diverter) which is basically an inverted funnel that channels the emerging flue gas into the vent pipe. In other words, the draft hood, with its hot, buoyant gases, is analogous to a bathtub with water flowing into it and out the drain. The draft hood is designed to mitigate the effects of brief reverse flows of gas in the vent pipe that may occur from time to time. The draft hood is open below the heat exchanger openings, and as a result



Fig. 11-3. Gas-fired upflow furnace. Courtesy Lennox Air Conditioning and Heating Co.

Adapted from: Brumbaugh, J.E., *Heating, Ventilating and Air Conditioning Library, Vol. I*, 2nd ed, Macmillan, 1986, p 322. The same picture appears in the 1976 first edition.

**BERKELEY RESEARCH COMPANY**

it normally draws fresh air into it, diluting the flue gas that enters the vent pipe. The purpose of the draft hood is to stabilize the flow of air through the heat exchanger, and to mitigate any transitory reversals of flow in the vent pipe by diverting it away from the heat exchanger.

These features are shown in the graphic which is a cut-away drawing of a furnace similar to the subject furnace which was manufactured by Johnson Corporation and sold under the Armstrong trade name. The model is G65-80D2C 2-1.

One important feature of this design is this: In a properly functioning furnace and vent system, all of the flue gases, regardless of composition, are directed up the vent pipe and out of the building. If, however, the vent pipe is obstructed, the draft hood will spill flue gases into the room. In other words, instead of fresh air entering the draft hood and diluting the flue gas, the flow is reversed, with some or all of the flue gases spilling into the furnace enclosure.

A second important point is that the combustion air, like any ordinary air, contains dust. This dust typically contains mineral matter that doesn't burn. As such, some of it deposits onto the heat exchanger surfaces, slowly reducing the cross sectional area available for the flow of combustion air and flue gas.

A final point is that the heat exchanger is made of carbon steel, and will rust as a normal degradation process. Rust, being iron oxide, is less dense than iron, and so it grows as a scale on the heat exchanger walls. This further contributes to restrictions of the heat exchanger flow.

COMBUSTION 101

In complete combustion of hydrocarbon fuels in air, such as in the subject furnace, oxygen in the air combines with natural gas (which is mostly methane) in the flame. The flame is a zone of high-temperature chemical reaction. As gases from the flame cool in the heat exchanger (transferring most of its heat to the living space) the combustion process produces water vapor ($H_2O$) and carbon dioxide, or $CO_2$. $CO_2$ is not toxic; in fact, our exhaled breath typically contains several percent $CO_2$. A typical furnace of the subject design, operating correctly after warm up, will produce less than 100 ppm CO in the outlet of its heat exchangers, and most often produce less than 20 ppm. 100 ppm is 0.01%.

When insufficient oxygen is present in the flame zone for complete combustion, water vapor is still produced, but CO is also produced, roughly in proportion to the shortage of oxygen. By the time this CO reaches additional oxygen, the temperature is too low for it to react and form $CO_2$. I have personally measured numerous instances of dirty appliances producing several percent CO in their flue gases. One percent is 10,000 ppm. The CO content in these appliances often exceed the $CO_2$ content. In other words, more of the fuel's carbon is emitted as CO than as $CO_2$.

The 500 ppm concentration in the breathing space that Mr. Coryell measured is high enough to cause fatality or permanent brain damage in about 90 minutes[1].

COMBUSTION AIR SUPPLY

When a furnace is installed in a small room, as in the instant case, the supply of combustion air must come from outside. Codes specify that one of these openings be placed within 12" of the ceiling, and the other within 12" of the floor. The total size of these openings required by

---

1     Underwriters Laboratories, UL 2034, *Carbon Monoxide Alarms*, 3rd ed., Figure 39.1, p 48, 2008.

the 1967 Uniform Building Code is at least 1 sq. in. per 1000 BTU input capacity. Insufficient combustion air supply can contribute to inadequate combustion airflow into the furnace. The subject furnace, at 80,000 BTU/hr, required at least 80 sq. in.

## WHAT WENT WRONG

The cause of the exposure breaks down into two categories: 1) Production of CO, and 2) Transport into the breathing air, as follows:

### PRODUCTION

The central furnace was emitting high concentrations of carbon monoxide from its heat exchanger. As discussed above, a furnace operating normally does not emit flue gases with a high carbon monoxide concentration. The primary reason for the high emissions was that the heat exchanger was partly obstructed by dust and soot deposits, and possibly by layers of rust. This condition was observed by Source Gas technician Michael Coryell, and was present in at least one of the exemplar furnaces that I inspected. This obstruction caused a reduction in the flowrate of combustion air entering the firebox. By design, the flowrate of combustion air is well in excess of what is chemically required for complete combustion. In complete combustion, oxygen in the air combines with natural gas (which is mostly methane) in the flame. As it cools in the heat exchanger (providing most of its heat to the living space) the combustion process produces water vapor and carbon dioxide, or $CO_2$. Routine maintenance, which includes cleaning out the heat exchangers, would have prevented this malfunction.

A possible contributing factor was inadequate combustion air supply. In all of the apartments that I inspected, combustion air was supplied by a single 6" diameter pipe at the top of the furnace closet. No lower combustion air opening was present. That single pipe has an area of only 28 sq. in, less than half of the required 80.[2] Since Mr. Coryell necessarily had the closet door open when he made his observations, this is not a primary causal factor.

Mr. Andrew Twitty, technical service representative for Allied Air Enterprises, the successor to Johnson Corporation and Armstrong Furnace, told me that although he could not locate the manual for this model furnace, he was confident that the manual called for annual maintenance at the beginning of each heating season that includes inspecting and cleaning the heat exchangers. He confirmed that to his knowledge, that instruction had been present for decades before that in all similar furnaces.

### TRANSPORT

Mr. Coryell also observed that the draft hood was spilling flue gas into the closet, and correctly concluded that the vent pipe was obstructed. Using the bathtub analogy described above, when a bathtub is overflowing in otherwise normal operation, the inescapable conclusion is that the drain is obstructed. In the case of the subject furnace, we can reliably infer that the vent pipe was obstructed. Again, routine maintenance, which includes checking for proper draft at the draft hood, would have prevented this malfunction.

A possible contributing factor is a large leak in the return air duct of the type that I ob-

---

2   Astonishingly, in the first and second floor units, many of the combustion air pipes were terminated with a flapper of the type commonly used for clothes dryer vent terminations. These flappers act as check valves, preventing flow into the furnace closet. The affected apartments thus have no provision for combustion air.

served in an exemplar furnace. This opening on the suction side of the blower pulls in air from the closet and distributes it into the breathing air.

A circumstantial contributing factor is the weather conditions. In particular, there was a lack of wind in the hours prior to the discovery of the malfunction, and the temperature was very cold, dipping to -20°F at the airport. The airport station reports zero or very light wind for this period which the records show is relatively uncommon. Wind strongly affects the rate of outside airflow into the building; this flow is called infiltration, and is equal to the airflow exiting the building, called exfiltration. Infiltration and exfiltration, measured in air changes per hour, or ACH, is the mechanism by which pollutants, including CO, get washed out of the building. Without wind, the ACH drops to very low values, allowing CO spilled from the furnace to accumulate up to higher concentrations than it would with wind. Although wind is not considered a safety measure, its absence helps explain why the incident occurred when it did.

The very cold outdoor temperatures cause the furnace to run for a greater percentage of the time than it would at warmer temperatures. This, of course, causes higher concentrations of CO in the breathing space since the furnace only produces CO when it is running.

## DISCUSSION AND CONCLUSIONS

The instance circumstances illustrate the general rule that at least two malfunctions need to happen concurrently to get CO exposure from furnaces. When only one of the factors is present, no significant exposure occurs. If the furnace is running normally, its flue gases are relatively benign and do not cause immediate CO exposure, even when the entire flow of flue gas is emptied into the breathing space[3]. Conversely, if the vent is operating normally, virtually all of the heat exchanger output is expelled out of the building, and again, it does not cause significant CO exposure. I have personally investigated instances of each of these permutations.

In conclusion, lack of routine maintenance caused two malfunctions that resulted in production of CO and transport into the breathing space. This resulted in breathing-space concentrations that could have easily caused fatality.

---

3    An exception occurs when the flue gases displace enough air in the breathing space that the oxygen concentration drops significantly. Then the furnace can run with insufficient oxygen and begin producing high concentrations of CO. I have personally investigated such cases.