## CARBON MONOXIDE INDEPENDENT MEDICAL EVALUATION

This report is written by: **Lindell K. Weaver**, MD, FACP, FCCP, FCCM, FUHM.

PATIENT:                        Amber Lompe
DATE OF EVALUATION:   September 14, 2012
DATE OF REPORT:           May 9, 2013

Amber Lompe is a 22-year-old woman referred by her attorney, Tyson Logan of Jackson, Wyoming for a carbon monoxide evaluation. History was obtained from Amber Lompe and review of provided medical records.

### Qualifications of Lindell K. Weaver, MD

My educational background includes a Bachelor of Science Degree in Engineering from Arizona State University, Graduation with distinction, 1976; Medical Doctorate from University of Arizona, 1979; Rotating Internship at the Naval Regional Medical Center, San Diego, CA 1979 - 1980; Specialized training in Undersea and Hyperbaric Medicine, 1980; Internal Medicine residency training at LDS Hospital, Salt Lake City, Utah, 1983-1985; Sub-specialty fellowship training in Pulmonary and Critical Care, University of Utah Medical Center, Salt Lake City, Utah, 1985-1987. Please see the attached curriculum vitae for a list of research and publications.

I was initially licensed in the state of South Carolina in 1980. Since 1983 this license has been inactive. I presently hold licenses to practice Medicine in the states of Utah (since 1983) and Arizona (since April 25, 1986). My medical license has never been suspended, revoked or placed on probationary status. I am board certified in Internal Medicine by the American Board of Internal Medicine with subspecialty certification in Critical Care Medicine and Pulmonary Disease.  Also, I am board certified by the American Board of Preventive Medicine with a subspecialty certification in Undersea and Hyperbaric Medicine.  I re-certified in Critical Care Medicine (through 2011), Pulmonary Disease (through 2012), and Undersea and Hyperbaric Medicine (through 2019).

I have a clinical practice in both hyperbaric medicine and critical care.  This practice includes evaluating and managing patients with acute carbon monoxide poisoning as well as those with sequelae following poisoning.  I have evaluated approximately 1000 carbon monoxide-poisoned patients over the last 25 years.  I continue to evaluate and treat patients on-going.  I have reported scientific results of over 200 patients followed in research trials with outcomes reported to one year after poisoning.  In addition, I am a tenured-track Professor at the University of Utah.  I am the Principal Investigator for carbon monoxide-related research at LDS Hospital, Salt Lake City, Utah and Intermountain Medical Center, Murray, Utah.  In addition, I have collaborated in carbon monoxide-related investigations at the University of Utah Departments of Psychology, and Educational Psychology, Brigham Young University and Primary Children's Medical Center, Salt Lake City, Utah.  I have published extensively in the field of carbon monoxide poisoning, and am recognized as an expert in carbon monoxide poisoning.  Important carbon monoxide-related publications include results from a randomized trial investigating outcomes of poisoned patients treated with hyperbaric oxygen or normobaric oxygen (New England Journal of Medicine); Clinical Practice – Carbon Monoxide Poisoning (New England Journal of

Medicine), development of white matter hyper-intensities on MRI following carbon monoxide poisoning (Neurology), Risk Factors for development of cognitive sequelae (American Journal of Respiratory and Critical Care Medicine, and others (see my curriculum vitae).  I have provided expert testimony on carbon monoxide poisoning and its effects in cases from Utah, Colorado, Montana, Iowa, Kansas, Florida, Arizona, Maryland, New Jersey, Illinois, West Virginia, Kentucky, Missouri, Kansas, Wyoming, New Mexico, and California.

**Overview of carbon monoxide poisoning**
Carbon monoxide (CO) is a gas produced by incomplete combustion.  It is colorless, tasteless and odorless to human senses.  It is almost the same density as air and distributes rapidly within spaces, such as rooms or apartments.  Symptoms and signs of poisoning are dependent upon the ambient carbon monoxide level, the duration of exposure, mass of the individual and co-morbidities of the exposed person.  For example at extremely high levels, symptoms are almost non-existent since the individual loses consciousness before they can develop symptoms.  At lower levels, common symptoms include headache, malaise, fatigue, muscle aches, slowed mentation, and confusion.  If ambient levels are sufficient, unconsciousness or death can follow.  Carbon monoxide damages tissue through several mechanisms:

1) Hypoxia, carbon monoxide binds to iron molecules within hemoglobin interfering with oxygen delivery to tissues.  If hypoxia is sufficient, cellular necrosis can ensue, as well as local inflammation.  The hypoxia can also result in high levels of excitatory amino acid neurotransmitters, which damage connected nerve cells.
2) Left-ward shift of the oxyhemoglobin dissociation curve, further reducing oxygen availability at the tissue level.
3) Reduction of cellular adenosine triphosphate production, which contributes to cellular energy deprivation, abnormal function and cellular death.
4) Release of myelin basic protein from myelin coating neuronal axons.  The myelin basic protein undergoes adduct formation and attracts inflammatory lymphocytes to the area of damage, which destroy and damage nerve cells
5) Inflammation. - Carbon monoxide causes neutrophils to release oxygen radical molecules which can damage cellular membranes and interfere with protein synthesis.
6) Inflammation – Carbon monoxide causes an increase in peroxynitrite, a highly oxidizing substance that damages endothelium.
7) Inflammation – Carbon monoxide poisoning causes acute changes in blood, including alterations of:  acute phase reactants, proteins associated with inflammatory responses (chemokines/cytokines and interleukins), growth factors, hormones, and an array of auto-antibodies.
8) Apoptosis – Carbon monoxide accelerates apoptosis, or premature, programmed cellular death in the hippocampus of the brain.
9) Release of iron into brain tissue - Iron is toxic if not properly sequestered within the body.  Its release can cause intense inflammation and brain tissue destruction.

Patients can have an uneventful recovery following carbon monoxide poisoning without apparent adverse sequelae.  However, adverse sequelae following carbon monoxide poisoning are common.  We do not understand why some individuals recover, while others have long-lasting impairments.  Adverse sequelae can follow poisoning immediately and persist, or can become manifest days, weeks or months following poisoning.  The late sequelae following poisoning

may be due to apoptosis, adaptive immunological processes, including inflammation and alteration in neurotransmitters. Those who develop sequelae often have persistent headaches, cognitive impairments, generally in the domains of short-term memory, executive function and speed of processing, affective problems and other neurological sequelae. If poisoning was associated with prolonged loss of consciousness, more dramatic neurocognitive impairments can occur. Nevertheless, we have reported in the peer-reviewed literature that loss of consciousness does not correlate, and is not required for patients to have cognitive impairments or affective problems following poisoning. Other common sequelae include depression and anxiety, which occur in approximately 50% of accidentally poisoned patients, likely from brain injury. Patients with sequelae often complain of headaches, dizziness and fatigue. Subtle motor and sensory abnormalities are seen, as well as vestibular dysfunction. Patients with sequelae behave similarly to those with sequelae following traumatic brain injury. Magnetic resonance brain imaging (MRI) of poisoned patients has shown: increased numbers of hyperintensities, hippocampal atrophy, dilated perivascular spaces, abnormal fiber tracking (by diffusion tensor imaging) and abnormal auditory functional MRI. As patients with brain injury age, they are at risk for early cognitive decline and Alzheimer's disease. Occasionally poisoned patient manifest cardiac conditions such as mild heart failure and an unexpected number of poisoning patients have mild pulmonary diffusion abnormalities. Children with carbon monoxide poisoning are at risk for brain damage too, and when present often exhibit developmental and behavioral problems. These problems can become increasingly manifest as the child ages and cognitive and psychological demands increase.

Curative therapy for carbon monoxide related brain injury and its associated adverse sequelae does not exist. Treatment should be directed to treat specific symptoms, and to helping the patient cope and adapt to their disabilities. Cognitive and vocational rehabilitation can be helpful. Psychotherapy and psychopharmacology approaches can be helpful for the affective problems these patients manifest.

**MATERIALS REVIEWED**
Wyoming Medical Center, Casper, WY
Central Wyoming Neurology LLC, Casper, WY
The Healing Place Counseling Ministry, Casper, WY
Bruce Leininger, PhD, Clinical Neuropsychologist, Casper, WY
Colorado Neuropsychological Associates, Denver, Colorado; Dr. Dennis Helffenstein
Rocky Mountain Therapy, Casper, WY
Safeway Pharmacy, Casper, WY
Urgent Care of Casper, LLC, Casper, WY
Memorial Hospital of Sheridan, Sheridan, WY
Mark D. Vuolo, MD, Psychiatry
CereScan, S. Gregory Hipskind, MD, PhD
Casper College, Counseling and Student Development Center, Casper, WY
North Platte Physical Therapy, Casper, WY

**REVIEW OF MATERIALS PROVIDED**

**Wyoming Medical Center, Casper, Wyoming**
02/01/2011 – Chief complaint was "I don't feel good". The narrative describes that Ms. Lompe is a 20 year old female who awakened at 7:30 AM. She did not feel well. She had a headache. She noted that her heart rate was increased. The patient stated that she heard a static noise in her head. She was shaky, weak, and dizzy. She does not remember everything that happened. She could not remember the EMT's name who brought her to the hospital. She tried to get up. She could not navigate. She was nauseated. She was not sure if she passed out or not, but she did vomit. The record documents that someone knocked on her door. It was the apartment "guy" who called the gas company. She felt really cold, everything was spinning and they discovered that her furnace was not working. A CO level of 500 PPM was reported in the Emergency Department narrative as the concentration of carbon monoxide in the residence. The patient was placed on supplemental oxygen by non rebreather mask and brought to the hospital. The record also documents that the patient had a headache, chest pain, nausea and vomiting. She had confusion but no focal neurological complaints. She was described as anxious and tearful. Her vital signs were stable. Her neurological exam showed that she had difficulty recalling recent events. According to the ED physician, her carboxyhemoglobin level was 16% [LKW – it was actually 19%.] Her electrocardiogram, by the Emergency Department physician, was reported as no acute changes, as well as a negative chest radiograph. The patient's headache continued while in the Emergency Department. She was referred to Dr. Jones for hyperbaric oxygen.

02/01/2011 at 11:30 AM her total bicarb was reduced at 18, magnesium at 1.6 and fasting glucose 131. Her white blood count was elevated at 12.59. Her pregnancy test was negative. At 11:30 her carboxyhemoglobin measured 19.0%.

02/01/2011 at 13:11. Electrocardiogram is normal. [My interpretation of this EKG is nonspecific ST T-wave changes. I do not believe this electrocardiogram is normal.]

02/01/2011 after 16:00 -- The patient was treated with hyperbaric oxygen. The Emergency Department physician and Hyperbaric Medicine physician talked about her carboxyhemoglobin level being "16", but the laboratory measurement was actually 19%. The hyperbaric protocol was 3 atmospheres pressure and she reached pressure at 16:30 PM. She was maintained at 3 atmospheres until 18:00 and then decompressed to atmospheric pressure at 18:30 (3 atmospheres absolute pressure for 90 minutes). I cannot determine if air breathing periods were utilized. After hyperbaric oxygen the patient complained of mid substernal chest pain. [LKW - more than likely self-limiting pulmonary oxygen toxicity.] Her post-hyperbaric oxygen chest radiograph was normal.

02/01/2011 - Pre hospital care report, the EMS responded to the patient's address for a "gas leak". Upon arrival the gas and fire departments stated they had a patient for transport. They stated the apartment had 500 PPM carbon monoxide. The patient felt sick and dizzy. The ambulance personnel described the patient to be alert and oriented. Her skin was pale, warm and dry. She was able to speak in full sentences. She had an increase in heart rate. She was tearful and asked for her father. She was provided oxygen by non rebreather face mask. The record documents that was she placed on oxygen at approximately 10:43 AM.

**The Healing Place Counseling Ministry, Casper, Wyoming.**
02/15/2012 - Initial evaluation:   presenting problems were frustration, exhaustion, recent disability due to carbon monoxide poisoning.  She was seen again on 2/24/2012, 3/8/2012, 3/16/2012, 3/23/2012, 3/29/2012, 4/27/12, 5/4/2012, 5/11/2012, 6/1/12, 8/1/2012, 8/28/12, 9/6/12, 10/3/12, 11/12/12, 11/29/12, 12/11/12, .   On 3/29/2012 the patient stated she did not have many issues at this time.  She was concerned she might require her gallbladder to be removed.  By 8/1/2012 she reported she was doing well and they had finally closed on their home.  She felt at this time like a lot of stress had been lifted.  On 12/11/12 she reported "doing ok", but difficulty with energy levels, sleeping often but not deeply.

**Bruce Leininger, PhD, clinical psychologist, Casper, Wyoming.**
02/15/2011 – Ms. Lompe was referred for examination by Todd Hamilton, PA-C of Central Wyoming Neurology in relation for concerns over recent carbon monoxide exposure with subsequent perception of cognitive and memory difficulties.  Dr. Leininger reported that this limited neuropsychological examination was representative of this young woman's current behavioral and testing abilities.  Her effort was satisfactory.  Dr. Leininger talked about that Ms. Lompe had experience depression symptoms to the extent that she pursued medication and counseling more than a year ago.  However, she was "apparently functioning adequately without being medicated for the past year or possibly longer".  To Dr. Leininger's understanding Ms. Lompe had no background of preexisting neurological or neuropsychological abnormalities.  Dr. Leininger stated that Ms. Lompe demonstrated cognitive memory inefficiency during objective testing and this coincides with her own perception of mental inefficiency.  She struggled with tasks requiring sustained focus, mental flexibility and learning memory.  Problems with memory retrieval were evident across the 12 word learning task, during which she had 12 opportunities to learn/process the information.  Her demonstrated weakness was similar to those that had been reported in the clinical literature for person exposed to high levels of carbon monoxide.  "Her frustration and sadness is certainly understandable in the context of acquired reductions in functioning and troublesome symptoms".  It was Dr. Leininger's opinion that Amber Lompe had not reclaimed her baseline level of functioning prior to the recent carbon monoxide exposure.  His diagnostic formulation included cognitive disorder, not otherwise specified; secondary to carbon monoxide exposure.  He planned nonlinear/dynamical EEG BioFeedback.

05/31/2011 – She used the AVE/CES unit stating that she "loved this".  She noted that the AVE had helped with sleep tremendously.  The AVE also helped her energy level.  She expressed that her cognitive abilities remained dysfunctional, but have perhaps improved somewhat.  She reported that her memory recovery appeared to be at "a standstill", and making decisions was difficult.  She ended up dropping out of 2 college classes (Psychology and Government). She had decided not to participate in the Casper College production of Titanic.  Dr. Leininger informed Ms. Lompe that he was relocating and could no longer see her.  In closing, he observed Ms. Lompe substitute an incorrect word in writing.  She seemed frustrated and stated that she makes these types of errors frequently.

**Rocky Mountain Therapy, Out-patient Rehabilitation Center, Casper, Wyoming,  Sharon S. Downes, MA, CCC-SLP.**
06/07/11 – 10/20/11 **-** Ms. Lompe was seen multiple times for language and cognitive therapy. A discharge summary dated March 2012 indicates that the patient received cognitive retraining to improve memory, attention and thought organization.  During this time her executive functioning, reasoning and problem solving in school, work and independent living improved. She demonstrated significant improvement in cognitive skills over the course of treatment.  She continued to report occasional headaches which affected her ability to complete school and work obligations.  The final prognosis was "good."

**Safeway Pharmacy, Casper, Wyoming**
06/08/09 – 8/14/12 - Medications include: Levaquin, Ciprofloxacin, Cefuroxine, Fluoxetine, zithromycin, methylprednisolone, pyridium, doxycycline, Fioricet, Ventalin, Amrix, indomethacin,  septra, propranolol, Nuvigil, cyclobenzaprine, doperamate, Sertraline, Proair, prochlorperazine, and omeprazole.  On October 16, 2009 she had a prescription for Fluoxetine, 20 mg for 30 tablets prescribed by Barry Wohl.   On February 1, 2012 she had a prescription for Sertraline 25mg for 30 tablets by Todd Erickson, PA-C and once again on March 23, 2012 by the same provider.

**Urgent Care of Casper, Casper, Wyoming**
03/05/2011 – diagnosis was bronchitis and cough, treated with cough suppression and bronchodilators.

**Colorado Neuropsychological Associates, Dr. Dennis Helffenstein, Denver, Colorado**
12/12/11; Reevaluation 11/5/12; report 2/6/13 - See below in Evaluations from others.

**Central Wyoming Neurology, Casper, Wyoming**
02/11/2011 - Initial evaluation: Todd Erickson, PA-C.  Ms. Lompe was seen for memory and cognitive problems following carbon monoxide poisoning.  Her neurological examination was normal.  The assessment was headache, memory and cognitive problems with reported exposure to carbon monoxide.  Mr. Erickson scheduled a brain MRI/MRA, ordered laboratory tests and an EEG and neuropsychological evaluation.

2/15/2011 – Fioricet prescribed for headache.  Assessment included memory and cognitive problems possibly due to carbon monoxide exposure.  The signing physician was Angelo M. Santiago, along with Todd Erickson, PA-C.

02/15/2011 - MR angiography of brain,– no evidence of focal aneurysm or AVM.  Hypoplasia of the A1 segment of the right anterior cerebral artery, most likely representing a normal variant. Fetal origin of the right PCA from the distal right ICA, which again likely represents a normal variant and a dominant right vertebral artery interpreted by Jerome F. McCabe, MD and William F. Wosick, MD.

02/15/2011 - MRI of brain– Mild to moderate chronic bilateral maxillary and right sphenoid sinusitis including mucus retention cyst at the maxillary bases, without air/fluid levels; mild chronic right mastoiditis;  intracranially unremarkable without enhancing lesion, acute

hemorrhage or focal mass lesion interpreted by Jerome F. McCabe, MD and William F. Wosick, MD.

02/15/2011- Electroencephalograph:  normal awake EEG interpreted by Angelo M. Santiago, MD.

03/21/2011 – At this time the record indicates that Ms. Lompe was doing BioFeedback and other mental exercises to help her memory, cognition and sleep.  She stated she was doing better.  She was having more difficulties with headaches.  She reported photophobia, phonophobia and nausea with a frontal and occipital headache that felt like her head was in a vise.  Her neurological exam was reported to be normal.  Assessment was memory and cognitive difficulties post reported carbon monoxide exposure and headaches with migrainous features.  Fioricet was continued as well as trying "trigger point injections" prophylactically.

04/05/2011 – Ms. Lompe reported that the trigger point injections did not help.  She reported her headaches were worsening.  She reported poor sleep.  Impression was cognitive difficulties, S/P carbon monoxide poisoning, followed by Dr. Leininger; mixed headache syndrome with components of tension type headache and migrainous headache; suspicion for bilateral occipital neuralgia.  The plan was to continue the current regimen and begin indomethacin, and Amrix.

05/03/2011 – The Amrix had been prescribed by Andy Hamilton, FNP at Central Wyoming Neurology on 4/5/2011.  She had not tried indomethacin, also prescribed at this visit because she was afraid of the nausea.  The Amrix had been helpful for muscle tension.  The patient reported headaches were getting worse.  The neurological exam was normal.  Assessment was memory and cognitive difficulties post reported carbon monoxide exposure and complex headaches with migrainous features post carbon monoxide exposure.  Propranolol was prescribed with recommendations to continue Fioricet.

06/07/2011 – She reports a 15% improvement with propranolol, with reducing frequency and increasing intensity of the headaches, but she forgot to take it periodically.  She reported doing a "boot camp" with the WACK and strenuous exercise increased the number of headaches.  She had to drop her spring classes because of difficulty with her memory and cognitive ability.  She reports that, if given a list of 3 to 4 items she will forget the middle two unless she writes them down.  She also notices that she leaves out letters or substitutes a wrong letter.  At this time she had not had cognitive therapy. She was trying to keep calendars but was still forgetful of things she told people and had to repeat herself several times.  She was searching for a new neuropsychologist because Dr. Leininger had relocated.  She was taking propranolol, Fioricet and Amrix daily.  Her speech was described as fluent without appreciable dysarthria.  Her neurological exam was normal.  Assessment remained memory and cognitive difficulties and complex headaches post carbon monoxide exposure.  The plan was for the patient to find another neuropsychologist and to be more diligent with taking propranolol.

07/27/2011 – She reports doing speech therapy which has been helpful, but during headaches it was difficult to focus.  Dr. Leininger had suggested that she follow up with Dr. Bell for an updated neuropsychological evaluation and BioFeedback.  She reported feeling tired all the time.  Her neurological exam was normal.  Assessment remained memory and cognitive difficulties

and a new diagnosis of somnolence. The plan was for the patient to get in touch with Dr. Bell, try Topomax and Nuvigil.

09/22/2011 – Patient reported Nuvigil seemed helpful. The headaches had also improved with therapy. She noted some metallic taste and feeling dizzy and lightheaded. Her neurological exam was normal. Diagnoses were as previous with memory, cognitive difficulties, complex headaches and somnolence. Therapy was continued.

12/01/2011 – Plan was for a neuropsychological evaluation in Denver. She had not decided whether she will start school again in the spring semester. She was uncertain if she could take a full load of the Physical Therapy (PT) program. Headaches continued frequently. Neurological exam was unremarkable. Diagnoses remain memory, cognitive difficulties, complex headaches and somnolence with the previously prescribed therapy continuing.

01/05/2012 – Follow up visit for headaches and memory/cognitive difficulties following carbon monoxide exposure. At this time she had received a neuropsychological evaluation in Denver. She described the evaluation as "intense" and "wore her out". Since that time she complained of having a lot of difficulty with her cognitive process, has been very tired, and the last 2 weeks her headaches are daily, and she had to take Fioricet 2-3 times per day. She complained of difficulty with sleeping. She also reported crying easily. Dr. Helffenstein recommended Trazedone and Cymbalta, and follow up with neurology who specialized in carbon monoxide exposure. "She states that he told her he felt her symptoms were very common to people with carbon monoxide exposure". At this time she was taking Topiramate, Nuvigil, and Fioricet. Her neurologic exam was described as normal. The assessment was memory and cognitive difficulties post-reported carbon monoxide exposure, complex headaches with migranous feature post-carbon monoxide exposure, somnolence, sleep disturbance, and erratic mood changes. The plan was to await the neuropsychological report, continue Topiramate, continue Nuvigil and adjust the timing of Nuvigil. Cymbalta was prescribed.

02/01/2012 – Follow up to neurology clinic for headaches and mood/cognitive difficulties following carbon monoxide exposure. She related that she had talked to Dr. Helffenstein and that Dr. Helffenstein explained her performance was below average to impaired on most testing, and he suggested cognitive therapy to include compensatory cognitive therapy, especially when she started school. He would like her to see a carbon monoxide specialist, a neuro-ophthalmologist and a psychologist. She reported that her headaches have been doing well on Topiramate. The adjusted timing of Nuvigil did not seem to make a difference and she had discontinued Cymbalta due to a rash. Her medications were Topiramate, Nuvigil and Fioricet. Her neurological examination was described as normal. Her assessment was: memory and cognitive difficulties post-carbon monoxide exposure, complex headaches with migranous features post-carbon monoxide exposure, somnolence with sleep disturbance and erratic mood changes. Cognitive therapy was prescribed. They discussed setting up a referral to Lindell Weaver at the University of Utah and to Jeffrey Bennett for Neuro-ophthalmology. They continued Topiramate, Nuvigil and started Sertraline.

03/23/2012 – The patient had continued symptoms of headaches and memory/cognitive difficulties following carbon monoxide exposure. At this time she reported speaking with Dr.

Lindell Weaver. She reported that she was doing well. She thought that the Nuvigil worked well, but could not afford the cost and the Sertraline was working well. Her neurological exam was described as normal. The assessment was as previous, with the same symptoms as in earlier entries. The plan was to continue cognitive therapy and awaiting appointment with Lindell Weaver, MD. They continued Topiramate and began Ritalin, and continued Sertraline.

07/06/2012 – The patient followed up for memory/cognitive difficulties following carbon monoxide exposure. She reported having a cholecystectomy in April, 2012 and still had some difficulties. She expressed concern about her trip to Utah because she gets nauseous when traveling. She reported having a bad week regarding her headaches. She had 3 days with a "bad" headache. She had stopped the Topiramate without tapering. The last week before this visit she reported no headaches. Her sleep pattern was improved. She felt the Nuvigil worked better than Ritalin. She felt the Sertraline had helped her mood. She still reported crying at the "drop of a hat". Her neurological exam was described as negative. The assessment was as previous entries. The plan was awaiting an appointment with Lindell Weaver, MD and the patient planned to contact Dr. Helffenstein regarding follow up. They stopped Topiramate at this time and continued Nuvigil and Sertraline. They prescribed Chlorperazine for nausea.

09/18/2012 – Follow up visit for a patient with carbon monoxide exposure. At this time she had been evaluated by Lindell Weaver, MD. She reported that Dr. Weaver had recommended that she should try a trial of gabapentin for her headache. She also reported that her vitamin D was low and that Dr. Weaver had recommended she take vitamin D. She reported that Dr. Robin Price told her that her vision was "off" but did not remember what he meant by that, but gave her some visual exercises. She related that Dr. Muhlestein, cardiologist, described that she had hypertrophic cardiomyopathy that was unrelated to carbon monoxide exposure, but her function was good. She related that Dr. Holmberg diagnosed her with a CO induced mood disorder. He agreed the Nuvigil was appropriate and she could try Adderall, but Ritalin was acceptable. She commented that Dr. Holmberg recommended she should increase her Sertraline and if that did not work she could try Fluoxetine. She reported that Dr. Holmberg suggested that she try a trial of Ativan or Xanax for anxiety. She reported that her Hearing & Balance evaluation was normal. She reported that her pulmonary function testing was normal, but that Dr. Weaver recommended follow up pulmonary function tests with provocation regarding the possibility of reactive airways disease. With this visit, she reported that her headaches had increased over the last two weeks although the Fioricet was helpful. Regarding her cognitive complaints, she reports that Dr. Weaver suggested that she seek follow up regarding her neuropsychological evaluation. The assessment from this visit continued as it had been with previous visits. The plan was for the patient to contact Dr. Helffenstein for follow up, taper the Topiramate until off, titrate Gabapentin for headache, continue Nuvigil and increase Sertraline.

10/22/2012 – Follow up visit for headaches. She reported having some shortness of breath and chest pain. She had completely tapered off Topiramate and had titrated Gabapentin. She reported having a lot of problems with thinking since starting the Gabapentin. She described that her thought process was "weird". She reported that the Nuvigil had been making her very nauseous and the procholorperazine was not helpful. She felt the increase in Sertraline had improved her erratic mood changes. Her neurological exam was described as normal. The assessments remained the same as with prior visits. The plan was for the patient to taper the

Gabapentin due to side effects, continue the Sertraline, and Valium was prescribed for the possibility of anxiety.

11/02/2012 – The patient followed up regarding her headaches, stating that things were "not going so well".  She was very stressed.  She had a follow up visit with Dr. Helffenstein and a functional MRI in Phoenix, Arizona this coming week and she cannot get rid of her headache. She stated that she had a fear of the flight and getting sick, which was contributing to stress yet she denied a fear of flying previously.  She had tapered off all of her prophylactic medications and the headaches remained "terrible".  At this time she was taking Gabapentin, Sertraline, Fioricet, Nuvigil and prochlorperazine.  Her neurological examination remained normal.  The assessment was the same as with prior encounters.  The plan was for the patient to discuss with Dr. Helffenstein if the Gabapentin could affect the evaluation.  If not, she could resume it and take it until she gets back for the headaches and they can try something new after that.  She was prescribed dilaudid, 4 mg 1 tablet orally 3 times per day for 2 days as an abortive attempt to break the headache.  The patient was given Toradol 60 mg IM and Phenergan 50 mg IM for abortive measures.  They planned to continue Sertraline and hold any other medications at this time.  Alprazolam 0.5 mg, 0.5 – 1 tablet was recommended every 6-8 hours as needed for the trip.

11/26/2012 – Follow up visit for her headaches.  She explained that she had been taking Gabapentin 100 mg 1 tablet once per day to try to help the headaches, but if she took 2 tablets then the inability to "think straight" is "beyond control".  She was fearful that if she discontinued it completely then the headaches will not be manageable.  She stated that the Treximet had helped with the more intense headaches.  The Toradol she received was helpful.  She reported that when on too much Gabapentin things were more difficult.  She reported that the last 2 weeks have been stressful for her because her grandfather had died so she had been taking the Xanax daily.  Her neurological exam was described as normal.  Her diagnoses remained the same.  The plan was to try a trial of Zonegran and could try discontinuing Gabapentin.  They also recommended continuing Alprazolam.

12/11/2012 – At this time she is completely off the Gabapentin and taking Zonegran.  She stated that this drug made her "feel weird".  She reported 3-4 bad headaches in a week and only one of those required Treximet and the others were managed with Fioricet.  She reported that Dr. Helffenstein told her she did much better on the repeat neuropsychological evaluation compared to the first time and he felt that she was improving.  She reported that Dr. Helffenstein recommended that she try something other than Nuvigil because it was keeping her awake.  She reported seeing a counselor and that she had symptoms of ADHD and should have those checked.  She felt the Sertraline and Alprazolam were helpful.  At this time her medications were: Zonegran, Sertraline, Fioricet, Nuvigil, Alprazolam, prochlorperazine, and Treximet as needed.  Her neurological examination was normal.  The assessment was the same as with prior visits.  The plan was to continue Zonegran, await Dr. Helffenstein's report, continue Sertraline and Alprazolam.  The patient was referred to Mark Vuolo, MD for consultation recommendations for treatment regarding depression and ADHD.

02/11/13 – Follow up for headaches.  She fell on 2/7/13 during a basketball game hitting her head causing nausea and vomiting with a different headache.  She had a "negative" CT scan and

was informed by Dr. Schoeber she had a "concussion." De. Schoeber prescribed Zofran and Hydrocodone. She headaches were described as bioccipital tenderness with radiation frontally. She was intolerant of Zofran and Hydrocodone made her feel "groggy." At this time she was taking Zonegran, Sertraline (25 mg), Fioricet, Nuvigi, Alprazolam, Prochlorperazine (for nausea) and Treximet (which she was not taking due to cost). Her neurological examination was normal. At this time the headache was graded as 4/10; muscle tension 4/10.

The assessment was "Complex headaches with migrainous features, post carbon monoxide exposure, now with a post traumatic component.

They recommended Sumatriptan, Naprosyn and discuss her work arrangements. The greater and lesser occipital nerves were injected with Kenalog and Marcaine.

**Stefanie Hepp, PA-C** (located in the medical records of Central Wyoming Neurology, 00001-057)

02/08/2011 – Follow up visit for carbon monoxide poisoning. The narrative described that the patient was seen in the ER on February 2nd. She was sleeping in her apartment and woke up about 7:30. She had a headache. She was unable to walk. Her landlord smelled natural gas. She was treated in a hyperbaric chamber for 3 hours and had a non rebreather before that. At this time she complained of mid-sternal chest pain and denied dizziness, leg edema, shortness of breath, syncope of fatigue. She denied use of tobacco or alcohol or drugs. She took Depo provera once per week. She was alert and oriented and in no distress. Her cortical functions were described as normal, cranial nerves normal, and cerebellar signs absent and her gait was normal. The assessment was carbon monoxide poisoning and shortness of breath. Laboratory tests were ordered.

02/08/2011 – Chest radiographs, PA and Lateral are normal.

02/08/2011 - CBC and CMP are normal (with exception of creatinine =1.1, reference upper limit = 1.0 mg/dl).

02/08/2011 – Carboxyhemoglobin = 3% (Reference range 0 – 3%)

03/07/2011 – Chief complaint was follow up for pneumonia. She was seen at Urgent Care on Saturday, given Albuterol and a cough medication and no antibiotics, but patient was still sick. She reported a productive cough and inability to sleep at night due to coughing. She complained of facial pain, headache, hoarseness, nasal congestion and post nasal drip, as well as a minimal sore throat. She complained of chest congestion and shortness of breath. Her fever had reached 101.8 degrees F. Her lungs were described as clear. The diagnosis was acute bronchitis. She was prescribed antibiotics.

04/20/2011 – Chief complaint was sinus congestion. Assessment was sinusitis treated with antibiotics.

**Memorial Hospital of Sheridan, Sheridan Wyoming**
04/09/2012 - Ms. Lompe had a cholecystectomy for biliary dyskinesia.

**Mark D. Vuolo, MD, Psychiatry**
01/14/13 – The record is difficult to decipher. Ms. Lompe was referred by T. Erickson, P and Dr. A Santiago. At this time she reported she was taking Zoloft, Xanax, Prilosec and Topamax. She complained of sleep, mood swings, symptoms of ADD, and other issues which I cannot summarize because the record is illegible. The past history comments about positive mono I 2010, influenza type B, hypertrophic cardiomyopathy and negative cardiac w/u, and ?? Holter. From what I can interpret from the past psychiatric history, she complained of depression from being on her own, memory, ??
Dr. Vuolo's impression was:

| | |
|---|---|
| I | Anxiety Disorder, NOS; r/o GAD, r/o anxiety disorder due to CO poisoning; Mood Disorder due to CO poisoning; Cognitive Disorder NOS, due to CO poisoning; Possible ADAD NOS |
| II | Deferred |
| III | Hx of CO Poisoning (1-2-11, 500 ppm); use of progesterone deposition contraception (~ 7.11) |

Dr. Vuolo recommended adding Buspar, 15 mg, ??; advised to attempt to ??/taper use of Xanax, continue Zoloft, 50 mg, consider dosage increase, and ?? (to continue counseling with J. Port Highland ?? Church.
02/12/13 and 2/14/13 unattended appointments

**CereScan, S. Gregory Hipskind, MD, PhD**
04/26/2013 - See below in Evaluations from others.

**Casper College, Counseling and Student Development Center, Casper, WY**
07/24/09 - 04/20/10 – Interacted with counselors regarding relationship with her boyfriend, assertiveness, with stress from financial issues. Complained of sleep problems.

**North Platte Physical Therapy, Casper, WY**
08/12/11 – Referred by Todd Erickson, PA; Initial history describes headaches dating back to carbon monoxide poisoning; evaluation completed; patient received manual therapy. Prognosis was considered "good."
08/16/11 – Continues to have headaches and a lot of tension in her upper trapezius and cervical spine; manual therapy has given some relief.
08/18/11 – Noticing improvements with treatment with therapy helping headaches immediately.
08/19/11 – Treatment has been helpful, gotten headaches less often, treated with manual therapy.
08/23/11 – Continues to see improvements; reports she continues to get headaches in the forehead region but feels that she is having less tension in her occipital region. Treated with manual therapy.
08/24/11 – Continues to notice improvements in cervical tension and headaches. Getting headaches less often and she feels that if she receives manual therapy it can prevent an episode of a headache later on. Treated with manual therapy and traction with improvement.
08/25/11 – Headaches significantly decreasing, treated with manual therapy; reporting minimal to no headache following treatment today.

08/29/11 – Notices improvements in the severity of her headaches, treated with manual therapy and traction; headaches seem less severe.

09/14/11 – Feeling better when receiving manual therapy and physical therapy. Insufficient time to receive physical therapy and does feel like she has been getting worse headaches; trying to stop taking some of her migraine medications, which she believes to be increasing her symptoms.  Treated with manual therapy, responding well.

10/19/11 – Increased headaches over last week treated with manual therapy.

11/03/11 – Posterior neck headache, radiating up the head and behind the eyes, treated with manual therapy and dry needling, with reduction in pain.

11/07/11 – Quite a bit of soreness in the right upper trapezius muscle today; not having as much headache pain but some significant pain in the right upper trapezius, treated with manual therapy and dry needling.

11/16/11 – Change in medication, seems to have helped with her headaches somewhat; headaches more frequent lately and has not had time to get in for physical therapy; treated with manual therapy.

11/21/11 – Headaches coming back again with several in past few days, treated with manual therapy and dry needling with favorable response.

11/23/11 – More headaches lately and feels as though sometimes they are stress related, treated with manual therapy with favorable response.

11/30/11 – Moderate neck and tension headache treated with manual therapy, reduced by 50%.

12/07/11 – Significant headache over the last few days.  Unsure if exacerbated from being ill and having strep throat, treated with manual therapy with 50-70% improvement.

12/20/11 – Moderate neck and headache today.  "Not doing therapy visits lately as she did not want to complain while at work about her symptoms." Treated with ultrasound/electrical stimulation and manual therapy.

12/30/11 – Severe and excrutiating neck and headache pains treated with manual therapy and trigger point dry needling, with moderate reduction in neck and posterior headache pain, but still having a lot of headache pain in the dorsum of the head.  Very painful trigger active trigger points with treatment today.

01/04/12 – Continues to have headaches and neck pain; busy, not much time to take care of her neck pain, treated with manual therapy; seem tension related.

01/05/12 – Complaining of significant headache pain in occiput and frontal region, treated with manual therapy, with improvement in the occipital headache but no change in her frontal headache.

01/09/12 – Having more headaches, relieved with manual therapy; rash from new medication.

01/13/12 – Headaches occurring more frequently; physical therapy is helpful, treated with manual therapy; "does seem to get great benefit from manual therapy techniques.

02/01/12 – "Significant headaches today" treated with suboccipital release and trapezius stretching with improvement.

02/22/12 – Headaches are less frequent now, but today are "flared up, likely due to stress," and treated with manual therapy with improvement.

03/21/12 – "Severe excruciating headache" treated with manual therapy with "strong response"

03/27/12 – "Pronounced headache with neck pain and tightness treated with manual therapy and discussion of TENS unit.

04/02/12 – Zynex unit issued to Ms. Lompe.

05/09/12 – Patient reported headaches for past couple of days, treated with manual therapy with reduction in pain.

**HISTORY**

I interviewed Ms. Lompe, face-to-face, with no one else present during the interview.  Regarding the episode of carbon monoxide exposure, she explained that on February 1, 2011 she awoke with a headache and felt a buzzing sensation.  She awoke before her alarm was due to awaken her, which was unusual.  She felt poorly.  She called her grandmother who recommended that perhaps she should just go back to sleep.  Over the next interval of time, she had increasing headache and the buzzing sensation in her hearing was louder.  She called her mother who recommended that she take Tylenol.  She had progressive weakness, dizziness and reduction in coordination.  She went to the kitchen, but found herself unable to take the Tylenol.  She had some mental fuzziness.  She called her grandmother again, her mother and school nurse as well as her father.  The headache continued and was very bad.  She recalls being confused.  She telephoned her father and he was enroute.  She developed nausea and vomiting.  She was in the process of crawling from her bedroom to the bathroom, but she could not make it to the bathroom so she sat in the hallway and vomited in the hallway.  She lost track of time that morning.  She remembers going back to her bedroom to change her clothes.  Then she sat in the hallway.  She heard a knock at the door and thought this must be her father, but she was able to get to the door and open it, and it was the maintenance man and the source gas man and they informed her there was carbon monoxide.  They also informed her there was a smell of natural gas outside.  She remembers they measured 60 PPM carbon monoxide in the hallway outside the entry way to her apartment, and 500 PPM inside her apartment.  They helped her outside of the apartment entryway where she sat in a hallway, but outside the apartment.  She gave them her grandmother and mother's telephone numbers.  The EMS and fire department arrived.  She was able to walk downstairs with the EMS present.  She remembers they initially gave her nasal cannula oxygen in the ambulance.  She thought she had oximetry measurements in the ambulance and then they put her on mask oxygen.  Her description of this mask is that of a non rebreather reservoir face mask.

Her father arrived at the scene and followed the ambulance to Wyoming Medical Center.  In the Emergency Department she believed it seemed like some period of time before blood was drawn and she remembers her carboxyhemoglobin level was "19".  They kept her on oxygen.  Her mother and her brother arrived.  She believes that she breathed supplemental oxygen for 3 or 4 hours.  They have hyperbaric oxygen in this same medical facility.  She ultimately went to the hyperbaric facility and had "one dive".  She noted chest pain at the end of the hyperbaric oxygen treatment.  This pain was sharp and it still persists episodically.

After hyperbaric oxygen she went to her mother's house.  She followed up with her primary care provider, Stephanie Hepp-Garcia, PA.  She also followed up with Todd Erickson, PA-C with Central Wyoming Neurology.  She was referred to Dr. Leininger, a neuropsychologist.  She had these evaluations a week or so after the exposure.  She had an MRI on February 15, 2011 and was told it was okay; and she had an EEG on February 15, 2011 and was also informed it was okay.

The patient complained of having increased fatigue and a few additional headaches, a reduction in motivation and reduction in her usual neatness on or about January of 2011.

She explained that the source for the poisoning was some problem with a hole in the vent to the furnace and the furnace was replaced within a week or so after the poisoning. She moved from this apartment on August 12, 2012.

She believes another tenant may have had carbon monoxide exposure, (Andrew Graham) and he was evaluated in the ambulance at the same time she was, but she does not believe he went to the Emergency Department.

FOLLOWING THE CARBON MONOXIDE SYMPTOM QUESTIONNAIRE:
In her present apartment she has one carbon monoxide alarm made by Kidde. It is less than one year old. (I recommended that she replace her carbon monoxide alarm minimally every 5 years and follow the manufacturer's recommendations.)

She reports that she has episodic exposure to solvents at work. She uses a product called SaniZide, SaniZene, and Chlorizene in her capacity as a rehabilitation tech while cleaning out whirlpool tanks. The Chlorizene makes her cough. I recommended that she consider using respiratory protection if she continues to use this product, and to read the information about this product and protect herself accordingly.

FAMILY HISTORY OF NEUROLOGICAL DISEASE
Her family history is positive for a maternal great grandmother and great grandfather with dementia and Alzheimer's. Some of her family history is unknown because she was adopted. She believes there is diabetes in the family.

MEDICATIONS
Topamax, Omeprazole, Fioricet, Prochlorperazine, Nuvigil, Implanon Safyral. She takes the Fioricet for headaches, and the Nuvigil for alertness and fatigue, prescribed by Todd Erickson, PA-C. She takes the omeprazole and prochlorperazine following her gall bladder surgery in April 2012.

CURRENT MEDICAL PROBLEMS
Headaches, fatigue, cognitive issues, memory issues, gall bladder and GI issues, for which she had cholecystectomy in April of 2012, and emotional/mental health issues. She believes most of her health problems are due to carbon monoxide poisoning.

She has seen a health care provider for carbon monoxide related complaints including headache, fatigue, irritability, memory issues, cognitive issues and emotional issues. Her providers have included Todd Erickson, PA-C, Bruce Leineger, PhD, and Stephanie Hepp-Garcia, PA-C. In additional she has seen Dennis Helffenstein, PhD in Colorado in December of 2011. She has also been seen by Michelle Bummer and Sharon Downes, who are Speech Pathologists. She has received medications, physical therapy, speech therapy and counseling as a consequence of the carbon monoxide poisoning.

HANDEDNESS
Right.

PRIOR NEUROLOGICAL PROBLEMS
She denies prior neurological problems.

ALCOHOL CONSUMPTION
She reports drinking alcohol 2-4 times per month and occasionally 2-3 times per week, which customarily is 1-2 drinks.  She has never had 6 or more drinks on any occasion in the past year.  She denies use of tobacco products formerly or presently.  She reports using marijuana twice the first year of college in 2008.  She denies current use of recreational drugs.  She denies taking vitamins or herbal supplements.

VOCATIONAL HISTORY
Presently she is a rehabilitation technician with North Platte Physical Therapy.  She has worked there for 2 years.  Prior to that time she worked as a cashier at Menards.  She left Menards because of school and a new job.  Prior to this employment, dating back to 2007, she worked as a sales associate for Lou Tauber and Ranch outfitters and she left that employment to go to school.  She has never been fired from a job.  The longest she has worked without quitting or being fired was 2 years.  She reports quitting a job because she did not like the work.

Since the carbon monoxide poisoning she complains of problems getting to work on time, getting along with other workers, getting along with the boss, and making it to work each day.  She denies having had any disciplinary action, to the contrary, because work has been very helpful and her supervisors are aware of her limitations.  She believes her work-related disabilities and limitations include being tired, irritability, forgetfulness, decreased performance due to headaches, doctor's appointments, getting overwhelmed and having to take breaks.  In addition, she missed work because of her gall bladder problems.

PSYCHOLOGICAL PROBLEMS
Prior to carbon monoxide poisoning she reported that she had a history of depression.  Since the poisoning she has been diagnosed as having PTSD and learning disabilities by Dr. Helffenstein.

Since the poisoning she has felt down, anxious, irritable, fearfulness, and apathy.  She has had panic attacks, avoids people or places and feels short tempered.  These problems came on within 2-6 weeks after the poisoning.

Before the poisoning she denies taking medications for psychological problems.  Since the poisoning she has taken Sertraline, but this agent was discontinued with the gall bladder surgery.  She felt better while on this drug and has plans to visit with Todd Erickson and discuss taking an anti-depressant again.  Examples of psychological symptoms include irritability, not wanting to do things, feeling tired, anxious, sad, fear of doing something wrong and confrontation.

MEMORY PROBLEMS
She reports moderate memory problems for short term and intermediate term memory.  She denies problems remembering things experienced prior to the poisoning.  Her memory problems

affect her mostly while at work, forgetting exercises and patient appointments. These problems became apparent 2 weeks after the poisoning.

CONFUSION

She reports mild to moderate problems feeling disoriented, severe problems finding the right word, moderate problems mixing up words and word order, moderate to severe problems making decisions, mild problems feeling disorganized, and very mild problems following directions, all of which have improved, but she still reports problems with all of these issues. She gives an example of going to Subway and taking an inordinate amount of time trying to make a decision as to which sandwich she wants and often someone else with her will order for her. She believes her confusion problems date back to the poisoning.

ATTENTION/CONCENTRATION

She reports moderate problems for concentration, feeling easily distracted and executive function. She has not had much change in distractibility or executive function in the last few months. She reports mild sensory overload and mild problems finishing tasks. She reports that she cannot concentrate with a lot of things going on, especially at the clinic and she cannot talk on the phone with other people talking or write things down, and she gets too busy and she gets overloaded. She reports having marked difficulty with multi-tasking now, whereas prior to the poisoning her multitasking ability was not a problem. She reports these problems came on 2 weeks after the carbon monoxide poisoning.

ACADEMIC PROBLEMS

Presently she is not a student. She was in a Bachelor of Science program for athletic training for approximately 3 years and decided she wanted to become a Physical Therapist assistant instead. She said that the Physical Therapists now require PhD, so her goals were to become a Physical Therapist assistant. Her favorite subjects in school were history, English, writing and music; and her more challenging subjects were math and science. Her high school grade point average was 3.8. Her ACT score was 28. She believes she would have moderate academic problems if she were back in school. She finds that she cannot concentrate and remember new information very well now. After the carbon monoxide exposure she was forced to drop several classes. She did not remember all the classes that she dropped, but she remembered physiology was one of them. Her academic problems date back to the poisoning.

HEADACHES

She reports moderate headaches occurring 3-4 times per week. These headaches can last half a day to all day. She describes the headache as frequently starting in the front of her head and going to the occipital area of her head bilaterally. She reports having different types of headaches. She has a regular tension headache which she does not call her carbon monoxide headache. The carbon monoxide headache is different. It is more severe and in a different location. She describes the carbon monoxide headache as being throbbing with a dull pain, associated with nausea, irritability and visual changes. Triggers for this headache include bright light, crying, stress, fatigue, loud noises, and smells. The Fioricet helps. She has also used a TENS unit and sub-occipital massage, which helps sometimes. Topomax reduces the frequency of her headaches, but she has been unable to take Topomax since her gall bladder surgery

because it makes her nauseous. Prior to the carbon monoxide exposure she denied headaches or migraines and there is no family history of migraines by her report.

## DRIVING PROBLEMS

She drives an automobile. She denies forgetting her destination. She reports mild path finding trouble even though she knows her destination, which has improved. She reports moderate anxiety, mild slowed reflex time, mild distractibility and moderate physical limitations due to her fatigue, none of which have improved in the last few months. She reports that she does not like traffic or driving at night because driving at night causes headaches. She has found that she has to often pull over and rest because of the fatigue. Also, her eyes are more sensitive to light at night.

Prior to the carbon monoxide poisoning she reported a minor motor vehicle accident where she backed into another car but there were no injuries or harm. Since the poisoning, as a passenger, she was involved in a motor vehicle accident, but there was no harm to her in this accident. She became aware of her driving problems approximately one month after the poisoning.

## VISION PROBLEMS

She reports changes in visual acuity because she cannot see as clearly and her eyes kind of "flicker". She has seen things that really were not there, like reflections. This problem was present 6 weeks after the poisoning.

## SLEEP PROBLEMS

She reports severe excessive sleeping, moderate daytime sleepiness, mild insomnia, mild problems falling asleep and mild problems staying asleep. She reports very mild nightmares. She now finds it very hard to wake up and get out of bed. She finds herself very tired during the day. She just goes home and takes a nap. She denies snoring. Her sleep problems became evident approximately 3 weeks after the poisoning.

## FATIGUE

She reports moderate lack of energy and denies loss of interest in usual activities. She reports a mild loss of ability to perform usual activities. She now finds she does not want to go out because she is just too tired. Her fatigue became more evident 6 weeks after the poisoning.

## MUSCLE PAIN

She reports mild sub-occipital pain which she believes is due to the carbon monoxide poisoning. She also reports mild shoulder pain, but believes that is due to her gall bladder surgery. Her sub-occipital pain occurs 1-3 times per week, lasting half a day. It is located in the upper trapezius area. She describes the pain as achy, tight and sharp. Massage, use of the TENS unit and stretching seems helpful. This problem developed 3 months after the poisoning.

## JOINT PAIN

She reports moderate joint pain occurring daily to 2 times per week, lasting a few hours. The joints involved are her knees and low back. She describes the pain as achy and sharp in her knees and sharp in her low back. Stretching, use of heat and ice and use of a TENS unit have been helpful.

NUMBNESS
She reports mild numbness in her hands, fingers and legs; occurring 2-3 times per week which is very brief in duration.

TINGLING
She reports a severe tingling, sometimes in her legs occurring 1 time per week, lasting minutes. This problem has improved in the last few months. She localizes the tingling to her legs and all of her fingers. In the legs it is located bilaterally to the medial lateral calves, as well as to her toes. She reports that the tingling came on 4 months after the poisoning.

HEARING CHANGES
She reports moderate hearing loss. She reports that she is able to hear sounds on both sides, but she has trouble understanding spoken words.

She reports a moderate episodic ringing or buzzing in her ears without improvement, and these symptoms developed 4 months after the poisoning.

BALANCE PROBLEMS
She reports moderate balance problems although she denies falling over. She also reports moderate tripping. The tripping is worse in the dark or when surfaces are uneven. She has almost fallen once or twice while on stairs. She has veered into walls. These balance problems developed 6 weeks after the poisoning.

DIZZINESS/VERTIGO
She reports a spinning sensation of mild degree, most notable when she lies down and closes her eyes. This problem has improved in the last few months and she became aware of it 6-12 months after the poisoning.

TASTE/SMELL CHANGES
She reports a mild metallic taste in her mouth, especially when she consumes soda, also improving in the last few months, and noted to be present 3 months after poisoning.

TREMOR
Denied

SHORTNESS OF BREATH
She reports moderate shortness of breath associated with exercise, lasting 10-15 minutes after exercise. Sometimes she has a post-exercise cough. She has not sought medical attention for this problem. She denies audible wheezing. This problem dates back to the poisoning.

CHEST PAIN
She reports mild chest pain, generally while working out at near maximum exertion. The interval that the chest pain lasts is variable. She dates her chest pain back to the carbon monoxide poisoning.


GI PROBLEMS
She had her cholecystectomy April 2012, but she does not attribute that problem to carbon monoxide poisoning.

RIVERMEAD POST CONCUSSION SYMPTOMS QUESTIONNAIRE
The Rivermead Post-Concussion Symptoms Questionnaire was given twice, using a 24-hour and a 14-day assessment interval.
On the 24-hour interval, Ms. Lompe reported a severe problem for headaches, depression, and light sensitivity; a moderate problem for dizziness, nausea, noise sensitivity, irritability, frustration, taking longer to think, and restlessness; a mild problem for sleep disturbance, fatigue, forgetfulness, poor concentration, and blurred vision; and no more of a problem for double vision.
On the 14-day interval, Ms. Lompe reported a severe problem for irritability and depression; a moderate problem for headaches, sleep disturbance, and fatigue; a mild problem for dizziness, nausea, noise sensitivity, frustration, forgetfulness, taking longer to think, and restlessness; and no more of a problem for poor concentration, blurred vision and double vision.

PHYSICAL EXAMINATION
On examination she is well-developed, well-nourished and in no distress. She makes good eye contact. Her speech is appropriate. Vital Signs: blood pressure 142/86 mmHg, heart rate 75 beats per minute and regular, respirations 12 breaths per minute, temperature 36.6° C and pulse oximetry oxygen saturation 97%. Her neck is supple. Her chest is clear. She has a normal S1-S2 without murmurs, rubs or gallops. She has 2+ carotids bilaterally without bruits. Her thyroid is normal to exam.


Her neurological examination is normal with the exception of some patchy areas of reduced cold sensation on her feet and her medial left lower calf area. Her Romberg test, Sharpened Romberg, eye movements, and muscle strength were normal. When I had her hop in one place there was less strength on her left side than on the right, but she attributes this weakness to an old fracture on the left side for which she has just not regained full strength yet.


**EVALUATIONS FROM OTHERS**

**Neuropsychological Evaluation**
       Provider:      Dennis Helffenstein, PhD; Colorado Neuropsychological
                         Associates,Denver, Colorado
       Date:           12/12, 2011; Reevaluation 11/5/12; report 2/6/13
Dr. Helffenstein evaluated Ms. Lompe at the request of plaintiff's counsel. His report is 57 pages in length and is comprehensive. On the present testing Dr. Helffenstein reported that Ms.

Lompe's performance on 2 of the 4 indices used as a measure of generalized cognitive functioning were in the impaired range.  Her average impairment rating was mildly to moderately impaired, and her Global Deficit Score was mildly impaired.  Her Halstead Impairment Index Score was in the below average range.  She demonstrated specific neuropsychological deficits, inconsistencies, and relative weaknesses suggestive of residual and/or localized cerebral dysfunction, most notably in the frontal and bilateral temporal/hippocampal regions of the brain.  She demonstrated a number of visual and visual perceptual, academic and motor deficits.  The overall pattern of the neuropsychological deficits, inconsistencies, or relative weaknesses was highly consistent with the residual effects of chronic carbon monoxide poisoning.  Dr. Helffenstein reported that there was no evidence of fatigue observed on the days of testing.  She denied feelings of depression on the days of testing.  She was not taking prescription medications that could have influenced testing.  There was no evidence of malingering.  Dr. Helffenstein stated that this patient had reached near maximum medical improvement from a neuropsychological standpoint.  Dr. Helffenstein agreed that cognitive rehabilitation therapy had been indicated and medically necessary and was appropriate.  Dr. Helffenstein recommended that Ms. Lompe see a neuro optometrist.  Dr. Helffenstein documented that Ms. Lompe complained of fatigue, irritability and reduced stress tolerance, and emotional lability, all which are common sequelae of carbon monoxide poisoning that often respond favorably to SSRI class agents.  Dr. Helffenstein recommended Trazedone for her sleep disturbance.  He recommended SPECT imaging at CereScan with Dr. Hipskind.  Dr. Helffenstein stated " it is also my opinion that as both a neuropsychologist and vocational expert, that her ability to successfully complete this training and work as a PT aide is guarded.  My overall impression is that Ms. Lompe's access to the workforce, vocational potential and lifetime earning potential has been significantly compromised as a direct result of sequelae associated with the chronic carbon monoxide poisoning."  Because of complaints of shortness of breath, Dr. Helffenstein recommended evaluation by a pulmonologist.

DSM- IV DIAGNOSIS

| Axis I | 294.9 Cognitive Disorder due to Chronic Carbon Monoxide Poisoning |
| | 293.83 Mood Disorder due to Chronic Carbon Monoxide Poisoning/Mixed Features (with Irritability, and Reduced Stress Tolerance) |
| | 300.29 Specific Phobia- Situational Type |

Axis II    V71.09   No Diagnosis or Condition on Axis II

Axis III    386 (ICD-9)   Carbon Monoxide Poisoning

Axis IV    Psychosocial Stressors: Ongoing and likely permanent physical, fatigue, visual, cognitive, and emotional coping deficits associated with chronic carbon monoxide poisoning; significant compromise of academic functioning; reduced access to the workforce and reduced lifetime earning potential.

Axis V   GAF (current) = 60. Highest GAF past year = 60.

Revaluation 11/5/12; report 2/6/13

"…Ms. Lompe demonstrated notable gains on 41 of the neuropsychological test measures when compared to her prior evaluation.  This represents a significant recovery related to her cognitive functioning…her most significant improvement in executive/frontal functions and memory (temporal/hippocampal) functions.  These are the areas of function where she demonstrated the most significant impairment on her original evaluation.  Despite these gains, Ms. Lompe continues to demonstrate neuropsychological deficits, inconsistencies, or relative weaknesses most notable in the areas of sustained auditory and visual attention and concentration, visual and auditory speed of information processing, verbal abstract reasoning, verbal learning, and retention visual learning, language comprehension, attention to visual detail, visual scanning accuracy, spelling, incidental memory, and tactile sensitivity on the right side…It is my opinion within reasonable neuropsychological probability that the cognitive deficits, inconsistencies, and relative weaknesses noted on testing relate directly and solely to the carbon monoxide poisoning event….the deficits noted on testing are considered permanent."

Regarding Ms. Lompe's desire to further her formal education as a Physical Therapy Aid, Dr. Helffenstein opined, "…any formal training program will present a significant challenge…her ability to successfully complete such a program and pass a certification exam is guarded."

Dr. Helffenstein recommended sleep and daytime mental alertness pharmacotherapy such as Ambien or Lunesta, and Provigil, respectively.  For her phobia-situational type symptoms, Dr. Helffenstein recommended Eye Movement Desensitization and Reprocessing (EMDR) therapy, guided by a psychotherapist.

In summary, Dr. Helffenstein remained, "Ms. Lompe's access to the workforce, vocational potential, and lifetime earning potential has been compromised as a direct result of sequel associated with the carbon monoxide poisoning event."

        The DSM-IV Diagnoses remained the same as with Dr. Helffenstein's initial examination with the exception:
        Axis V, her Axis V   GAF (current) = 65. Highest GAF past year = 65.

**Psychiatric Evaluation**
        Provider:        Trent C. Holmberg, MD
        Date:             September 14, 2012

MULTI-AXIAL ASSESSMENT:


        AXIS I          292.84   Carbon Monoxide Induced Mood Disorder.
                          300.00   Anxiety Disorder Not Otherwise Specified (NOS).
                          294.9     Cognitive Disorder NOS.


        AXIS II         No diagnosis.


        AXIS III        History of mononucleosis and carbon monoxide poisoning.

AXIS IV        Severe:  Physical/medical stressors, primary and social support,

AXIS V         Global Assessment of Functioning is 60.


SUMMARY/CONCLUSIONS:

"Carbon Monoxide (CO) poisoning can result in a wide variety of neurological and psychiatric sequelae.
Up to 40 percent of those who survive have permanent neuropsychiatric complications.  It is also
common for survivors to have clinically definable cognitive impairments."

"A review of the provided medical records reveals that Ms. Lompe experienced a significant CO
exposure.  The history suggests that lower level exposure occurred over a period of weeks prior to the
acute exposure event that resulted in her hospitalization.  Ambient carboxyhemoglobin levels were
measured at 500 ppm inside her apartment on February 1, 2011.  Ms. Lompe's measured serum
carboxyhemoglobin level was 19%.  This level was drawn on February 1, 2011 at 11:34 a.m., after a
prolonged period of removal from the CO source [the ambulance was dispatched in response to the 911
call at 10:28 a.m.] and treatment with oxygen via a non-rebreather mask set at 15 liters per minute.  It is
therefore likely that her peak serum carboxyhemoglobin level was significantly higher than 19%."

"When Ms. Lompe was first encountered by paramedics, her blood pressure was 149/84 (158/108 a few
minutes later) and her heart rate was 162 beats per minute.    Upon arrival, the paramedics recorded that
Ms. Lompe was able to speak in full sentences, but kept repeating what she was saying.  She was also
noted to be crying and very anxious as well as dizzy and confused.  She described a "static noise" in her
head.  The emergency room physician that treated her observed that she "appeared to be having
difficulty recalling recent events."  In addition to the toxic carboxyhemoglobin level, she had numerous
other laboratory abnormalities, including a respiratory alkalosis.  The physician "counseled" Ms. Lompe
"about the potential for delayed neurologic sequelae."  In summary, the evidence clearly supports that
Ms. Lompe likely experienced a CO poisoning event that probably lasted for approximately four weeks,
culminating in an acute, large dose exposure.  In my opinion, the severity of exposure was in a range
that could result in damage to the central nervous system (CNS).  In this case, there is objective evidence
of CNS damage, including the neuropsychological testing results, the results of the Speech Language
Pathology evaluation and the abnormalities found on Neuro-optometric testing."

"Prior to the CO exposure, Ms. Lompe was essentially free of psychiatric issues.  She was not on
medications or in counseling.  She has a history of mental health intervention in 2009, consisting of
approximately a six month period of counseling and the use of Prozac prescribed by a primary care
physician.  Other than this time-limited treatment for self-described situational stressors and mild
claustrophobia, Ms. Lompe's pre-exposure psychiatric history is essentially negative.  There is no
evidence that she experienced cognitive dysfunction prior to the CO exposure."

"After the CO poisoning, Ms. Lompe began to experience mood swings, including irritability and crying
spells.  She remains mildly depressed at the present time with fatigue, sleep disturbance and appetite

disturbance.  In my opinion, her symptom cluster is most consistent with a Carbon Monoxide-Induced Mood Disorder."

"It is abundantly clear from the medical records that Ms. Lompe was highly anxious about what was happening to her during the acute CO poisoning event.  She has subsequently developed some post-traumatic anxiety.  She is currently experiencing excessive worry, fears of reexposure, rumination, panic symptoms, sleep disruption, and appetite disturbance.  It is my opinion that, while Ms. Lompe may have had some pre-exposure history of anxiety, the CO poisoning event permanently exacerbated her anxiety.

In addition to depression and anxiety, it appears that Ms. Lompe has a cognitive disorder. Neuropsychological testing is generally consistent with her subjective cognitive complaints as well as with the cognitive problems noted by a coworker (as referenced in Dr. Helffenstein's report).  Speech Language Pathology evaluation revealed numerous impairments and deficits.  Neuropsychological testing identified several areas of reduced cognitive performance relative to expectation including executive dysfunction, bilateral temporal/hippocampal dysfunction, and visuoperceptual dysfunction (see Dr. Helffenstein's report for details).  Validity testing revealed valid performances on the CARB, TOMM, and WMT, among others.  This suggests that Ms. Lompe gave good effort on the neuropsychological testing.  Taking into account all available information, it is my opinion that Ms. Lompe's Cognitive Disorder NOS was caused by CO poisoning."

TREATMENT RECOMMENDATIONS

1. "Individual psychotherapy should be continued to address the anxiety, crying spells and mood swings/irritability.  I anticipate the need for psychotherapy to last at least one to two years, and may be indefinite.
2. I agree with Dr. Helffenstein's recommendation to continue cognitive rehabilitation services.
3. Continued psychiatric medication management is essential.  I agree with the use of Nuvigil for her fatigue and cognitive impairment.  However, Ms. Lompe is not currently taking medication to address her mood issues and anxiety.  Similarly, she is not taking medication to address her sleep disturbance.  I would recommend a SSRI medication and a prescription sleep aid.
   I agree with the recommendation for continued speech and language treatment with a speech-language pathologist."

**Neurology Evaluation**
   Provider:       John Foley, MD
                   Rocky Mountain Neurological Associations
   Date:           September 11, 2012
"The neurological examination showed cranial nerves II-XII to be intact.  Motor strength was 5/5 with the exception of hand intrinsic muscle strength of 4+/5 bilaterally.  There was no tremor, clonus, drift or fasciculation.  Sensory examination was intact to light touch and pinprick.  Coordination testing showed no dysmetria on finger-to-nose or heel-to-shin.  Gait and tandem gait were intact.  Romberg's sign was negative.  A sharpened Romberg's sign was positive.  DTRs were normoactive and symmetrical. Plantar responses were flexor…..  A Fatigue Severity Scale was obtained and revealed an average score of 4 on a scale of 0 to 7.

Impression: Clear-cut history of carbon monoxide intoxication with elevation in ambient carbon monoxide and elevated carboxyhemoglobin level, as well as typical clinical symptomatology which has been persistent. Given the duration of her symptomatology, she likely will be left with some permanent residual neurologic deficit."

**Electroencephalogram (EEG)**
　　　　Provider:　　John Foley, MD
　　　　　　　　　　Rocky Mountain Neurological Associations
　　　　Date:　　　September 11, 2012

"Abnormal electroencephalogram characterized by diffuse background slow wave activity. The finding is consistent with diffuse or multifocal brain dysfunction."

**Speech Evaluation**
　　　　Provider:　　Heather Elwell, MS, CCC- SLP
　　　　Date:　　　September 11, 2012
"Miss Lompe exhibits subtle speech and language deficits in auditory retention, paraphasic errors, verbal fluency, verbal reasoning, voice, reduced processing speed, with hesitancy, self-corrections, and delays observed during conversational tasks. Her language functioning is less efficient because of these deficits, but because she has such high vocabulary skills as seen in TAWF and Verbal Timed Fluency Measures (within or above the mean), her deficits are less likely to be perceived by others. Her decreased language functioning will greatly impact her ability to feel confident in her language skills. Her language abilities are also influenced by internal factors (cognitive difficulties), and environmental factors (noise, light sensitivity, stress, timed demands, etc.). In addition, limitations in cognitive-linguistic abilities will further make it difficult for her to function in challenging environments (i.e., work, school).

RECOMMENDATIONS:

Miss Lompe would benefit from continuing skilled speech and language treatment with a speech-language pathologist for instruction in areas of receptive and expressive language, specifically auditory processing and retention, word-finding strategies, thought organization, energy management, and voice (increasing prosody and voice inflection) which currently are affecting her communication abilities. This would be of most benefit in conjunction with cognitive rehabilitation sessions. While therapy will not fully rehabilitate deficits, it will teach Miss Lompe how to compensate for her difficulties so that she may have the ability to communicate more fluently in work and social settings."

**Auditory and Vestibular Evaluation**
　　　　Provider:　　Kahri Farnsworth, Au.D.
　　　　　　　　　　Intermountain Hearing and Balance Center
　　　　Date:　　　September 12, 2012
There were no abnormalities noted today. Results therefore provide no robust evidence of a vestibular lesion at either the central or peripheral level. Pure tone thresholds were normal.

**Neuro-optometric Evaluation**

       Provider:        Dr. Robin Price

                           Child and Family Eye Care Center

       Date:            September 13, 2012

"She does show a reduced Tear Film Breakup Time (TFBUT) of 5-7 seconds, which indicates moderate dry eye syndrome. Dry eye may be associated with brain trauma. After brain injury, the rate of blinking may slow and the completeness of the blinks may decline....Amber has a reduced near point of convergence (NPC) of 10-15 cm. Normal is 5-7 cm. Amber's fusional vergence scores were also low – she had a breakpoint at 18 prism diopters and recovery of fusion at 7 prism diopters. Normals according to the American Optometric Association Clinical Practice Guidelines are break of 21 and recovery of 13....Problems with convergence are known to be associated with brain trauma. Accommodative flexibility testing revealed slightly below average performance. Amber scored in the 30th percentile in horizontal eye tracking and the 1st percentile in ratio of tracking to RAN speed. These visual deficiencies are amenable to vision rehabilitation treatment. I recommend that Amber follow up with a developmental optometrist in her area. Here are several physicians in her area:"

**Brain Imaging**

       Provider:        William W. Orrison, MD

                           Nevada Imaging Center, Las Vegas, Nevada

       Date:            November 7, 2012

1. No brain parenchymal abnormalities noted
2. Pineal cystic changes.
3. Auditory fMRI – consistent with decreased hearing in the right ear or possibly central auditory processing dysfunction and clinical correlation suggested.
4. Motor stimulation demonstrated bilateral symmetric response less than would normally be anticipated consistent with decreased functional MRI task or a decrease in motor function. Clinical correlation suggested.

MR spectroscopy was normal.

**CereScan**

       Provider:        S. Gregory Hipskind, MD, PhD

       Date:            4/26/2013

"This is an abnormal brain SPECT study demonstrating a diffuse patchy decreased cortical pattern with focal areas of abnormal cortical hypoperfusion in the frontal, temporal, parietal, occipital and cerebellar areas as previously described. In addition, focal areas of abnormal subcortical hypoperfusion were noted in the pontine portion of the brainstem, thalami and basal ganglia as previously described- specifically involving the globus pallidi bilaterally. There is paradoxical cortical deactivation with the concentration task. The nature, location and pattern of these abnormalities is most consistent with a diffuse toxic/hypoxic encephalopathic process and the patient's clinical history of carbon monoxide poisoning which was received after the blind review. Globus pallidus involvement has been shown in the scientific literature to highly correlate with brain SPECT findings seen in carbon monoxide poisoning ( see Chapter 21 in Carbon Monoxide Poisoning, Penney, D, ed, 2008). Correlation with the patient's entire clinical history is advised."

**Cardiac Adenosine Stress MRI**
>       Provider:        Jeffrey Anderson, MD
>                        Intermountain Medical Center, Murray, Utah
>       Date:           September 12, 2012

Increased LV, RV chamber size with normal wall thickness and normal systolic function without evidence for infarction or ischemia.

**Chest Radiograph**
>       Provider:        Christopher Roach MD
>                        Intermountain Medical Center
>       Date:           September 12, 2012

No radiographic evidence of acute cardiopulmonary disease.

**Cardiology Evaluation**
>       Provider:        J. Brent Muhlestein, MD
>       Date:           September 13, 2012

"…the left ventricular ejection fraction is normal and there is no evidence of any effect from carbon monoxide. She has mildly elevated left ventricular and right ventricular chamber size, which is likely a normal variant and may represent some sort of early sign of cardiomyopathy, perhaps hypertrophic cardiomyopathy or dilated cardiomyopathy. Suggested the patient follow-up echocardiogram in 2-3 years to assess for stability of chamber size. However, this does not appear to be related to carbon monoxide exposure."

**Pulmonary Function Studies**
>       Provider:        Danitza Blagev, MD
>                        LDS Hospital Pulmonary Function Laboratory
>       Date:           September 11, 2012

Normal study.

**Comprehensive Laboratory Testing**
>       Provider:        LDS Hospital
>       Date:           September 11, 2012

The complete blood count, differential, comprehensive metabolic panel, and thyroid stimulating hormone tests were normal. The blood 25-hydrox vitamin D level was low at 28 ng/ml.  The urine: chromium heavy metal drug screen, immunofixation electrophoresis, thallium tests were normal. The urine drug of abuse test was positive for barbiturates.  This positive finding is expected since the patient reported taking Fioricet.

**Teleconference with Ms. Lompe**, May 9, 2013; 16:00
May 9, 2013

Teleconference with Amber Lompe

I talked with Ms. Lompe by telephone with no one else on the phone line.  Since I last saw her, she reported that not much has changed.  She continues to have problems with:  Memory, tingling in hands and feet has worsened; sleep worse, awakening up mor;, muscle aches,

headaches more tension.. She uses the TENS unit 3 – 4 per month.  The leads do not adhere very well.  She no longer goes for therapy with Physical Therapy because she no longer works there.

Since 2/4/13, she works at  Casper Orthopedics, 40 hours per week, and her fatigue has continued.  At this new job she shares duties with 2 other techs.  They work on the "floor" and in the office.  Recently, she was taken out of the office due to errors she was making,  and permanently assigned to work the floor.  She shared that others there are understanding , but it bothers her that she was not able to do what she needed to.

When I inquired about school, she is not attending presently, but wants to apply to the same program as when I evaluated her.

Present medications:   Topamax, Treximet (Naprosyn and Sumatriptan); Cyclobenziprine, Ritalin Compazine, Sertraline (100 mg), Safyral,
Has Ambien, but does not like it because it makes her feel "weird."
Has Xanax, but takes it rarely.
Melatonin did not help sleep very much.

I inquired about Dr. Vuolo.  She did not find the evaluation productive and does not plan to return.  She did not take Buspar, which he had prescribed

I inquired about the concussion which happened in February 2013.  Now she reports whiplash symptoms, adding to tension headaches.  For a week or two after the concussion her headaches were worse, but now her headaches are about the same as before her fall, but the tension in her shoulder pain is more severe.  She complains of dizziness but offers that might be due to the Topamax too. She explained she fell while playing basketball.   She explained that the carbon monoxide poisoning worsened her basketball ability.  She explains that her decision making while playing and making quick decisions is worse than prior to the poisoning.  She reports that she "travels" more too.  She is not  sure about scoring performance.  She forces herself to play because she likes to play.  She says other players that have known her before the poisoning have observed differences in her basketball ability.

## ASSESSMENT/OPINIONS
Ms. Lompe had proven carbon monoxide poisoning.  Potentially she was exposed to excess carbon monoxide intermittently for several weeks to months culminating in an acute episode of poisoning necessitating hyperbaric oxygen.  Based upon the history, the measurement of the ambient carbon monoxide levels and her elevated carboxyhemoglobin level, the symptoms, my evaluation, and evaluations from others, it is my opinion, stated to a reasonable degree of medical probability, that Ms. Lompe has sustained permanent brain damage from carbon monoxide poisoning.  Her problems are manifested by abnormalities in several domains including:  neuropsychological, psychiatric, speech, neurological, and neuro-optometry.  Her complaints of headache, depression, anxiety, panic, difficulty completing tasks, attention, concentration, memory, and fatigue, are directly attributable to brain damage caused by carbon monoxide poisoning.  Ms.  Lompe has abnormalities in EEG, and brain imaging which complement, and support the brain damage by carbon monoxide poisoning.

I agree with recommendations made by neurology, neuropsychology, psychiatry, speech therapy, and neuro-optometry.  Although unrelated to carbon monoxide poisoning, I agree with recommendation from cardiology.

I concur with Dr. Helffenstein, that Ms. Lompe's vocational potential has been reduced by the carbon monoxide poisoning injury.

I defer to psychiatry regarding the frequency of visits for the recommended psychotherapy.  She will likely need continued psychiatric medications, indefinitely.  She needs to receive cognitive rehabilitation, guided by neuropsychology, and continued counseling by psychology.  I defer to neuropsychology and psychiatry regarding the intensity and frequency of cognitive therapy and follow-up.

Lindell Weaver, MD, FACP, FCCP, FCCM; FUHM
Medical Director and Division Chief, Hyperbaric Medicine
LDS Hospital, Salt Lake City, UT and
    Intermountain Medical Center, Murray, UT
Professor of Medicine, Univ. of Utah School of Medicine, Salt Lake City, Utah