# Rocky Mountain
## Neurological Associates

*370 East 9th Avenue, Suite #106, Salt Lake City, Utah 84103*
*(801) 408-5700   Fax (801) 408-5704*

*John F. Foley, M.D.*
*Diplomate*
*American Board of Psychiatry & Neurology*

*Robert M. Miska, M.D.*
*Diplomate*
*American Board of Psychiatry & Neurology*

September 11, 2012

Lindell K. Weaver, M.D.
LDS Hospital Hyperbaric Medicine
8th Ave & C Street
Salt Lake City, UT 84143

Re:   Amber Lompe
DOB:  8-28-90

Dear Dr. Weaver:

The patient is a 22-year-old white female with a history of carbon monoxide exposure whom I am asked to see for further neurological evaluation. The patient states that she lived in an apartment on the third floor with her dogs. On February 2, 2011, it became very cold in Casper, Wyoming and she awoke with a headache and fatigue. She states that she had a separate furnace for her unit. There were no CO detectors in place. The headache worsened and she became confused. She noted buzzing in her ears and was unsteady when walking. She also felt nauseated. She awoke at roughly 7:00 a.m. and had to crawl to the hallway where she threw up. Her apartment manager apparently knocked on her door and found her on the floor. Carbon monoxide was assessed at 500 parts/million in the apartment. An ambulance was called and she was taken to Casper Hospital where oxygen was placed. A carboxyhemoglobin level was 19%, drawn some time after oxygen initiation. She received a single hyperbaric oxygen treatment that day and was sent home. She was assessed neuropsychologically and was found to have abnormal neuropsychological parameters. She continues to have headache and fatigue, and she sleeps 8-9 hours per day. She reports headaches occurring 3-4 days per week and describes them as moderately severe with nausea and sometimes severe pain. This sometimes limits her ability to work. The headaches are generally diffuse in nature, beginning frontally and radiating to the occiput. Since the exposure she has had cognitive and balance dysfunction with occasional vertigo and tripping. She drops things frequently. She was a student athlete in training at Casper College and had to drop classes following her CO exposure.

Past medical history is significant for influenza and gallbladder disease. Current medications include Topamax, omeprazole, Nuvigil, Fioricet, and prochlorperazine.

Lindell K. Weaver, M.D.
Re: Amber Lompe
Page 2 of 2

Family history is significant for a grandmother with senile dementia of Alzheimer type. Social history shows that she currently works as a rehabilitation technician at North Platte Physical Therapy. She is single and does not smoke. Alcohol use is social only.

Physical examination revealed that HEENT were normocephalic. The pupils were equal, round and reactive to light and accommodation. There was full extraocular motion. The funduscopic examination was benign. The neck was supple and the chest was clear. Cardiovascular examination was regular rate and rhythm without murmur or bruit. The neurological examination showed cranial nerves II-XII to be intact. Motor strength was 5/5 with the exception of hand intrinsic muscle strength of 4+/5 bilaterally. There was no tremor, clonus, drift or fasciculation. Sensory examination was intact to light touch and pinprick. Coordination testing showed no dysmetria on finger-to-nose or heel-to-shin. Gait and tandem gait were intact. Romberg's sign was negative. A sharpened Romberg's sign was positive. DTRs were normoactive and symmetrical. Plantar responses were flexor.

Review of ancillary radiology includes a report generated from Independent Radiology Services in Fargo, North Dakota, dated 2/16/11, which revealed mild to moderate chronic maxillary and sphenoid sinusitis. The intracranial scan was unremarkable. A Fatigue Severity Scale was obtained and revealed an average score of 4 on a scale of 0 to 7. An EEG was also apparently performed at Central Wyoming Neurology on 2/15/11 and was interpreted as being within normal limits.

Impression: Clear-cut history of carbon monoxide intoxication with elevation in ambient carbon monoxide and elevated carboxyhemoglobin level, as well as typical clinical symptomatology which has been persistent. Given the duration of her symptomatology, she likely will be left with some permanent residual neurologic deficit.

Sincerely,

John F. Foley, M.D.

JFF:rlp

# Rocky Mountain
## Neurological Associates

*370 East 9th Avenue, Suite #106, Salt Lake City, Utah 84103*
*(801) 408-5700    Fax (801) 408-5704*

John F. Foley, M.D.
*Diplomate*
*American Board of Psychiatry & Neurology*

Robert M. Miska, M.D.
*Diplomate*
*American Board of Psychiatry & Neurology*

## REPORT OF ELECTROENCEPHALOGRAM

**AMBER LOMPE**                                                                     9-11-12
DOB: 2-28-90

METHOD: A multi-channel record utilizing 21 disk electrodes placed according to the 10-20 International Convention is recorded using a Cadwell computerized electroencephalographic device. Special procedures included cognitive alerting techniques. Activating procedures included hyperventilation and photic stimulation.

DESCRIPTION: The posterior dominant rhythm was noted to be intermittent 8-10 per second alpha interspersed with 4-7 per second polymorphic theta slow wave activity. A single burst of left-sided higher amplitude 5-7 per second theta slow wave activity was seen in conjunction with sharp transients. There was no other bilateral rhythm, epileptiform discharge or ictal activity identified.

IMPRESSION: Abnormal electroencephalogram characterized by diffuse background slow wave activity. The finding is consistent with diffuse or multifocal brain dysfunction.

John F. Foley, M.D.

JFF:rlp