Dennis A. Helffenstein, Ph.D., C.R.C.
Licensed Clinical Psychologist
Clinical Director

Diana M. Helffenstein, M.A., L.P.C.
Licensed Professional Counselor

Brian D. Reusink, M. Ed.
Director of Operations

Douglas W. Wise, B.S.
Psychometrician



COLORADO
Neuropsychological
ASSOCIATES, P.C.

Primary Office
10 Inverness Dr. East
Suite 215
Englewood, CO 80112
(720) 529-0190
(720) 529-1099 Fax

Also serving clients in
Colorado Springs

# NEUROPSYCHOLOGICAL EVALUATION

**NAME:**     Amber N. Lompe          **EVALUATION DATES:**   12/12/11 & 12/13/11

**DOB:**       ██90                  **REPORT PREPARED:**   3/15/12

## THIS REPORT REPRESENTS TWENTY-TWO (22) HOURS OF SERVICE

## REFERRAL INFORMATION

Ms. Lompe reports, and records confirm, that she experienced a significant exposure to carbon monoxide in the early part of 2011. The exposure was discovered as a result of an acute exposure that occurred on February 1, 2011. Ms. Lompe believes that symptoms may have begun as early as January 5, 2011, following her Christmas break from college. The exposure occurred in an apartment that she was renting and occurred due to a faulty furnace. The furnace was ultimately replaced. She noted that the furnace was venting exhaust fumes back into her apartment and there was a vent above her bed. There was not a carbon monoxide alarm in her apartment.

Ms. Lompe reports that she woke up on February 1, 2011 feeling extremely ill with headaches, nausea, vomiting, dizziness, tinnitus, weakness, and inability to walk. She called her grandmother, who suggested that she return to bed. She then called her mother who is a school teacher and talked to the school nurse. She thought the weakness may be due to low blood sugar and she tried to get to her kitchen to get something to eat, but was unable to do so. She then called and talked with the nurse at her college and, again, called her mother. Her symptoms were getting worse with time. Her father was in Casper, Wyoming on business and was sent to check on her. She knew her father was coming and she was able to get dressed, but again, the symptoms were becoming gradually worse.

Symptoms on February 1st included nausea, vomiting, headaches, muscle and joint aches, fatigue, and lethargy. Additional physical symptoms included heart palpitations, shortness of

MR Colo Neuropsych 000035

NEUROPSYCHOLOGICAL ..VALUATION
Amber N. Lompe
Page 2

breath, dizziness, sleepiness, and tinnitus. She had motor weakness and was unable to walk. She was experiencing disorientation and slow processing.

Ms. Lompe recalls that somebody was knocking on her door. When she got to the door, it turned out to be the apartment complex maintenance man and technician from the gas company. The technician apparently identified 60 parts per million of carbon monoxide in the hallway and 500 parts per million of carbon monoxide in her apartment. She was instructed to leave the apartment. The maintenance man and technician called 911. By the time her father arrived, fire, police, and ambulance were all on scene.

I reviewed the Casper Fire Department Records, dated February 1, 2011. Those records indicate that they arrived on scene at 10:32 a.m. and the gas company technician was already on scene. The record states "Told us the CO was 500 ppm in the problem apartment and 60 ppm in the hallways." That report indicates that the furnace was red tagged and gas was shut off.

Ms. Lompe was transported to Wyoming Medical Center where she was evaluated in the emergency room by Ronald Iverson, M.D. Symptoms documented in that record included headache, shakiness, weakness, increased heart rate, nausea/vomiting, dizziness/vertigo, mental confusion, headaches, possible loss of consciousness, and tingling in her extremities. The report also indicated that she did not remember all the events that had transpired. The record indicates that there was 500 parts per million of carbon monoxide found in her apartment. Blood was drawn at 11:30 for a carboxyhemoglobin level test. The carboxyhemoglobin level was 19 percent. Ms. Lompe received one hyperbaric oxygen treatment. She recalls receiving two treatments, but I could find records for only one. Following the treatment, her carboxyhemoglobin level returned to within normal limits. She was discharged with a Carbon Monoxide Instruction Sheet. Dr. Iverson's diagnosis was Carbon Monoxide Poisoning with Significant Neurologic Deficits.

Ms. Lompe acknowledges that her memories are vague for February 1, 2011 and the sequence of events is unclear to her. She reported that from the time she returned from Christmas break on or around January 5, 2011 until February 1, 2011, she experienced more frequent headaches and would often wake up with a headache. The headache would resolve when she left her apartment. During this timeframe, she felt more fatigued and it was harder to focus in her classes. New learning was more difficult and she was studying harder. She was experiencing more shortness of breath when playing basketball. She was less organized and less neat. She recalled her apartment being quite messy during this timeframe.

Ms. Lompe's current primary care physician is Todd Erickson, P.A.-C at Central Wyoming Neurology, LLC. P.A. Erickson has diagnosed the Carbon Monoxide Poisoning with headache, memory, and cognitive impairment. P.A. Erickson has also recommended neuropsychological evaluation as a way to more fully evaluate her residual cognitive problems. This evaluation was requested by her attorney, Mr. Tyson Logan, Attorney at Law, as a way to evaluate her current neuropsychological status. If neurocognitive and/or neurobehavioral deficits are identified that can be attributed to the carbon monoxide poisoning event, then to discuss how these would

NEUROPSYCHOLOGICAL ... VALUATION
Amber N. Lompe
Page 3

negatively impact her functioning.   I was also asked to assist with treatment planning, if indicated.

## BACKGROUND INFORMATION

### Developmental History

Ms. Lompe was born via normal vaginal delivery without complications.   She met all developmental milestones within normal limits.   Ethnically, she is of mixed Caucasian and Native American heritage although she is predominantly Caucasian.

### Educational History

Ms. Lompe graduated from Kaycee High School in May 2008.  A review of her high school transcripts reveals that her high grade point average was 3.7593.  Her class rank was 6 out of 16. At the time of the exposure, Ms. Lompe was a junior at Casper College.  Her major was athletic training and her minor was voice and music.  A review of her Casper College transcripts reveals that she has earned 81 semester hours of credit and her cumulative grade point average was 2.99.

Because of her residual cognitive problems and difficulty retaining material long term, Ms. Lompe has made the decision to change majors and schools.  She is now going to pursue a two-year Associate's degree as a Physical Therapy Aide.  This is an online program offered through the University of New Mexico.  If she continues to take courses at Casper College, it will only be in the area of voice and music.

### Work History

For two summers in high school, she worked as a sales associate for Lou Taubert Ranch Outfitters.  For four months in 2010, she worked as a cashier at Menards.  From September 2010 to present, she has worked as a rehabilitation technician at North Platte Physical Therapy.  This job primarily entails taking patients through and exercise program prescribed by the physical therapist.  She notes that when she receives instructions from the physical therapist, she must write down detailed notes regarding their instructions.  She is aware that she will often have to ask for repetition or additional supervision.  She feels she is less efficient than other technicians performing data entry and transcription tasks.  In addition, these sorts of tasks tend to cause headaches.  Overall, she feels her performance in this job is satisfactory.

### Marital / Family History

Ms. Lompe has never been married and has no children.

NEUROPSYCHOLOGICAL EVALUATION
Amber N. Lompe
Page 4

## Medical History

Ms. Lompe has one to two alcoholic drinks per week. She has never abused alcohol in any way. She does not use illicit drugs. She has experimented twice with marijuana. She does not use tobacco products. Her immediate family medical history is unremarkable. Her personal medical history is notable for a hospitalization in 2006 for influenza and a hospitalization for mononucleosis in 2009. Current prescription medications include Fioricet on an as needed basis for her more severe headaches. She utilizes Topamax, 125 mg b.i.d. for headaches. She reported that when she began use of this medication, it did not result in any exacerbation of her cognitive problems. She also utilizes Nuvigil, 250 mg per day as a psychostimulant to address her ongoing problem with fatigue.

Ms. Lompe's neuropsychological history is unremarkable having never sustained any head injuries or concussions, of any type, seizures, other toxic exposures, or neurological illnesses.

Ms. Lompe's family psychological history is notable for her biological father abusing drugs and alcohol and having some problems with depression. She reports that during the latter part of 2009 and early 2010 for approximately a six month period, she was experiencing a stressful time and wanted to improve her stress management abilities. She worked with a counselor during that time on stress management. She also utilized Prozac prescribed by her pediatrician during this time. She reports that she affectively dealt with the stressors and discontinued the therapy and Prozac.

## CLINICAL INTERVIEW

When asked about her current physical status, Ms. Lompe reports some intermittent pain in her neck and shoulders. She rated the pain as ranging from 0 to 2 on a 10-point scale with 10 being pain so severe that she would pass out if she experienced it. She received some treatment for this pain at the physical therapy clinic where she works. This includes trigger point dry needling, occasional massage, mechanical traction, and mechanical release. She experiences two to four headaches per week. These typically begin in the frontal region of her head and spread to her entire head. She rated her headache pain as ranging from 1 to 2 on a 10-point scale. She reports ongoing occasional problems with nausea since the exposure. She also reports an ongoing problem with dizziness and "head rush" when she stands quickly. She reports decreased fine motor dexterity, which is most notable when she is working on a keyboard. She also notes that she tends to drop things more frequently. She experiences some problems with balance, usually associated with the dizziness. She reports some mild problems with articulation. She continues to experience paraesthesias (tingling and numbness) in her lower legs and feet and occasionally in her hands and face. At times, this sensation becomes painful. These symptoms would be suggestive of a peripheral neuralgia, which is common following carbon monoxide poisoning. She reports her sense of taste is dulled since the exposure and also notes an occasional metallic taste in her mouth. She continues to experience occasional tinnitus bilaterally. She reports ongoing problems with phonophobia (noise sensitivity) post-exposure. When in a noisy or loud environment, this causes her to feel irritable and edgy. She also has difficulty filtering-out

NEUROPSYCHOLOGICAL EVALUATION
Amber N. Lompe
Page 5

background noise suggesting an ongoing problem with her auditory gaiting mechanism. She reports an ongoing problem with fatigue post-exposure. She finds she becomes more tired more easily whether performing physical or cognitive activities. She rates her current stamina and endurance as 70 percent of normal for her. She described the fatigue as both a mental and physical fatigue. She reports some occasional problems with shortness of breath following the exposure. She is particularly aware of this when singing. She feels as though she has a reduced lung capacity since the exposure.

Ms. Lompe reports that she is more sensitive to several substances since the exposure. This includes smoke, heavy colognes or perfumes, cleaning products such as bleach and solvents. When exposed to these materials, she develops a headache, shortness of breath, her eyes burn, her lungs burn, and she develops a cough.

Ms. Lompe reports a number of vision problems post-exposure. She finds that she tends to bump into things more frequently. When walking or driving in a straight line, she tends to veer off center. Her eyes are slow to refocus suggesting a problem with accommodation. She also reports problems with photophobia (light sensitivity). Bright light tends to produce a headache. In addition, she is very sensitive to oncoming headlights when driving at night. She reports eye fatigue. At times, she will perceive motion in her peripheral vision when there is nothing there. This is a classic symptom of unilateral saccades (a unilateral eye tracking motion).

When asked about her current cognitive status, Ms. Lompe reports ongoing problems with attention and concentration. She finds her mind wanders more easily and that she is more easily distractible. She reports events that most likely relate to cognitive set loss. She also reports difficulties with multitasking. She has difficulty alternating her attention between several tasks and can no longer attend to several things simultaneously. She gave the example that when driving, she can no longer have the radio on or hold a conversation. She reports a significant ongoing problem with short-term memory. She finds she frequently forgets her intentions, appointments, what is said to her, what she reads, what she has done or said, that she loses and misplaces things more frequently, and what she is doing if she is distracted. As noted above, she has also experienced a significant problem with new learning post-exposure. She finds that cueing only inconsistently helps her memory. She uses written notes and a day planner as a means of compensation for the memory problem. She reports a variety of language based problems post-exposure including difficulties with word finding, paraphasic errors in her speech, language comprehension, and spelling. She reports problems with mental and math on paper. She feels her speed of information processing is slower than prior to the exposure. She is aware of ongoing difficulties with problem solving and decision making. These sorts of activities are more difficult and she finds she is much more indecisive. She reports ongoing problems with both initiation and self monitoring post-exposure. She finds she will more often miss mistakes that she has made. When writing, she tends to transpose letters.

When asked about her current emotional and psychological status, Ms. Lompe acknowledged some feelings of sadness and frustration, but denied feelings of depression. She is discouraged by her ongoing physical and cognitive deficits and the limitations that these impose. Given the

length of time post-exposure, she is quite concerned about her long-term recovery. She reports emotional lability post-exposure finding that she cries more frequently and easily. She reports some decreased drive and motivation, which she attributes to fatigue. She also notes more frequent and significant mood swings. She has worked with a psychologist post-exposure, Bruce Leininger, Ph.D. She notes that Dr. Leininger has done some testing, as well as neuro and biofeedback. She currently does not use an antidepressant medication. She reports difficulty getting to sleep at night due to rumination and inability to "turn my brain off." She notes that she tends to wake more frequently. She finds her sleep to be restless and non-restorative. She reports a decreased appetite post-exposure. She also reports ongoing problems with irritability and reduced stress tolerance. She finds she becomes more easily upset and angry over small things that would not have bothered her previously.

Ms. Lompe acknowledges that she is now more concerned about another possible exposure and has carbon monoxide alarms in her apartment. She tends to be generally more worried about others. She avoids being near a furnace whenever possible. When the furnace in her home is not acting normally, this produces some anxiety. She also acknowledged some anxiety about school performance.

Ms. Lompe's current primary care provider is Todd Erickson, P.A.-C. P.A. Erickson works under the supervision of Angelo Santiago, M.D. at Central Wyoming Neurology. As noted above, her treating psychologist is Bruce Leininger, Ph.D. She has also received cognitive rehabilitation treatment at Rocky Mountain Therapy.

## RECORDS REVIEWED

I have reviewed the records of Todd Erickson, P.A.-C. Persisting problems associated with the carbon monoxide poisoning documented by P.A. Erickson include persisting cognitive problems including difficulty with short-term memory, letter transposition, alternations in speech, and difficulties with her expressive language functioning. He has also documented ongoing problems with frontal headaches, nausea, vomiting, photophobia (light sensitivity), phonophobia (noise sensitivity), and sleep disturbance. He has diagnosed the exposure to carbon monoxide with headaches, memory, and cognitive impairment, as well as headaches with migraine features. An MRI of the brain, an EEG, and an MRA of the base of the brain all performed on February 15, 2011 were read as normal.

I reviewed Ms. Lompe's cognitive rehabilitation therapy notes from Rocky Mountain Therapy, authored by Michelle Bummer, M.A., CCC-SLP and Sharon Dawes, M.A., CCC-SLP. Ms. Lompe's cognitive therapy has focused on attention and concentration, stress management, dealing with cognitive overload, short-term memory, thought organization, problem solving, fluency, new learning, working memory, fatigue, and mental flexibility. It appears that her treatment has taken a restorative approach as the records document a number of cognitive exercises. The treatment has also focused on helping her to develop strategies to compensate for her residual cognitive problems, as well as training and energy conservation techniques.

I also reviewed the records of Bruce Leininger, Ph.D. Dr. Leininger performed some brief cognitive testing on February15, 2011, just two weeks post-exposure. His testing identified deficits in attention and concentration, response inhibition, and rote verbal learning and retention. His diagnosis on that date was Cognitive Disorder, NOS secondary to Carbon Monoxide Exposure. Dr. Leininger conducted a QEEG on March 23, 2011. That study was abnormal secondary to slow frequency prominence and abnormalities in cortical connectivity suggesting a diffuse pattern of abnormality. Dr. Leininger's records document a number of persisting physical problems following the exposure including problems with headaches, balance, dizziness, fatigue, photophobia (light sensitivity), paraesthesias, nausea, and shortness of breath. Cognitively, he documented problems with short-term memory, attention and concentration, slow processing, cumulative memory, and spelling. Visually, he noted difficulties with photophobia (light sensitivity) and nystagmus. From an emotional and psychological standpoint, he documented irritability, sleep disturbance, anxiety, sadness, and emotional lability.

## BEHAVIORAL OBSERVATIONS

Ms. Lompe was driven to the evaluation by her mother. She was ambulatory. She was well groomed and casually dressed. Affect throughout the evaluation was within normal limits. There were no overt indicators of anxiety or depression during the interview or testing. She did become somewhat irritated and frustrated with herself on tests with which she was having difficulty. Eye contact, body gestures, and voice volume were within normal limits. A verbal fluency deficit was noted in her style of speech during both the interview and testing. Comprehension of test instructions was good. Rapport was easily established. Response style was, at times, within normal limits and other times, it was slow. There was no fatigue noted or reported either day of testing. Numerous breaks were taken to ensure that fatigue did not become an interfering issue. Two instances of memory contamination were noted on the Story Memory Test. She reported a slight headache the first day of testing. However, the level of pain that she experienced did not interfere with her ability to remain focused on the neuropsychological tests nor did it interfere with her ability to give reasonable effort to the testing process. She denied any physical pain the second day of testing. Medications utilized the first day of testing were Nuvigil, Topamax, and Fioricet. The second day of testing, she took only the Nuvigil and Topamax. She reported that none of the medications caused her to feel drowsy or otherwise interfered with her cognitive processes. All tests were administered in the standardized fashion.

Ms. Lompe was cooperative with the evaluation process. She appeared to put forth good effort during the testing. Indeed, the testing technician made a particular note that she tried very hard to do well on the tests. At times, she attempted to use strategies to maximize her performance. She was administered three tests of level of effort and symptom validity as part of the test battery (Computerized Assessment of Response Bias; Word Memory Test; Tombaugh Test of Memory Malingering). Her performance on both the CARB and WMT were Type I "Good Effort." Her performance on Learning Trial II and Retention Trials of the TOMM were both 50/50 correct. Therefore, her performance on all aspects of the Symptom Validity Testing was well within the range of individuals found to be giving good effort to the neuropsychological testing process.

NEUROPSYCHOLOGICAL EVALUATION
Amber N. Lompe
Page 8

Internal validity measures such as those derived from the Category Test, as well as the Reliable Digit Span, also suggest that she was giving good effort. Based on the above observations, I feel that testing is an accurate and valid reflection of her current neuropsychological status.

## TEST RESULTS

### Wechsler Adult Intelligence Scale – IV (Fourth Revision)

| SCALE | I.Q. | STD. %ile | STD. Range | D/C T-Score | D/C %ile | D/C Range |
|---|---|---|---|---|---|---|
| Full Scale | 88 | 21st | Low Average | 37 | 10th | Mildly Impaired |

| INDEX | Index Score | STD %ile | STD Range | D/C T-Score | D/C %ile | D/C Range |
|---|---|---|---|---|---|---|
| Verbal Comprehension | 98 | 45th | Average | 47 | 38th | Average |
| Perceptual Reasoning | 94 | 34th | Average | 43 | 24th | Below Average |
| Working Memory | 86 | 18th | Low Average | 38 | 12th | Mildly Impaired |
| Processing Speed | 79 | 8th | Borderline | 30 | 2nd | Mild/Mod Impaired |

D/C = Demographically Corrected

| WAIS – IV Subtests: | Age SS | Age %ile | D/C T-Score | D/C %ile | D/C Range |
|---|---|---|---|---|---|
| Similarities | 8 | 25th | 39 | 14th | Mild Impairment |
| Vocabulary | 12 | 75th | 56 | 73rd | Above Average |
| Information | 9 | 37th | 47 | 38th | Average |
| (Comprehension) | 11 | 63rd | 52 | 58th | Average |
| Block Design | 9 | 37th | 45 | 31st | Average |
| Matrix Reasoning | 11 | 63rd | 51 | 54th | Average |
| Visual Puzzles | 7 | 16th | 37 | 10th | Mild Impairment |
| (Picture Completion) | 5 | 5th | 33 | 5th | Mild/Mod Impairment |
| Digit Span | 8 | 25th | 40 | 16th | Below Average |
| Arithmetic | 7 | 16th | 39 | 14th | Mild Impairment |
| (Letter / # Sequencing) | 6 | 9th | 30 | 2nd | Mild/Mod Impairment |
| Symbol Search | 5 | 5th | 28 | 1st | Moderate Impairment |
| Coding | 7 | 16th | 34 | 6th | Mild/ Mod Impairment |

( ) = Optional test

D/C %ile Range = 1st to 73rd        (Standard Deviation = 2.8)

SS Range = 7        (Standard Deviation = 2.3)

Ms. Lompe's age-corrected scaled scores are presented above. Also shown are percentile scores when age, ethnicity, gender and education corrected norms are applied (NCS Pearson, Inc., 2009).

NEUROPSYCHOLOGICAL ..VALUATION
Amber N. Lompe
Page 9

The following index and subtest scores were notable:

1. Below Average score on the Perceptual Reasoning Index. This index measures visual-spatial perception, organization and reasoning.
2. Mildly impaired score on the Working Memory Index. This index measures sustained auditory attention, freedom from distractibility and ability to mentally manipulate information.
3. Mildly to Moderately impaired score on the Processing Speed Index. This index measures speed of visual processing.
4. Mildly impaired score on Similarities. This task requires abstract verbal concept formation.
5. Mildly impaired score on Arithmetic. This task requires holding information in working memory while performing mental math calculations.
6. Mildly to Moderately impaired score on Letter-Number Sequencing. This task requires attention and concentration and working memory.
7. Below Average score on Digit Span. This task requires sustained attention and concentration and maintenance of information in immediate memory.
8. Moderately impaired score on Symbol Search. This task requires sustained visual attention and accurate visual discrimination.
9. Mildly to Moderately impaired score on Coding. This task requires sustained visual attention and concentration and maintenance of information in immediate memory.
10. Mildly impaired score on Visual Puzzles. This task evaluates simple to complex visual analysis and organization.
11. Mildly to Moderately impaired score on Picture Completion. This task requires attention to salient visual detail.

On tests of her current academic achievement skills (Peabody Individual Achievement Test), Ms. Lompe obtained scores of:

|  | PIAT% | Grade Equivalent | Heaton % | Heaton Level |
|---|---|---|---|---|
| Mathematics (PIAT–R) | 27th | 9.7 |  |  |
| Reading Recognition | 64th | 12.9+ | 46th | Average |
| Reading Comprehension | 85th | 12.8+ | 50th | Average |
| Spelling | 58th | 12.9 | 18th | Below Average |

Her scores in Mathematics and Spelling were below expectation when compared to her educational and work histories.

Further analysis of Ms. Lompe's performance on the Expanded Halstead-Reitan Neuropsychological Test Battery finds two of her index scores fell in the range characteristic of individuals with acquired cerebral dysfunction and one was in the Below Average performance range:

[1]     Halstead Impairment Index (HII) = 0.4, scoring in the impaired range on three of seven tests which comprise this index, Below Average Performance;

[2]     Average Impairment Rating (AIR) = 1.09, Mild to Moderate Impairment;

[3]     General Neuropsychological Deficit Scale Score (GNDS) = 20, Within Normal Limits; and,

[4]     Global Deficit Score = 0.7500, Mild Impairment.

Ms. Lompe exhibited the following specific impairments, inconsistencies, and/or relative weaknesses (using Heaton, et. al., 2004 norms where available and Heaton level of performance descriptors):

1.  Below Average abstract reasoning, logical analysis, and new concept formation (Category Test);
2.  Mild impairment of psychomotor problem-solving when using the dominant (right) hand, Below Average performance when using the non-dominant (left) hand and Mild impairment when using both hands simultaneously (Tactual Performance Test);
3.  Mild impairment of ability to follow complex sequential procedures (Trail Making Test Part B);
4.  Mild to Moderate impairment of attention, concentration, and fine discrimination among rapidly presented nonverbal stimuli (Seashore Rhythm Test);
5.  Mild impairment of manipulative dexterity in the non-dominant (left) hand (Grooved Pegboard);
6.  Mild impairment of tactile sensitivity bilaterally (Reitan-Klove Sensory Perceptual Examination);
7.  Mild impairment of verbal learning following one exposure to the material (Story Memory Test, Trial 1);
8.  Moderate impairment of learning of new narrative verbal information (Story Memory Test);
9.  Moderate impairment of retention of newly learned narrative verbal information after a four-hour delay (Story Memory);
10. Severe impairment of learning of new rote verbal information (Buschke Verbal Selective Reminding Test [CLTR]);
11. Severe impairment of retention of newly learned rote verbal information following a 30 minute delay period (Buschke Verbal Selective Reminding Test);
12. Severe impairment of learning of complex nonverbal (visual) information (Rey-Osterreith Complex Figure Test);
13. Mild impairment of visual learning following one exposure to the material (Figure Memory Test, Trial 1);
14. Below Average learning of new nonverbal (visual) information (Figure Memory Test);

15. Mild impairment of incidental memory for the location of blocks placed in a recently completed psychomotor problem-solving task (Location Component of the Tactual Performance Test);
16. Mild impairment of written verbal fluency (Thurstone Word Fluency Test);
17. Below Average figural fluency (Ruff Figural Fluency Test, Unique Design score);
18. Mild to Moderate impairment of planning efficiency (Ruff Figural Fluency Test, Error Ratio score);
19. A Mild level of perseverations on a test of figural fluency (Ruff Figural Fluency Test);
20. Letter/number agnosia was noted on an aphasia screening test (Reitan-Indiana Aphasia Screening Test);
21. Mild to Moderate impairment of language comprehension (Boston Diagnostic Aphasia Examination);
22. Below Average visual scanning accuracy (Digit Vigilance Test);
23. Borderline constructional praxis (key copy - Reitan-Indiana Aphasia Screening Test);
24. Copy of a complex figure was poorly planned and organized, suggesting a frontal quality in its construction (Rey-Osterreith Complex Figure Test);
25. Moderate to Severe impairment of speed of auditory information processing (Levin Version of the Paced Auditory Serial Addition Test - PASAT);
26. One right tactile suppression (Reitan-Klove Sensory Perceptual Examination); and,
27. While overall Within Normal Limits on a test of motor programming, she demonstrated one disinhibition, two right-left confusion and one sequencing error (Behavioral Dyscontrol Scale).

She performed in the average or above average range on the following tests of:

1. Mental flexibility, evidencing no tendency to perseverate (Wisconsin Card Sorting Test);
2. Ability to follow simple sequential procedures (Trail Making Test Part A);
3. Attention, concentration, and fine discrimination among slowly presented verbal stimuli (Speech Sounds Perception Test);
4. Pure motor speed bilaterally (Finger Tapping Test);
5. Manipulative dexterity when using the dominant (right) hand (Grooved Pegboard);
6. Strength of grip bilaterally  (Hand Dynamometer);
7. No significant level of intrusions into rote verbal recall (Buschke Verbal Selective Reminding Test);
8. Retention of newly learned complex nonverbal (visual) information after a 30 minute delay period (Rey-Osterreith Complex Figure);
9. Retention of newly learned nonverbal (visual) information after a four-hour delay (Figure Memory Test);
10. Incidental memory for the shapes of blocks placed in a recently completed psychomotor problem-solving task (Memory Component of the Tactual Performance Test);
11. Visual scanning was rapid and systematic (Digit Vigilance Test);
12. No hemispatial inattention was evident (Line Bisection Test and Padula Visual Midline Test);
13. No visual midline shifts were evident (Padula Visual Midline Screening Test);

14. Complex visual organization (Hooper Visual Organization Test);
15. There were no auditory or visual suppressions noted (Reitan-Klove Sensory Perceptual Examination); and,
16. Ability to resist the effects of stimulus interference (response inhibition) (Stroop Color-Word Test).

## NEUROPSYCHOLOGICAL IMPLICATIONS

For the purposes of this evaluation, Ms. Lompe's performance was compared to that of other 21-year-old Caucasian women with 14 years of formal education (Heaton et. al/Psychological Corporation, 2004) where those norms are available. Her WAIS-IV scores were compared to that of other 21-year-old Caucasian women with 13 to 15 years of formal education (NCS Pearson Inc, 2009).

Ms. Lompe performed in the Impaired Range on three of the tests sensitive to the general condition of the brain that comprise the Halstead Impairment Index. This produced a Halstead Impairment Index score of 0.4. This score is considered to be in the Below Average Range at the 18th percentile when demographically corrected norms are applied. Her Average Impairment Rating (utilizing 11 of the 12 measures), was Mildly to Moderately Impaired at the 3rd percentile. Her Global Deficit Score, an index that takes into account 20 of the demographically corrected scores, was Mildly Impaired at the 10th percentile. Her Raw Score on the General Neuropsychological Deficit Scale (utilizing 39 of the 42 measures) was 20. This score placed her at the 30th percentile when compared to a non-brain-injured control group (Reitan and Wolfson, 1988).

On the WAIS-IV, Ms. Lompe's Perceptual Reasoning Index Score was in the Below Average Range at the 24th percentile. Her Working Memory Index Score, a measure of her ability to hold information in her memory while she manipulates it some way, was Mildly Impaired at the 12th percentile. Her Processing Speed Index Score, a measure of visual information processing speed, was Mildly to Moderately Impaired at the 2nd percentile. The Working Memory Index Score and Processing Speed Index Score are both particularly vulnerable to the effects of chronic carbon monoxide poisoning (Helffenstein, 2007). Her Full Scale IQ on the WAIS-IV of 88 placed her in the Mildly Impaired Range at the 10th percentile when demographically corrected norms are applied. Her Verbal Comprehension Index Score was 19-points greater than her Processing Speed Index Score. This degree of difference occurs in this direction in only 7.7 percent of the normative database. Her Perceptual Reasoning Index Score was 15-points greater than her Processing Speed Index Score. This degree of difference occurs in this direction in only 11.4 percent of the normative database. Therefore, these are fairly rare discrepancies in a non-brain-injured individual and emphasize that her Processing Speed Index Score was well below expectation for Ms. Lompe. When demographically corrected scores are utilized, subtest variability ranged from the 1st to the 73rd percentile. This represents a 2.8 standard deviation variability. There was significant variability noted in both the Verbal Comprehension Index and Perceptual Reasoning Index Scores.

NEUROPSYCHOLOGICAL EVALUATION
Amber N. Lompe
Page 13

On the current testing, Ms. Lompe demonstrated a clear pattern of executive dysfunction. In cases of chronic carbon monoxide poisoning, executive dysfunction has been linked to frontal lobe involvement (e.g., Pinkston et al., 2001). On the current testing, sustained auditory attention and concentration was inconsistent and far below expectation with scores ranging from the 2nd to the 38th percentile (Mild/Moderate Impairment to Low End of the Average Range). Scores used to generate this range include the following: Letter-Number Sequencing, 2nd percentile; Rhythm Test, 2nd percentile; Digit Span, 16th percentile; Speech-Sounds-Perception, 38th percentile. Visual sustained attention and concentration was consistently Impaired with scores ranging from the 1st to the 6th percentile (Symbol Search, 1st percentile; Coding, 6th percentile). On the current testing, verbal fluency, as measured by the Thurston Verbal Fluency Test, was Mildly Impaired at the 8th percentile. Figural fluency, as measured by the Ruff Figural Fluency Test -- Unique Design Score, was in the Below Average Range at the 26th percentile. Speed of auditory information processing and complex auditory attention, as measured by the Paced Auditory Serial Addition Test, was consistently impaired with scores ranging from less than the 1st to the 2nd percentile. This task was discontinued following the second trial as a result of her poor performance. As noted above, speed of visual information processing, as measured by the Processing Speed Index Score, was Mildly to Moderately Impaired at the 2nd percentile. Abstract verbal reasoning, as measured by the Similarities subtest of the WAIS-IV, was Mildly Impaired at the 14th percentile. Alternating attention and logical sequencing abilities, as measured by the Trails B Test, was Mildly Impaired at the 13th percentile. Her ability to generate solutions to a new and ambiguous problems, as measured by the Category Test, was in the Below Average Range at the 25th percentile. Planning efficiency, as measured by the Ruff Figural Fluency Test – Error Ratio Score, was Mildly to Moderately Impaired at the 4th percentile. Her Ruff Perseveration Score was Mildly Impaired at the 8th percentile. There were several behavioral indicators of executive dysfunction on the current testing. On the Behavioral Dyscontrol Scale, she demonstrated two right/left confusion errors. Her copy of the Rey Complex Figure was poorly planned and organized suggesting a frontal quality to the construction. She demonstrated two memory contamination errors on the Story Memory Test.

Left temporal/hippocampal dysfunction was suggested by a Moderate Impairment of her ability to learn new narrative verbal information presented in paragraph form (Story Memory Test – Learning Component, 1st percentile). Retention of this information following a four hour delay period was Moderately Impaired at less than the 1st percentile. Ms. Lompe was unable to recall 41.2 percent of the information that she had previously learned. Learning of new rote verbal information, as measured by the Buschke Verbal Selective Reminding Test (Form IV), was Severely Impaired at less than the 1st percentile. Retention of this information following a 30 minute delay period was also Severely Impaired at less than the 1st percentile. Language comprehension was Mildly to Moderately Impaired at the 3rd percentile.

Right temporal/hippocampal dysfunction was suggested by a below average ability to learn new simple visual information (Figure Memory Test – Learning Component, 25th percentile). When she had only one exposure to the material (Learning Trial I), learning was Mildly Impaired at the 7th percentile. Learning of more complex visual information, as measured by the Rey-Osterrieth Complex Figure Test, was Severely Impaired at less than the 1st percentile.

Exposure to carbon monoxide will often negatively impact a variety of visual and visuoperceptual functions. On the current testing, simple and complex visual problem solving, as measured by the Visual Puzzles subtest of the WAIS-IV, was Mildly Impaired at the 10th percentile. Attention to salient visual detail, as measured by the Picture Completion subtest of the WAIS-IV, was Mildly to Moderately Impaired at the 5th percentile. She demonstrated borderline constructional dyspraxia in her copy of a key figure. Visual scanning accuracy, as measured by the Digit Vigilance Test, was in the Below Average Range at the 21st percentile.

In the course of the clinical interview, Ms. Lompe reported problems with both math and spelling post-exposure. On the current testing, overall math abilities were in the Below Average Range at the 27th percentile (9.7 grade equivalent). Mental math abilities, as measured by the Arithmetic subtest of the WAIS-IV, were Mildly Impaired at the 14th percentile. Spelling was in the Below Average Range at the 18th percentile.

Exposure to carbon monoxide will often negatively impact a variety of motor and sensory functions. On the current testing, psychomotor problem solving with her right (dominant) hand was Mildly Impaired at the 8th percentile. Tactile sensitivity on the right was Mildly Impaired at the 13th percentile. Psychomotor problem solving with her left (nondominant) hand was in the Below Average Range at the 25th percentile. Fine motor dexterity with her left hand was Mildly Impaired at the 10th percentile. Tactile sensitivity on the left was Mildly Impaired at the 8th percentile.

An additional neuropsychological deficit of note was incidental memory, as measured by the TPT Localization Test, being Mildly Impaired at the 10th percentile.

## PSYCHOLOGICAL FACTORS

As part of the current evaluation, Ms. Lompe was administered the Beck Depression Inventory – II (BDI-II). Ms. Lompe's Raw Score on this index was 13. However, it is important to note that her score was notably elevated as a result of her responding affirmatively to a variety of symptoms that, at least to some degree, likely relate to the residual effects of the carbon monoxide poisoning. This includes ongoing problems with fatigue, concentration, irritability, sleep disturbance, difficulties with decision making, and emotional lability. When this factor is taken into account, Ms. Lompe's BDI-II does not suggest any significant feelings of depression at this time.

Also, as part of the current evaluation, Ms. Lompe was also administered the Minnesota Multiphasic Personality Inventory-2-Restructured Form (MMPI-2-RF). Her MMPI-2-RF profile was valid. The validity configuration suggests that she responded to the questionnaire in a consistent fashion. There was no indication that she responded indiscriminately in either a true or false direction. Her F-r and Fp-r scores do not suggest over-reporting of emotional or psychological symptoms. Her Fs Scale was elevated with a T-Score of 107. This elevation might suggest the possibility of over-reporting somatic or physical symptoms. However, elevations on this scale have also been associated with the individual experiencing significant

and/or multiple medical conditions and the individual is simply reporting the symptoms of those conditions within the confines of the MMPI-2-RF item pool. I conducted a critical item analysis of Ms. Lompe's Fs Scale. It was elevated as a result of her responding affirmatively to problems with frequent coughing, sleep disturbance, experiencing odd smells, disruption of her hearing, and problems swallowing. These are all symptoms that have been associated with chronic carbon monoxide poisoning. Her SVS-r and RBS Scales were not elevated and would argue against over-reporting of physical and/or cognitive problems. Her L-r and K-r Scales do not suggest minimization of problems. My overall impression is that Ms. Lompe's MMPI-2-RF profile was valid. The elevation on Fs most likely occurred as a result of her honest report of residual symptoms associated with the chronic carbon monoxide poisoning.

Ms. Lompe did not demonstrate elevations on any of the Higher Order Scales. This would argue against any significant emotional, thought, or behavioral dysfunction at this time.

She demonstrated an elevation on RC1 (Somatic Complaints) with a T-Score of 84. A review of her Somatic/Cognitive Scales provides additional information regarding this elevation. Her Head Pain Complaints Scale was elevated with a T-Score of 78. Individuals with elevations on this scale are typically reporting head and neck pain, recurring headaches, and developing head pain under stress. This would be consistent with Ms. Lompe's report of headaches post-exposure. In addition, she demonstrated an elevation on the Neurological Complaints Scale with a T-Score of 86. Individuals with elevations on this scale are reporting a variety of neurological problems that can include difficulties with dizziness, balance, paraesthesias, motor weakness, or motor dyscontrol. In addition, she demonstrated an elevation on the Cognitive Complaints Scale with a T-Score of 80. Individuals with elevations on this scale are acknowledging a variety of cognitive problems including difficulties with memory, concentration, intellectual limitations, and/or mental confusion.

Ms. Lompe demonstrated an elevation on RC8 (Aberrant Experiences). Individuals with elevations on this scale are typically reporting sensory, perceptual, cognitive, and motor disturbances, which are frequently associated with a variety of neurological disorders. My overall impression is that RC8 was elevated as a direct result of the numerous neurological problems that Ms. Lompe has experienced since the carbon monoxide poisoning and relates to her honest report of those symptoms within the confines of the MMPI-2-RF item pool.

Ms. Lompe demonstrated an elevation on RC6 (Ideas of Persecution). Individuals with elevations on this scale often feel as though they have been targeted or victimized by outside forces. RC6 is commonly elevated in individuals who have been traumatized or injured through no fault of their own, which would be consistent with Ms. Lompe's clinical history.

Additional information regarding Ms. Lompe's current emotional and psychological status can be obtained from her Internalizing Scales. She demonstrated an elevation on the Stress/Worry Scale with a T-Score of 81. This elevation would be consistent with Ms. Lompe's self report of worry and concern about her long-term recovery from the carbon monoxide poisoning. In addition, she demonstrated an elevation on the Anxiety Scale with a T-Score of 70, as well as an

elevation on the Behavioral/Restricting Fears Scale with a T-Score of 71. This combination of elevations would be consistent with the diagnoses of Post-Traumatic Stress Disorder or possibly Specific Phobia – Situational Type.

My overall impression is that Ms. Lompe's MMPI-2-RF profile is valid and accurately reflects her residual neurological, cognitive, and emotional symptoms associated with the chronic carbon monoxide poisoning event. I see no indication of any maladaptive preexisting personality traits or characteristics.

## COLLATERAL DATA

As part of the current evaluation, I had an opportunity to interview Ms. Lompe's mother, Mrs. Jennifer Lompe. In addition, I asked Mrs. Lompe to complete a Family Questionnaire. This questionnaire asks her to identify any ongoing problems that she has noted in her daughter's functioning since the carbon monoxide poisoning event. It also asks her to rate the severity of any ongoing problems that she notes.

When asked about her daughter's current cognitive status, Mrs. Lompe reports that her daughter is having some minimal ongoing problems with word finding, spelling, planning and organization, making more mistakes than usual, difficulty catching her mistakes, and follow-through on tasks or projects. She reports her daughter is having some mild ongoing problems with multitasking, paraphasic errors in her speech, reading, writing, math, and slowed speed of processing. She reports her daughter is having moderate ongoing problems with concentration and attention, as well as problem solving and decision making. She reports her daughter is having moderate to severe ongoing problems with short-term memory.

When asked about her daughter's current emotional and psychological status, Mrs. Lompe reports that she is having some minimal problems with depression, emotional lability, mood swings, reduced motivation, anhedonia, and social isolation. She reports her daughter is having some mild ongoing problems with irritability, being more easily angered, being more emotional when tired, and anxiety.

When asked about her daughter's current physical status, Mrs. Lompe reports that she is having some minimal problems with dizziness, motor incoordination, paraesthesias, and chemical sensitivity. She reports her daughter is having some mild problems with neck and shoulder pain, veering off center when driving or walking in a straight line, judging distances, and noise sensitivity. She reports her daughter is having some severe ongoing problems with headaches, light sensitivity, and fatigue.

Also, as part of the current evaluation, I obtained Collateral Data from one of Ms. Lompe's coworkers, Deidre Cottenoir, PT (physical therapist). Based on the questionnaire that Ms. Cottenoir completed, it is evident that she worked with Ms. Lompe prior to and following the exposure. Post-exposure, Ms. Cottenoir has noted a significant deterioration in Ms. Lompe's work performance. She has noted a severe problem with attention and concentration, as well as

NEUROPSYCHOLOGICAL EVALUATION
Amber N. Lompe
Page 17

short-term memory. Ms. Cottenoir has noted that since the exposure, Ms. Lompe must now right
down even simple one-step instructions and if she does not write down instructions, she will
forget what she has been told within minutes. Ms. Cottenoir noted that prior to the exposure,
Ms. Lompe was an excellent multitasker. She noted that post-exposure, she now struggles with
multitasking. Ms. Cottenoir further noted that she has observed that when writing instructions,
Ms. Lompe will, at times, write the wrong word, wrong dates, or wrong times. She has observed
that if she is distracted from a task, Ms. Lompe will forget to return to the task that she was
doing. She has also noted ongoing problems with word finding, paraphasic errors in her speech,
mixing up sounds or words, language comprehension, reading, spelling, math, slowed speed of
processing, difficulties with problem solving and decision making, planning and organization,
catching her own mistakes, and initiation.

From an emotional and psychological standpoint, Ms. Cottenoir has noted that Ms. Lompe is
quite frustrated with her residual deficits and the limitations that these impose. In addition, she is
more emotionally labile, has some reduced motivation, is more emotional when tired,
demonstrates some irritability, and does not enjoy her work as much.

When asked about Ms. Lompe's current physical status, Ms. Cottenoir is aware that she has
ongoing problems with headaches and other physical pain. She also observes that she bumps
into things more frequently, she is light and noise sensitive, and that she is more sensitive
especially to smoke.

## SUMMARY AND RECOMMENDATIONS

Based on Ms. Lompe's self report, as well as a review of the records, it is evident that she
experienced a chronic exposure to carbon monoxide between approximately January 5, 2011 and
February 1, 2011. The exposure was discovered when an acute exposure occurred on February
1, 2011. 500 parts per million of carbon monoxide were found in her apartment. This is a highly
significant exposure that far exceeds all current governmental standards. Indeed, this was a
potentially lethal exposure. Her carboxyhemoglobin level measured at the Wyoming Medical
Center over 30 minutes after the exposure stopped was 19 percent. I estimate that her
carboxyhemoglobin level at the time she left the toxic environment was near 30 percent. This is
a level of exposure that would be expected to result in some permanent neurocognitive and/or
neurobehavioral deficits. Ms. Lompe has been diagnosed with Carbon Monoxide Poisoning with
Headaches, Memory, and Cognitive Impairment by her primary care physician, Todd Erickson,
P.A.-C, at Central Wyoming Neurology, LLC. Ms. Lompe continues to report a constellation of
physical, fatigue, visual, cognitive, and emotional coping deficits totally consistent with chronic
carbon monoxide poisoning (Helffenstein, 2007).

On the current testing, Ms. Lompe's performance on two of the four indexes used as a measure
of generalized cognitive functioning was in the impaired range. Her Average Impairment Rating
was mildly to moderately impaired and her Global Deficit Score was mildly impaired. Her
Halstead Impairment Index Score, a third measure, was in the below average range. She
demonstrated specific neuropsychological deficits, inconsistencies, or relative weaknesses

suggestive of residual and more localized cerebral dysfunction most notably in the frontal and bilateral temporal/hippocampal regions of the brain. In addition, she demonstrated a number of visual and visuoperceptual, academic, and motor deficits. The overall pattern of neuropsychological deficits, inconsistencies, or relative weaknesses was highly consistent with the residual effects of chronic carbon monoxide poisoning (Helffenstein, 2007).

It is important to note that a number of premorbid and comorbid factors were taken into account when interpreting Ms. Lompe's test scores. As noted in the body of the report, there was no fatigue noted or reported either day of testing. She experienced some mild headache pain the first day of testing, but no physical pain the second day of testing. In the course of the clinical interview, Ms. Lompe denied any significant feelings of depression or other emotional distress, which was confirmed by both her BDI-II and MMPI-2-RF. She was not utilizing any prescription medications either day of testing that caused her to feel drowsy or otherwise negatively impacted her cognitive functioning. As noted in the body of the report, there were multiple indicators to suggest that Ms. Lompe was giving good effort to the neuropsychological testing process. There was no indication that she was attempting to feign cognitive problems on testing. Based on the information that I currently have available to me, I am not aware of any preexisting or coexisting medical, neurological, developmental, psychological, or psychiatric conditions that could account for her current constellation of symptoms with the exception of the residual effects of the chronic carbon monoxide poisoning event. Therefore, within reasonable neuropsychological probability, the cognitive deficits noted on testing relate directly and solely to the chronic carbon monoxide poisoning event that occurred in the early part of 2011.

Ms. Lompe was evaluated at 10.5 months post-exposure. Most individuals who experience chronic carbon monoxide poisoning will experience maximum medical improvement within 10 to 12 months. She is, therefore, at or very near maximum medical improvement from a neuropsychological standpoint. At this point, I am not recommending neuropsychological reevaluation. However, if Ms. Lompe notes significant functional cognitive gains, then some retesting could be performed over the next six to eight months.

As noted in the body of the report, Ms. Lompe has received cognitive rehabilitation services through Rocky Mountain Therapy. That treatment was clearly indicated, medically necessary, and exposure related. Once she begins her physical therapy aid program, Ms. Lompe may benefit from some additional cognitive rehabilitation to assist and support her through that training program.

Ms. Lompe continues to report a variety of vision problems consistent with a post-traumatic vision syndrome. She would, therefore, benefit from further evaluation and possible treatment with a neuro optometrist.

Ms. Lompe continues to experience notable ongoing problems with fatigue. She is currently using Nuvigil as a psychostimulant, which would certainly help her energy level during the day. In addition to the fatigue, she is also reporting ongoing problems with irritability, reduced stress tolerance, and emotional lability. These are common sequela of carbon monoxide poisoning that

typically responds well to use of antidepressant medications in the Select Serotonin Reuptake Inhibitor Class (e.g., Zoloft, Celexa, or Cymbalta). By the time of her feedback session, Ms. Lompe reported that P.A. Erickson had prescribed Cymbalta, 60 mg per day. However, she developed an allergic reaction (rash) to this medication. At the time of her feedback, she was being weaned off the Cymbalta. I would suggest that P.A. Erickson consider an alternate SSRI such as Zoloft or Celexa.

Sleep disturbance is a common sequela of carbon monoxide poisoning. Indeed, Ms. Lompe is reporting problems with both initial and middle insomnia. She would, therefore, likely benefit from use of a sleep aid. I would initially recommend trazodone. If this is ineffective, then I would suggest Ambien or Lunesta.

To date, Ms. Lompe has undergone a number of brain imaging studies including MRI, EEG, and MRA. If it becomes necessary to more fully evaluate/document Ms. Lompe's neurological injury with neuroimaging, I would recommend Brain SPECT Imaging at CereScan in Denver, Colorado with Greg Hipskind, M.D., Ph.D.

At the time of the exposure, Ms. Lompe was working towards a Bachelor's degree at Casper College with a major in Athletic Training. But for the exposure and the residual sequela, it is my opinion as both a neuropsychologist and vocational expert that she would likely have been able to successfully complete that program. However, as a result of her residual cognitive problems including difficulties with new learning and cumulative memory, she has discontinued that program. At this point, her plan is to participate in a P.T. Aide program, which is an online program through the University of New Mexico. This is a two year program that will ultimately result in an associate's degree. As noted above, it is my recommendation that Ms. Lompe resume cognitive rehabilitation and that the focus of her treatment be on assisting her with this program, as well as transition to the workforce if she is able to successfully complete the program. However, it is also my opinion that, as both a neuropsychologist and vocational expert, that her ability to successfully complete this training and work as a P.T. Aide is guarded.

My overall impression is that Ms. Lompe's access to the workforce, vocational potential, and lifetime earning potential has been significantly compromised as a direct result of sequela associated with the chronic carbon monoxide poisoning. If further evaluation of these limitations is necessary, or if a life care plan becomes necessary, I would recommend Jim Gracey, Ed.D, in Denver, Colorado for this service.

As noted in the body of the report, Ms. Lompe has received some emotional and psychological report through treatment with Bruce Leininger, Ph.D., licensed clinical psychologist. However, Dr. Leininger has closed his clinical practice. Ms. Lompe would likely benefit from some additional individual psychotherapy particularly as it relates to adjustment to her various deficits and limitations. I strongly recommend that this be a therapist familiar with organic brain injury.

NEUROPSYCHOLOGICAL _√ALUATION
Amber N. Lompe
Page 20

In the course of the clinical interview, Ms. Lompe reported some ongoing pulmonary problems, specifically with shortness of breath. She would likely benefit from further evaluation and possible treatment with a pulmonologist.

## DSM – IV DIAGNOSIS

| Axis I | 294.9 | Cognitive Disorder due to Chronic Carbon Monoxide Poisoning |
|---|---|---|
| | 293.83 | Mood Disorder due to Chronic Carbon Monoxide Poisoning/Mixed Features (with Irritability, and Reduced Stress Tolerance) |
| | 300.29 | Specific Phobia – Situational Type |
| Axis II | V71.09 | No Diagnosis or Condition on Axis II |
| Axis III | 386 (ICD-9) | Carbon Monoxide Poisoning |
| Axis IV | | Psychosocial Stressors: Ongoing and likely permanent physical, fatigue, visual, cognitive, and emotional coping deficits associated with chronic carbon monoxide poisoning; significant compromise of academic functioning; reduced access to the workforce and reduced lifetime earning potential. |
| Axis V | | GAF (current) = 60.  Highest GAF past year = 60 |

The above opinions are rendered based on the information that I currently have available to me. Should additional information become available, then I reserve the right to modify my opinion at a later date.

*Dennis A. Helffenstein, Ph. D.*

Dennis A. Helffenstein, Ph.D., C.R.C.
Licensed Clinical Psychologist
Colorado License # 1484
Certified Rehabilitation Counselor # 00001338
Diplomate, American Board of Vocational Experts # 64073
Certified, Health Service Provider in Psychology National Register # 41454

MR Colo Neuropsych 000054

# COLORADO NEUROPSYCHOLOGICAL ASSOCIATES, P. C.

6021 South Syracuse Way
Suite 195
Greenwood Village, CO 80111

PHONE: 720-529-0190
FAX:      720-529-1099

## MANDATORY DISCLOSURE POLICIES AND PROCEDURES

### PROVIDED IN COMPLIANCE WITH CRS 12-43-214

A.    The following individuals provide psychotherapy or cognitive therapy at Colorado Neuropsychological    Associates, P.C.:

**Dennis A. Helffenstein, Ph.D., C.R.C.**, Licensed Clinical Psychologist Colorado #1484, Certified Rehabilitation Counselor #11367; Licensed Clinical Psychologist since 1983. B.A. Psychology, 1975 University of Virginia; M.Ed. Rehabilitation Counseling, 1976 University of Virginia; Ph.D. Counseling/Clinical Psychology, 1981 University of Virginia. Dr. Helffenstein has over 30 years of experience in the neuropsychological and psychological evaluation and treatment of individuals with a variety of neurological disorders.

**Diana M. Helffenstein, M.A., L.P.C.**, Licensed Professional Counselor Colorado #175, licensed in 1990. B.A. Psychology, Spanish and French, 1980 University of Colorado; M.A. Counseling, 1986 University of Colorado. Ms. Helffenstein has over 25 years of experience in trauma recovery and has specialized in the psychological treatment of individuals with neurological disorders for the past 20 years.

**Brian D. Reusink, M.Ed.** B.S. English / Biology, 1981 Colorado State University; M.Ed. Special Education / Applied Behavior Analysis, 1982, Colorado State University. Mr. Reusink has over 25 years of treatment experience with individuals recovering from mild to severe brain injuries.

MR Colo Neuropsych 000055

**MANDATORY DISCLOSURE**
Page 2 of 3

The practice of licensed persons in the field of psychotherapy is regulated by the Mental Health Licensing Section of the Division of Registrations. The Board of Professional Counselors and Psychology can be reached at:

1560 Broadway Blvd.
Suite 1350
Denver, Colorado 80202

(303) 894-7800

As to the regulatory requirements applicable to mental health professionals: a Licensed Professional Counselor must hold a masters degree in their profession and have two years of post-masters supervision. A Licensed Psychologist must hold a doctorate degree in psychology and have one year of post-doctoral supervision.

B.    You have the legal right:

   1. To keep or waive confidentiality of the information you share with any psychotherapist at this clinic. The information you share is legally confidential and your privileged communication is protected by law. Exceptions include:

      a.  Abuse and/or neglect of a child
      b.  Threatened or actual harm to yourself or others
      c.  Grave mental disability (e.g. inability to take care of yourself or others)
      d.  Orders to provide information to a court of law

   2. To be free of any sexual involvement with your therapist. Any violation of this right should be reported to the appropriate Board immediately.

   3. To receive information upon request of any therapeutic method, technique, fees for service and probable duration of treatment if this can be estimated.

   4. To terminate therapy at any time. While a termination session is preferable, it is not mandatory.

   5. To seek a second opinion from another psychologist or psychotherapist.

MR Colo Neuropsych 000056

**MANDATORY DISCLOSURE**
Page 3 of 3

I have read and understood the above information and received a copy of it.

Signature  *Amber M. Lempe*        Date  12/12/11

Witness  *[signature]*                      Date  12/12/11