

# BRAIN SPECT and ASSESSMENT REPORT

Date:                           April 26, 2013
*Name:*                         *Amber Lompe*
Date of Birth:                  08/28/90
Age:                            22 years old
Medical Record #:               12189
Interpreting Physician:         S. Gregory Hipskind, MD PhD
Intake Clinician:               Jenny Faherty, LPC
Referring Clinician:            Dennis Helffenstein, PhD

**Patient's History/Indications for Brain SPECT Evaluation**
Ms. Lompe is a 22-year-old, right-handed female referred for brain SPECT imaging as part of an evaluation of brain injury secondary to carbon monoxide exposure. In January of 2011, Ms. Lompe noticed she was feeling very fatigued, especially with activities, and had developed headaches and malaise. On February 1, 2011, she was feeling very poorly and vomited. The manager of her apartment building came to her door with someone from the gas company. She was then told her that there was carbon monoxide in her apartment (caused by a malfunction of the furnace). She had become disoriented and was taken to the hospital for evaluation. She reported that results from testing indicated her carboxyhemoglobin was quite elevated. She was given oxygen and had one dive in the hyperbaric oxygen chamber for approximately 3 hours.

As a result of this exposure to carbon monoxide, Ms. Lompe developed numerous symptoms which include, but are not limited to, confusion, cognitive function problems, cognitive decline and changes, distractibility, short-term memory problems, disorganization, difficulty learning new things, cognitive fatigue, problems with word finding, decreased judgment, problems with abstract thinking, personality changes, anger management problems, impulsivity, difficulty with concentration, following instructions and paying attention, low frustration tolerance, disturbance of sleep, moodiness, frequent headaches, dizziness, episodes of blurred vision, tinnitus, nausea and physical fatigue.

Ms. Lompe's past medical history includes one incident of a concussion without a loss of consciousness while playing basketball, an episode of influenza B while in high school, and a diagnosis of biliary dyskinesia in 2012.

**Current Medications**
Depakote BID                    Compazine PRN (not taken at least 24 hours prior to scans)
Sertraline 100 mg qD            Ambien PRN (not taken at least 12 hours prior to scans)
Sumatriptan 100 mg PRN          Ritalin PRN (not taken at least 96 hours prior to scans)
Naproxen PRN                    Xanax PRN (not taken at least 12 hours prior to scans)



**Allergies**
Amoxicillin, Penicillin, Cymbalta

**Brain SPECT Imaging Procedures**
The patient was seen for the following high-resolution brain SPECT imaging studies, which were performed within the criteria, established guidelines and quality controls for imaging set by the American College of Radiology including the *ACR-SPR Practice Guideline for the Performance of Single Photon Emission Computed Tomography (SPECT) Brain Perfusion and for Brain Death Examinations, 2012 (Res. 25)*.

**Methods:**
During the baseline study, the patient is placed in a comfortable reclining chair and an intravenous line is started. The patient then is allowed to acclimate to a quiet semi-darkened room with sound-dampening headphones in place, according to established practice guidelines. The 99mTc-labeled HMPAO tracer then is injected through the IV line and flushed with saline. The perfusion pattern of the patient's brain is captured during the subsequent 3 minutes. This is the pattern that is analyzed and interpreted. After injection, the patient remains in the quiet semi-darkened room for an additional 15 minutes. Scans are acquired 40 minutes after tracer injection.
During the concentration task, the patient is placed in a quiet room and an IV line is started. The patient performs a Stroop colored word test on a laptop computer. Approximately 5 minutes into the computer task, the 99mTc-labeled HMPAO tracer is injected through the IV line and flushed with saline. The patient completes the computer task and 40 minutes after injection, the patient is scanned.
Scans are obtained with a Siemens' E-Cam SPECT camera with low-energy, high resolution (LEHR) parallel hole collimation. Counts are collected in a 64 x 64 matrix with 32 stops of 6 degrees each. Total counts exceeded 5 million. Data is zoomed to 1.78, corrected for motion artifact and filtered using a Butterworth filter at .6 with an order of 6. Attenuation correction is performed. The volume is masked to exclude non-neural structures. There is no post-filtering. Data is presented in horizontal, sagittal, and frontal views with 4 mm sections. Statistical parametric analysis is performed using Segami Corporation software relative to a normative database containing 64 individuals.

**Procedures:**

| DATE | STATUS | Tc99 - HMPAO DOSE | COUNTS |
|---|---|---|---|
| 04/15/13 | Concentration | 29.6 mCi Tc99 HMPAO | 5.6 million |
| 04/17/13 | Baseline | 29.8 mCi Tc99 HMPAO | 5.6 million |

The utilization of SPECT in the diagnostic evaluation of various neurological disorders is well established. The procedure and practice guidelines of the American College of Radiology, the Society of Nuclear Medicine and the European Association of Nuclear Medicine establish the utility and scientific validity of SPECT functional brain imaging for detection and evaluation of cerebrovascular disease and stroke, evaluation of dementia and Alzheimer's disease, pre-surgical localization of epileptic foci, diagnostic evaluation of encephalitis and evaluation of suspected brain trauma. These procedure and practice guidelines are adhered to in all of our acquisition and processing protocols. Research has also demonstrated regional perfusion patterns associated with other neurological disorders and with exposure to neurotoxins, hypoxia and substances of abuse.

**Findings**
High-resolution, brain SPECT imaging was performed at baseline and with a Stroop concentration task. No abnormal motion or artifact was detected. A blind review of the



tomographic images was performed. At rest, the overall cortical activity was within normal limits but with scattered areas of patchy, decreased activity. Focal areas of abnormal cortical hypoperfusion were noted in the bilateral orbitofrontal, bilateral anterior frontal, bilateral superior frontoparietal, bilateral dorsolateral frontal, bilateral superior parietal, bilateral anterior and medial temporal, bilateral occipital and bilateral lateral cerebellar areas. Focal areas of abnormal subcortical hypoperfusion were noted in the pontine portion of the brainstem, the bilateral lentiform nuclei- to specifically involve the bilateral globus palladi, the bilateral posterior thalamic nuclei and the right caudate nucleus. There is moderate cortical deactivation with the concentration task.

Talairach comparisons of the patient's baseline data to an age-match normal sample, as well as review of the 3D/isocontour and surface-rendered images, revealed abnormalities consistent with those seen on the tomographic images.

**Impressions**
This is an abnormal brain SPECT study demonstrating a diffuse patchy decreased cortical pattern with focal areas of abnormal cortical hypoperfusion in the frontal, temporal, parietal, occipital and cerebellar areas as previously described. In addition, focal areas of abnormal subcortical hypoperfusion were noted in the pontine portion of the brainstem, thalami and basal ganglia as previously described- specifically involving the globus pallidi bilaterally. There is paradoxical cortical deactivation with the concentration task. The nature, location and pattern of these abnormalities is most consistent with a diffuse toxic/hypoxic encephalopathic process and the patient's clinical history of carbon monoxide poisoning which was received after the blind review. Globus pallidus involvement has been shown in the scientific literature to highly correlate with brain SPECT findings seen in carbon monoxide poisoning ( see Chapter 21 in Carbon Monoxide Poisoning, Penney, D, ed, 2008). Correlation with the patient's entire clinical history is advised.

The brain SPECT imaging studies were performed under the general supervision of a qualified Colorado State licensed physician. Close correlation with clinical condition is advised.

Sincerely,

*C. Hipskind*

S. Gregory Hipskind, MD PhD
Certified Nuclear Neurologist
Certified Brain Injury Specialist
Physician Consultant, CereScan
Colorado Medical License No. DR-22702