# TRENT C. HOLMBERG, M.D.
### ADULT AND FORENSIC PSYCHIATRY

## INDEPENDENT PSYCHIATRIC EXAMINATION REPORT

**Examinee's Name:**         Amber Nicole Lompe
**Date of Birth:**           August 28, 1990
**Nature of Alleged Injury:** Carbon Monoxide Poisoning
**Date of Alleged Injury:**  Winter 2010-2011, ending February 1, 2011
**Date of Examination:**     September 14, 2012
**Date of Report:**          November 16, 2012

The following report is a summary of a psychiatric evaluation performed at the request of Ms. Amber Lompe through her attorney, Tyson Logan of The Spence Law Firm.  Prior to commencing the examination, the nature of the examination was explained to the examinee.  She was informed that this psychiatric evaluation was part of a comprehensive carbon monoxide poisoning evaluation coordinated by the Hyperbaric Medicine Department at LDS Hospital and Intermountain Medical Center, located in Salt Lake City, Utah.  She verbalized that she understood that no treatment relationship existed or was being established between her and me as a result of this examination.  She also verbalized an understanding of the confidentiality limitations inherent in this type of evaluation.  The findings and opinions noted below are based upon my examination, my observations of the examinee, and upon the sources of information listed below.  If other information were to become available, it is possible that information could materially alter the opinions I have expressed in this report.  My opinions are based on the information available to me as listed below and are given with a reasonable degree of medical certainty.

## SOURCES OF INFORMATION:

1.  Medical records, Central Wyoming Neurology, dating from 2/1/11 through 12/1/11;
2.  Neuropsychological Evaluation, Dennis A. Helffenstein, Ph.D., C.R.C, dating from 10/19/11 through 3/15/12;
3.  Counseling records, The Healing Place Counseling Ministry, dating from 2/15/12 through 8/1/12;
4.  Neuropsychological records, Bruce Leininger, Ph.D., dating from 2/15/11 through 5/31/11;
5.  Medical records, Memorial Hospital of Sheridan, dating from 4/5/12 through 4/9/12;
6.  Physical therapy records, Rocky Mountain Therapy, dating from 6/7/11 through 11/29/11;
7.  Pharmacy records, Safeway, dating from 6/8/09 through 8/14/12;
8.  Medical records, Urgent Care of Casper, dated 3/5/11;
9.  Medical records, Wyoming Medical Center, dated 2/1/11;
10. Intermountain Medical Center Chest X-ray report, dated 9/12/12;

**Amber Lompe**
**DOB: August 28, 1990**

11. Intermountain Medical Center MRI Cardiology Report, read by Jeffrey L. Anderson, M.D., dated 9/12/12;
12. Intermountain Medical Center Cardiology Clinic Report, J. Brent Muhlestein, M.D., dated 9/13/12;
13. LDS Hospital Pulmonary Function Study Report, Michael D. Darley and Denitza P. Blagev, M.D., dated 9/11/12;
14. IHC Hearing and Balance Center Audiology Vestibular Evaluation, Kahri H. Farnsworth, Au.D., dated 9/12/12;
15. Laboratory data, Intermountain Healthcare, dated 9/11/12;
16. Speech Language Pathology Evaluation, Heather Elwell, M.S., CCC-SLP, dated 9/11/12;
17. Child & Family EyeCare Center Neuro-Optometric Evaluation, Robin S. Price, OD, FCOVD, dated 9/14/12;
18. Behavioral Health Personal History Questionnaire completed September 10, 2012;
19. Face to face interview with Amber Lompe, conducted on September 14, 2012;
20. Mental Status Exam including Mini-Mental State Examination (MMSE), administered on September 14, 2012;
21. Sheehan Disability Scale completed September 10 and September 14, 2012;
22. Anxiety/PTSD Symptom Rating Scale completed September 10 and September 14, 2012;
23. Patient Health Questionnaire (PHQ-9) completed September 10 and September 14, 2012;
24. Mood Disorder Questionnaire (MDQ) completed September 14, 2012.

## **NARRATIVE SUMMARY:**

Amber Lompe is a 22-year-old single part Caucasian/part Native American female with no children. She lives with her father in Casper, Wyoming. Her mother, brother, and sister live in Kaycee, Wyoming. She works at North Platte Physical Therapy as a rehabilitation technician. She has maintained that employment for the last two years. She works full-time 8:00 a.m. through 5:00 p.m. Monday through Friday. She plays volleyball, softball, and basketball. She also sings for the choir at Casper College. She has a boyfriend. Ms. Lompe was accidentally exposed to carbon monoxide (CO) in an apartment she was renting. The CO poisoning was diagnosed on February 1, 2011.

Ms. Lompe recounted that she returned home early from Christmas break, returning to her apartment in early January 2011. After she returned, she began to feel excessively tired and unmotivated. She also began experiencing headaches. She lost the desire and energy to clean her apartment and it became quite "messy." She was so unmotivated, she said, that she did not even unpack the bag she took with her on Christmas break. At the time, Ms. Lompe was living alone with two dogs and a cat. Throughout the month of January, she felt progressively worse and spent much of her time lying in bed. She found it quite hard to get up, get ready, or go to class. At the time, she was playing basketball and refereeing intramural sports. She did not notice reduced exercise tolerance at that time.

January 31, 2011 was, by her recollection, a typical day. Into the evening, Ms. Lompe did not recall feeling a worse than usual. She went to bed and fell asleep normally. She did not recall anything out of the ordinary occurring during the night. At approximately 7:00 a.m., Ms. Lompe awoke to her bedside alarm. She immediately noticed that she had a headache and her ears were ringing. She called her grandmother to ask what she should do. She decided to try to go

**Amber Lompe**
**DOB: August 28, 1990**

back to sleep. She does not recall whether she did in fact go back asleep. Later in the morning, she recalls, she "woke up again" with a more severe headache and louder buzzing in her ears. Ms. Lompe indicated that her memory for the rest of the morning is "fuzzy." She did state that she recalls telephoning her mother, father, grandmother, and a nurse from the college. She also telephoned her old high school nurse. She recalled feeling weak, shaky, confused, and disoriented. She recalled wondering if her blood sugar was too high. As the morning progressed, all her symptoms worsened. She attempted to walk to the kitchen to get some Tylenol and found she could barely walk. She was forced to lie down. She began to experiencing nausea. Although she knew she was about to vomit, she could not get up and walk toward the bathroom. She ended up vomiting in the hallway.

At this point Ms. Lompe recalled receiving a telephone call from her father saying that he was coming to get her some help. Ms. Lompe tried to get up to change her clothes. She does not recall what happened afterwards. She believes she "either passed out or fell back asleep." She must have changed her clothes, she reported, because when her father arrived she was wearing something different and was sitting in the hallway. When she heard a knock on the door, she had to crawl to get to the door. Although she was expecting her father, she opened the door and saw someone from the gas company and one of the apartment managers. She reported that they decided to test the carbon monoxide levels around her apartment. In the hallway outside her apartment, the reading was 60 ppm. Just inside her apartment, the reading was 500 ppm.

When asked how she responded to the news that she had been exposed to carbon monoxide, Ms. Lompe recalled asking herself, "Is that why I feel so bad?" Even after help arrived, Ms. Lompe was unable to walk and sat in the hallway. After the fire department and ambulance arrived, she was helped downstairs to the street. She recalled thinking that it took a long time for help to arrive. When she entered the ambulance she noticed that an individual from the apartment next to her was already in the ambulance.

While in the ambulance, Ms. Lompe was placed on oxygen through a high flow non-rebreather oxygen mask. At that time, she recalled feeling very short of breath. She also noticed that she could not open her eyes. She was taken to the nearest hospital, Wyoming Medical Center, which was 10 minutes away from her apartment. Ms. Lompe estimated that she sat outside of her apartment for 30 minutes prior to the arrival of the ambulance. After the ambulance arrived, she was administered oxygen for "at least 30 minutes" before she arrived at the hospital and had her carboxyhemoglobin level tested. When asked to describe her emotional reaction to the situation, Ms. Lompe stated "I got scared once I couldn't walk. When I was told it was carbon monoxide, I thought about a family in Buffalo [Wyoming] that had all died of carbon monoxide poisoning when I was in middle school." When asked what she knew about carbon monoxide, Ms. Lompe stated that she knew it was an odorless gas that could be fatal. In addition to fear, Ms. Lompe also felt "relieved" because "they knew why I was so sick."

At the hospital, Ms. Lompe recalled feeling "shaky, sick and bad. I was shivering and I couldn't open my eyes." Other than that, she stated, she does not remember much about her time in the hospital. She does remember that her mother and brother came to visit. She also remembers that she was on oxygen for "hours." Emotionally, she remained "scared," but tried to be as calm as possible. When her mother was visiting, Ms. Lompe reported that she still was not feeling good. She was eventually sent for hyperbaric oxygen therapy, which she recalled lasted three hours. She described the hyperbaric treatment as "not fun at all. I felt claustrophobic and the pressure made me uncomfortable. At the end I started having chest pain-like a sharp pressure

**Amber Lompe**
**DOB:  August 28, 1990**

in my chest."  Ms. Lompe reported that her chest pain was evaluated through a chest x-ray.  She also recalled that her carboxyhemoglobin level was retested prior to discharge and found to be within normal limits.

After she was discharged from the hospital, Ms. Lompe went to a fast food restaurant and attempted to eat.  She was unable to eat much.  She was driven to Kaycee, Wyoming where she had plans to stay with her mother for a few days.  At this point she was still not allowed to reenter her apartment.  After staying with her mother for a few days, she stayed with some friends near Casper, Wyoming.  During this time, she took a trip to Denver, Colorado.  During the trip, she felt "sick all the time."  Upon returning from Denver, Ms. Lompe was able to return to her apartment.  She was not sure if her furnace had been replaced.  At this point she was told that the cause of the carbon monoxide leak may have been a faulty ventilation system.  When asked if she was confident that the problem had been fixed when she returned to the apartment, Ms. Lompe said "I was pretty sure they had fixed it because they said they were putting in a new furnace."  Nevertheless, it was "scary to go back in."

Ms. Lompe's mother and grandmother helped her clean up her apartment.  Due to high anxiety, she could not sleep her first night back in the apartment.  She did install a carbon monoxide detector.  Even with the safety of the carbon monoxide detector, it was "still scary" to be in the apartment.  Ms. Lompe indicated that for several weeks after the incident, she was "really nervous."  Nevertheless, she did return to work and to school.  In school, Ms. Lompe noticed right away that she could not write as quickly while taking notes during lectures.  She also noticed that she was not retaining the material she heard and saw in the lectures.  At work, she struggled to give patients appropriate instructions about their physical therapy.  She also noticed that she was unable to filter out background noise.

Due to functional problems at work, Ms. Lompe was reassigned to transcription duties.  However, doing transcription work caused her eyes to hurt.  While doing transcription at work, she also noticed that she was typing much more slowly than usual.  Also during this time she noticed that she felt tired and fatigued most of the time.  Despite her functional problems at work, she reported that her superiors at work were supportive of her efforts to continue working.  However, Ms. Lompe felt unable to continue in school.  She therefore dropped all her classes except her choir class, her voice class, and her athletic training class.  She explained that she dropped her classes because she "could not remember anything."  She also felt "tired all the time" and was frustrated with her inability to function at school.  She reported that she did fail some tests.  She added that her instructors were supportive of her decision to withdraw from school.

After withdrawing from her college studies, Ms. Lompe continued to work and to sing in her choir.  Her father had begun coming over to her apartment every night to help her study for the quizzes that were part of her athletic training class.  She recalled that she would have to study for two to three hours in order to pass a short athletic training quiz worth only five points.  Eventually, Ms. Lompe began to feel more relaxed and safe in her apartment, especially when her father stayed over.  She agreed to another six month lease, but when it came time to sign the paperwork, it "didn't look right," so Ms. Lompe did not sign the papers.  Instead, she gave notice and moved out of her apartment in August 2011.

For the subsequent 6 months, Ms. Lompe stayed with some friends in an older home.  She made sure that her friends had a carbon monoxide detector in the home.  At one point, she discovered that the carbon monoxide detector was not working properly.  This caused her to go

**Amber Lompe**
**DOB: August 28, 1990**

into a "panic." Ms. Lompe purchased a new carbon monoxide detector to replace the older one. Even after replacing the older detector with a new one, she still felt "a little panicky." Ms. Lompe moved out of his home in April 2012. Since that time, she has lived in a home with her father.

### CURRENT PHYSICAL/COGNITIVE/PSYCHOLOGICAL SYMPTOMS:

Physically, Ms. Lompe reported that her headaches were gradually improving until she had her gallbladder removed in April 2012. After that procedure, her headaches worsened again. She also noted that one of the medications she was prescribed, Nuvigil, seems to worsen her headaches as well. She also reported that she has been prone to nausea and that she had to go off one of her headache medications due to nausea. Ms. Lompe remains fatigued on a daily basis. She continues to experience numbness and tingling in her hands and feet. She still feels as if her balance is "off." She explained that she frequently trips "on nothing," and "I drop things a lot." Her vision is blurry. She has difficulty driving at night. She reported problems with visual accommodation. She continues to see things in her peripheral vision that are not there.

Emotionally, Ms. Lompe remains irritable, especially when she is experiencing a headache. Ms. Lompe reported that she continues to be more emotional than she was prior to the carbon monoxide exposure. She frequently loses her temper with family members or cries over something small. At work, "I'm not happy. I'm easily irritated by patients." She recounted several episodes in which she has come close to yelling at patients. Ms. Lompe reported that she is extremely irritable with her boyfriend of six months. This causes arguments over "small things" and is adding strain to the relationship. Over the few weeks prior to this evaluation, Ms. Lompe reported that she has been "crying all the time." She has experienced frequent crying episodes since the exposure. She also experiences low motivation in general and a lack of ability to enjoy things.

In addition to irritability and crying spells, Ms. Lompe reported excessive worry and a tendency to "over-think stuff." She reported that she finds herself worrying about her family members, experiencing anxiety that bad things will happen to them. She frequently finds herself asking the question, "If CO poisoning happened, what else will happen to me?" She worries excessively about her boyfriend cheating on her. Excessive worry and rumination at night is one of her more difficult symptoms to control, she explained. Ms. Lompe gave an example of her current emotional state. The morning she was scheduled for this evaluation, the schedule was changed. The minor scheduling alteration, she reported, threw her into a panic, and she became very upset. She reported that she cried for 20 to 30 minutes while on her way to this evaluation. Ms. Lompe described her sleep as "not restful." She also reported difficulty staying asleep in addition to problems falling asleep. She said when she is awake at night it is usually because she is worrying. She described her appetite as low. At times, however, her appetite has been "abnormally high." Since the CO exposure, her weight has been "up and down."

Cognitively, Ms. Lompe has felt unable to return to her academic pursuits. She reported that when she has to fill out paperwork, she continues to reverse letters or make other errors. Recently, for example, she wrote the word "belt." While writing the word, she crossed the "L" instead of the "T." Ms. Lompe reported that she continues to forget conversations, although she has discovered that she can recall parts of conversations with cueing. She continues to repeat herself. She continues to experience word finding difficulty. She stated that if she "loses" a word, she uses a similar word. She reported that her worsened ability to spell after the incident has not changed. She also believes that her vocabulary is less than it was before the exposure. In day-to-day conversation, she continues to use words out of context. Ms. Lompe also

**Amber Lompe**
**DOB: August 28, 1990**

reported that she is easily distracted and has difficulty with multitasking. For example, she cannot focus on driving if she is listening to the radio while driving.

Ms. Lompe expressed frustration with her cognitive symptoms. She said, "I used to be more intelligent and well spoken. Now I have trouble explaining myself - making people understand my point." When asked if she had reviewed the neuropsychological testing and report produced by Dr. Helffenstein, Ms. Lompe reported that she has. When asked if she felt that it was an accurate reflection of her cognitive problems, she said "He's on target." She expressed that it was difficult to receive the results of her neuropsychological testing. She also recalled having fatigue issues after the first day of testing with Dr. Helffenstein. Ms. Lompe indicated that she would still like to become a physical therapy assistant but does not plan to pursue that course of study because of her fear that she will fail if she goes back to school. With respect to treatment, Ms. Lompe has begun participating in speech therapy. She has found a speech therapy to be helpful.

Ms. Lompe's current medications are: Topamax 25 mg daily, omeprazole 20 mg daily, Fioricet 1-2 tabs as needed for headaches, prochlorperazine 5 mg daily as needed for nausea, Nuvigil [unsure if dose if 150 or 250 mg] daily [she takes it as needed], Implanon, and Safyral. She stated that she forgets to take her medications "all the time." When asked if her cognitive symptoms changed when she was taking Topamax, she said they did not. When asked how much Fioricet she takes for her headaches, she stated that she has four to five headaches in a typical week, and takes up to six Fioricet a day if the headache is a "bad" one. When asked what medications she was taking at the time of the CO exposure, she stated she was not on any medication at the time of the CO poisoning event.

## PAST PSYCHIATRIC HISTORY:

Ms. Lompe reported normal early childhood growth and development. She was born and raised in Kaycee, Wyoming. She did not report any psychiatric issues in childhood, other than difficulties with mathematics. She is adopted, having been with her adoptive parents since she was five weeks old. She was formally adopted at the age of two. She was raised Episcopalian, and remains "somewhat" involved in that religion at the present time. Ms. Lompe indicated she was a bright child who did well in school. She graduated high school and has completed some college coursework, although she does not have a college degree. She was never placed in resource or special education or diagnosed with a learning disability or Attention Deficit-Hyperactivity Disorder (ADHD). With respect to substance use, Ms. Lompe indicated that she drank alcohol occasionally in high school. She experimented with marijuana twice during her freshman year in college. Currently, she stated, she does not use illicit drugs. She estimated that she consumes three alcoholic drinks a week, on average. She stated that she goes out drinking about once a month. Ms. Lompe did not describe any history of abuse or neglect. She experienced the death of her uncle (by suicide when she was 14) as traumatic. She also felt traumatized by the death of her great-grandfather when she was 17. She reported that the only significant trauma she has experienced as an adult is the CO poisoning in early 2011.

Ms. Lompe stated that she has had mild claustrophobia since childhood. She stated that her claustrophobia has worsened since the CO exposure. Ms. Lompe first sought mental health treatment in 2009, during her freshman year of college. She stated that she had trouble adjusting to being away from her parents and had a "bad relationship" with a boyfriend. She felt she was not managing her stress appropriately as she became "emotional." She sought care with a therapist and found the treatment helpful. In addition to psychotherapy, she was

**Amber Lompe**
**DOB: August 28, 1990**

prescribed Prozac in 2009.  Ms. Lompe recalled that the medication helped, and she remained on it for approximately six months.  After six months, she reported, she felt that she no longer needed the medication, and she weaned herself off of it.  Ms. Lompe stated that she had been off of all medications and free of symptoms of anxiety or depression for several months to a year when the CO exposure occurred.

## RELEVANT PAST MEDICAL HISTORY:

Ms. Lompe contracted Type B Influenza and was hospitalized in 2006.  She contracted mononucleosis in 2009.  Ms. Lompe stated that to her knowledge she never had a seizure or head injury prior to the CO exposure.  She denied any history of toxic exposures other than the CO.

## ACTIVITIES OF DAILY LIVING:

On a typical day, Ms. Lompe wakes up between 715 and 7:45 a.m..  She is due at work at 8:00 a.m.  She indicated that she is frequently late to work because she has trouble "pulling myself out of bed."  She works from 8:00 a.m. to 5:00 p.m. Monday through Friday.  Tuesday and Thursday are the slower days at the clinic.  Because she works as a rehabilitation technician in a physical therapy clinic, she does a lot of one to one work with patients.  This is frequently physical work that is challenging for her due to her fatigue.  Ms. Lompe goes home for lunch at noon each day.  She is able to prepare meals without difficulty.  However, some days she does not eat lunch due to lack of motivation and energy to prepare a meal or pack a lunch to take to work.  Ms. Lompe reported that she avoids showering because she has "no energy."  When asked how often she does shower, she stated that she showers every two to three days.  Prior to the CO exposure, she showered on a daily basis.  When asked if she has experienced recent changes in her grooming, Ms. Lompe reported, "I don't do my hair anymore.  I don't try to look nice.  I just wear scrubs and a T-shirt."  When asked about her ability to keep up with household responsibilities, Ms. Lompe said, "I let things go at the house until I get bothered by it, then I clean everything really well."  Ms. Lompe reported that she used to wash her own dishes, and always kept up prior to the incident.  Since the incident, her father has taken over doing all the dishes.  With respect to laundry, Ms. Lompe reported, "I get ready to do it but I don't.  I have baskets full clean clothes to put away."  Ms. Lompe's father does almost all of the yard care and exterior maintenance of the house.  Ms. Lompe stated, "I help him a little."  With respect to finances, Ms. Lompe indicated that her grandmother and mother help her pay bills and manage her finances.  When asked if her money habits have changed since the CO exposure, Ms. Lompe stated, "I'm responsible and more impulsive with my spending."  Ms. Lompe files her own taxes with the assistance of a software program.  When asked to describe her social life, Ms. Lompe said, "I don't go out hardly at all.  I'm too tired.  Tyler wants to go out but I'm not motivated to."  Prior to the CO exposure, Ms. Lompe reported, she was not restricted socially because of fatigue or lack of motivation.

## MENTAL STATUS EXAM:

**General observations:** The examinee appeared her stated age.  She was dressed casually in jeans, a dress shirt and a scarf.  Her hygiene and grooming were good.  She presented on time for the interview.  She was driven to the clinic by her mother.  She reported that they used a GPS to locate the clinic.  Her eye contact was good.  Her behavior was cooperative.  Overall, she related well to me, was polite and friendly, and interacted appropriately.

**Amber Lompe**
**DOB: August 28, 1990**

**Orientation:** The examinee was oriented to person, place, time and the purpose of the examination.

**Mood and Affect:** The examinee described her mood as "anxious, worried and upset." She added, "I've been nervous all week and I have a headache. I'm tired too." Her facial expressions showed normal range and variability. She was frequently tearful during the interview.

**Communication/Speech:** The examinee's speech was normal in rhythm and volume. Her speech was easily understood. Some word-finding difficulties were observed. For example, she said "instance" rather than "instant." Her vocabulary was good. No other abnormalities in communication were noted.

**Thought processes:** The examinee's thoughts were generally relevant and productive. She gave a logical and organized history. She was linear in her responses. She occasionally strayed off track and had to ask for the question to be repeated.

**Thought content:** The examinee said she was not having suicidal or homicidal thoughts. She denied any history of hallucinations, delusions or paranoid thinking.

**Attention/concentration:** The examinee was asked to count backwards from 100 by sevens. She went from 100 to 44 without errors, and did so at a normal pace. She seemed to attend adequately to the content of the interview in terms of appearing to hear and understand the questions that were asked.

**Memory:** The examinee was able to register three out of three objects immediately. She recalled three out of three objects after a three to five minute interval. She was able to provide details regarding her pre and post-CO exposure history without referring to written notes.

**Insight/Judgment:** When asked what she would do if she discovered a fire in a crowded movie theater, the examinee stated, "Instance [instant] panic. I'd focus on getting my family out [and] getting elderly people out." When asked what she would do if she found a sealed, stamped and addressed envelope on the sidewalk, she said, "I'd put it in a mailbox." She expressed insight with respect to her psychological symptoms and cognitive impairments. Her judgment is assessed as intact.

**Abstract Thinking Ability:** When asked to interpret the proverb, 'The squeaky wheel gets the grease,' the examinee said, "The people that whine and complain get the most attention." When asked to interpret the proverb, 'People who live in glass houses should not throw stones,' the examinee said, "Be careful with the life you've built. Don't upset your life or surroundings." When asked to identify how an orange and a baseball are similar, she said, "They are both spheres." She identified that a mouse and an elephant are both mammals. Overall, her abstract thinking ability was intact and in the above average range.

**Fund of Knowledge/Intellectual Functioning:** The examinee was able to name the current U.S. President. When she was asked to go back in order as far as she could, she identified Presidents George W. Bush, Clinton, George Bush, Sr., Reagan and Carter. She was also asked to discuss current national or international news events. She was able to discuss four

**Amber Lompe**
**DOB:  August 28, 1990**

topics in adequate detail.  Overall, her fund of knowledge is average to above average, as is her estimated IQ.

### PSYCHIATRIC/PSYCHOLOGICAL TESTING:

*SDS:*  The examinee completed a Sheehan Disability Scale on September 10 and September 14, 2012.  This is a self-rated instrument assessing functional disability in three domains.  She rated herself with scores of 17 and 11.5 out of a possible 30.  She indicated that her symptoms cause moderate disruption to her work life and mild to moderate disruption to her home/family life and social life.

*PHQ-9:*  The examinee also completed a Patient Health Questionnaire on September 10 and September 14, 2012.  Her scores were consistent with mild depression.  She scored 14 and 12 out of a possible 27.

*ANXIETY/PTSD SYMPTOM RATING SCALE*:  This rating scale was completed on September 10 and September 14, 2012.  This scale asks the examinee to rate his or her anxiety on a scale of zero to ten, with zero meaning "not at all" and ten meaning "couldn't be worse."  The examinee rated herself at 7/10 for "worries," 6/10 for "fears" and 1/10 for "panic symptoms" on September 10, 2012.  On September 14, 2012, she rated herself at 5.5/10 for "worries," 4/10 for "fears" and 2/10 for "panic symptoms."

*MMSE*:  The examinee scored 29 out of a possible 30.  Her subscores were as follows:
    Orientation:   9/10
    Registration:  3/3
    Attention and Calculation:  5/5
    Recall:  3/3
    Language:  9/9

*MDQ:*  The examinee completed the Mood Disorder Questionnaire on September 10, 2012.  The Mood Disorder Questionnaire is a well-validated screening tool for Bipolar Disorder.  The examinee scored above the cutoff, answering 7/13 questions affirmatively.  Upon further inquiry, Ms. Lompe did not meet criteria for a diagnosis of Bipolar Disorder.

### MULTI-AXIAL ASSESSMENT:

| | | |
|---|---|---|
| AXIS I | 292.84 | Carbon Monoxide Induced Mood Disorder. |
| | 300.00 | Anxiety Disorder Not Otherwise Specified (NOS). |
| | 294.9 | Cognitive Disorder NOS. |
| AXIS II | No diagnosis. | |
| AXIS III | History of mononucleosis and carbon monoxide poisoning. | |
| AXIS IV | Severe:  Physical/medical stressors, primary and social support, | |
| AXIS V | Global Assessment of Functioning is 60. | |

**Amber Lompe**
**DOB:  August 28, 1990**

### SUMMARY/CONCLUSIONS:

Carbon Monoxide (CO) poisoning can result in a wide variety of neurological and psychiatric sequelae.  Up to 40 percent of those who survive have permanent neuropsychiatric complications.  It is also common for survivors to have clinically definable cognitive impairments.

A review of the provided medical records reveals that Ms. Lompe experienced a significant CO exposure.  The history suggests that lower level exposure occurred over a period of weeks prior to the acute exposure event that resulted in her hospitalization.  Ambient carboxyhemoglobin levels were measured at 500 ppm inside her apartment on February 1, 2011.  Ms. Lompe's measured serum carboxyhemoglobin level was 19%.  This level was drawn on February 1, 2011 at 11:34 a.m.,  after a prolonged period of removal from the CO source [the ambulance was dispatched in response to the 911 call at 10:28 a.m.] and treatment with oxygen via a non-rebreather mask set at 15 liters per minute.  It is therefore likely that her peak serum carboxyhemoglobin level was significantly higher than 19%.

When Ms. Lompe was first encountered by paramedics, her blood pressure was 149/84 (158/108 a few minutes later) and her heart rate was 162 beats per minute.   Upon arrival, the paramedics recorded that Ms. Lompe was able to speak in full sentences, but kept repeating what she was saying.  She was also noted to be crying and very anxious as well as dizzy and confused.  She described a "static noise" in her head.  The emergency room physician that treated her observed that she "appeared to be having difficulty recalling recent events."  In addition to the toxic carboxyhemoglobin level, she had numerous other laboratory abnormalities, including a respiratory alkalosis.  The physician "counseled" Ms. Lompe "about the potential for delayed neurologic sequelae."  In summary, the evidence clearly supports that Ms. Lompe likely experienced a CO poisoning event that probably lasted for approximately four weeks, culminating in an acute, large dose exposure.  In my opinion, the severity of exposure was in a range that could result in damage to the central nervous system (CNS).  In this case, there is objective evidence of CNS damage, including the neuropsychological testing results, the results of the Speech Language Pathology evaluation and the abnormalities found on Neuro-optometric testing.

Prior to the CO exposure, Ms. Lompe was essentially free of psychiatric issues.  She was not on medications or in counseling.  She has a history of mental health intervention in 2009, consisting of approximately a six month period of counseling and the use of Prozac prescribed by a primary care physician.  Other than this time-limited treatment for self-described situational stressors and mild claustrophobia, Ms. Lompe's pre-exposure psychiatric history is essentially negative.  There is no evidence that she experienced cognitive dysfunction prior to the CO exposure.

After the CO poisoning, Ms. Lompe began to experience mood swings, including irritability and crying spells.  She remains mildly depressed at the present time with fatigue, sleep disturbance and appetite disturbance.  In my opinion, her symptom cluster is most consistent with a Carbon Monoxide-Induced Mood Disorder.

It is abundantly clear from the medical records that Ms. Lompe was highly anxious about what was happening to her during the acute CO poisoning event.  She has subsequently developed some post-traumatic anxiety.  She is currently experiencing excessive worry, fears of reexposure, rumination, panic symptoms, sleep disruption, and appetite disturbance. It is my

**Amber Lompe**
**DOB:  August 28, 1990**

opinion that, while Ms. Lompe may have had some pre-exposure history of anxiety, the CO poisoning event permanently exacerbated her anxiety.

In addition to depression and anxiety, it appears that Ms. Lompe has a cognitive disorder. Neuropsychological testing is generally consistent with her subjective cognitive complaints as well as with the cognitive problems noted by a coworker (as referenced in Dr. Helffenstein's report).  Speech Language Pathology evaluation revealed numerous impairments and deficits. Neuropsychological testing identified several areas of reduced cognitive performance relative to expectation including executive dysfunction, bilateral temporal/hippocampal dysfunction, and visuoperceptual dysfunction (see Dr. Helffenstein's report for details).  Validity testing revealed valid performances on the CARB, TOMM, and WMT, among others.  This suggests that Ms. Lompe gave good effort on the neuropsychological testing.  Taking into account all available information, it is my opinion that Ms. Lompe's Cognitive Disorder NOS was caused by CO poisoning.

### TREATMENT RECOMMENDATIONS

1. Individual psychotherapy should be continued to address the anxiety, crying spells and mood swings/irritability.  I anticipate the need for psychotherapy to last at least one to two years, and may be indefinite.
2. I agree with Dr. Helffenstein's recommendation to continue cognitive rehabilitation services.
3. Continued psychiatric medication management is essential.  I agree with the use of Nuvigil for her fatigue and cognitive impairment.  However, Ms. Lompe is not currently taking medication to address her mood issues and anxiety.  Similarly, she is not taking medication to address her sleep disturbance.  I would recommend a SSRI medication and a prescription sleep aid.
4. I agree with the recommendation for continued speech and language treatment with a speech-language pathologist.

I have appreciated the opportunity to conduct this psychiatric evaluation.  If further information is needed, I may be reached at (801) 432-2077.

Sincerely,

_____
Trent C. Holmberg, M.D., FAPA
Adjunct Assistant Professor of Psychiatry
University of Utah School of Medicine
Diplomate, American Board of Psychiatry & Neurology
Board Certified, Adult Psychiatry
Board Certified, Forensic Psychiatry