# SPEECH-LANGUAGE PATHOLOGY EVALUATION

**PATIENT:** Lompe, Amber
**DOB:** 08/28/1990
**DATE OF EVALUATION:** 09/11/2012
**EVALUATOR:** Heather Elwell, M.S. CCC-SLP

**INTAKE:** The patient is a 22-year old right-handed female, who reportedly suffered from acute carbon monoxide exposure on 02/01/2011, but Ms. Lompe states that she also believes symptoms and exposure may have begun as early as 01/05/2011. Ms. Lompe came to evaluation session alone. She was pleasant and cooperative throughout the evaluation.

Glasses: Yes.
Prior history of drug use: Two instances of recreational drug use reported in 2008 (cannabis).
Identified learning disability (including ADHD/ADD, previous brain injury, developmental delay): None.
Preferred method of learning: Both auditory and written.

**REPORTED PHYSICAL CHANGES:** Since the reported exposure, the patient states she has had dull, chronic headaches and muscle aches.

**REPORTED SPEECH/LANGUAGE CHANGES:** Since the incident, the patient describes increased fatigue and has a harder time focusing. She states that she is less organized, less neat, and simple tasks cause her to get headaches. She states that she has experienced periods where her "brain moves faster than her mouth", jumbles up words (paraphasic errors), she says things slower and has to pause to try to think of the word she wants to say (word retrieval difficulty), has to ask for repeated repetition of information because she can't remember what has been said, and that listening comprehension is more difficult especially in noisy environments.

Changes in reading comprehension are described as only more difficult when she is fatigued or in a hurry. She often will have to go back and re-read information to understand what she has read.

In her writing, she notes that she will mix up letters, even when spelling easy words such as "betl" for "belt". Her handwriting is not as clear unless she really concentrates on her writing form. She has difficulty communicating with other people, stating that while her vocabulary is developed, she will often retrieve the wrong words and others will clarify by stating "you mean, this?" She states her spelling has decreased and this was a strong point for her prior to the exposure.

Overall, her speech intelligibility is affected by fatigue and when she is speaking faster to keep up with her brain processing, she will note that she doesn't enunciate her words clearly enough and often has to repeat herself. She states that this is a big problem for her at work, where she notes it is also impacted by stress and fatigue. She often doesn't want to repeat herself because she is tired.

**EDUCATION:** She is a high school graduate with 3 years of college (junior year) in athletic training with a minor in voice and music. She reports a 2.99 GPA. She has transferred colleges to pursue work as a physical therapy aide (PTA). She is proficient in the English language, and states that prior to the exposure she was a proficient speller.

**WORK HISTORY:** The patient currently works full-time as a physical therapy rehabilitation technician. Her responsibilities include keeping notes of physical therapist's instructions and working with clients to carryover those instructions.

**EVALUATION:** The Porch Index of Communicative Abilities (PICA) was administered. This is a test designed to assess and quantify certain verbal, visual, gestural, auditory, and graphic abilities. Following are the results:

| MODALITY | AVERAGE | PERCENTILE |
|---|---|---|
| Writing | 14.57 | 98 |
| Copying | 13.80 | 79 |
| Reading | 14.75 | 90 |
| Pantomime | 15.00 | 99 |
| Verbal | 14.73 | 95 |
| Auditory | 15.00 | 99 |
| Visual | 14.80 | 24 |
| GESTURAL | 14.89 | 97 |
| VERBAL | 14.73 | 95 |
| GRAPHIC | 14.32 | 97 |
| OVERALL | 14.66 | 97 |

In addition, the Test of Adolescent/Adult Word-Finding (TAWF), a standardized test to assess word-finding skills in adolescents and adults. Following are the results:

| | Subtest | Complete Test |
|---|---|---|
| 1 | Picture Naming: Nouns | 34 |
| 2 | Sentence Completion: Naming | 15 |
| 3 | Description Naming | 12 |
| 4 | Picture Naming: Verbs | 21 |
| 5 | Category Naming | 21 |
| 6 | Total Raw Score | 103 |
| | Standard Score | 106 |
| | Standard Error of Measurement | 10.0 |

| | |
|---|---|
| Range of Confidence | 96 to 116 |
| Percentile Rank | 93.0 |
| Word-Finding Profile | Fast & Accurate Namer |
| Target Word Error Descriptors | Visual Substitution – 1 |
| | Subordinate – 1 |
| | Coordinate – 1 |
| Gestures & Extra Verbalizations | <1% |
| Comprehension | High (100%) |

Portions of The Measure of Cognitive-Linguistic Abilities (MCLA) were utilized to assess higher level reading and expressive language skills. The MCLA provides systematic evaluation to assess linguistic abilities in individuals with brain injury.

Reading Comprehension:
Functional Reading: 28/30 (93%) – average
    Newspaper: 10/10
    Label: 10/10
    Menu: 8/10

Factual Reading: 20/20 (100%)

Auditory Comprehension:
Paragraph Listening & Retention: 24/30 (80%) - > 1 SD below the mean

Narrative Discourse Analysis:
Picture Description: The retell of the picture is marked by numerous hesitations, literal statements, and inability to provide an overall description of what is happening in the picture. She focuses on small details while missing the overall point. This appears to be due to inability to integrate information as a whole and reduced verbal reasoning.

Procedural Narrative: Appropriate verbal sequencing of steps, with numerous hesitations, fluency errors, and paraphasic errors. Increased organization time was also noted.

Self-Generated Narrative: The patient was noted to have hesitations, slowness, and evidence of word-searching behaviors in familiar topic of the patient's choosing. Her overall meaning is lost, with her increased response time and perseveration on minor details, and she has a hard time re-directing herself to stay on topic.

Overall Impression: The patient's voice lacked prosody, with limited intonation quality resulting in monotone and flat affect. She had reduced eye contact and was very careful and deliberate with her word choices. Despite this, she exhibited numerous hesitations and word-searching behaviors. Fluency and paraphasic errors were also observed.

Fluency Measures:
F-A-S: 65 (1 SD above the mean)
Countries: 25 (1 SD above the mean)
Things Closed: 15 (1 SD above the mean)

Speech Intelligibility: Within Normal Limits. No slurring or weakness was observed today.

Voice Quality: Lacks prosodic contour, limited inflection. Volume was decreased at times.

Overall Speech Fluency: Hesitations were noted in conversational samples taken, impacting the overall fluency of the ideas presented. Organization of narratives also influenced fluency.

Oral Mechanism Screening:
Lips: Within normal limits (bilaterally) at rest, pucker, closure strength. Asymmetry with retraction noted during rapid alternating movement. Reports drooling at night, and this is a reported change.
Tongue: Within normal limits at rest, protrusion, retraction, lateralization, elevation, depression, range of motion. Rapid alternating movements: within normal limits.
Jaw: Within normal limits. No TMJ noises are observed, however, she reports that she clenches her jaw more often during sleep and stress.
Hard Palate: Within normal limits bilaterally.
Velum: Within normal limits at rest and symmetrical elevation.
Larynx: Adequate in prolonged vocal quality, intermittent phonation, volitional cough, ability to vary pitch, ability to vary loudness. However, as noted above, she has limited inflection and prosody in voice during conversational tasks.
Breath Support: Within normal limits.
Dentition: Intact.
Swallowing: Within functional limits at bedside. However, she states she has more difficulty swallowing pills and reports her throat gets tight and she can't make herself swallow. She states she eventually gets them down. She has noted difficulty with yogurt, pudding, and warm bananas and states she "has to think about it".
Diadochokinesis: Phoneme /p/ repetition per 10 seconds – Adequate; Phoneme /t/ repetition per 10 seconds – Adequate; Phoneme /k/ repetition per 10 seconds – Adequate; Phonemes /p-t-k/ repetition per 10 seconds – Adequate.

**IMPRESSIONS:** Miss Lompe exhibits subtle speech and language deficits in auditory retention, paraphasic errors, verbal fluency, verbal reasoning, voice, reduced processing speed, with hesitancy, self-corrections, and delays observed during conversational tasks. Her language functioning is less efficient because of these deficits, but because she has such high vocabulary skills as seen in TAWF and Verbal Timed Fluency Measures (within or above the mean), her deficits are less likely to be perceived by others. Her decreased

language functioning will greatly impact her ability to feel confident in her language skills. Her language abilities are also influenced by internal factors (cognitive difficulties) and environmental factors (noise, light sensitivity, stress, timed demands, etc.). In addition, limitations in cognitive-linguistic abilities will further make it difficult for her to function in challenging environments (i.e., work, school).

**RECOMMENDATIONS:**
Miss Lompe would benefit from continuing skilled speech and language treatment with a speech-language pathologist for instruction in areas of receptive and expressive language, specifically auditory processing and retention, word-finding strategies, thought organization, energy management, and voice (increasing prosody and voice inflection) which currently are affecting her communication abilities. This would be of most benefit in conjunction with cognitive rehabilitation sessions. While therapy will not fully rehabilitate deficits, it will teach Miss Lompe how to compensate for her difficulties so that she may have the ability to communicate more fluently in work and social settings.

Thank you for the opportunity to evaluate this delightful patient. Please call me at (801) 573-6206 if you have any questions.

*Heather Elwell* (signature)
Heather Elwell, M.S. CCC-SLP
Speech Language Pathologist



**Central Wyoming Neurology, LLC**

5820 East Second Street
Casper, WY 82609
Ph #: (307) 234-9037
Fax #: (307) 234-9042

Angelo M. Santiago, M.D.　　　　　　　　　　　　　　　　　　　　　　　　　　Todd Erickson, PA-C

## CONSENT TO RELEASE MEDICAL INFORMATION

_____ Release records from Central Wyoming Neurology　　✓ Release records to Central Wyoming Neurology

Name of Patient: **Amber N. Lompe**

Date of Birth: **08 / 28 / 1990**　Soc. Sec. No.: **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**

Approximate Dates of Treatment: **09/11 — 09/15**

Reason for request (check all that apply):

✓ Further Medical care　　　　　　　　___ Legal
___ Application for Insurance　　　　　___ Personal
___ Disability Determination　　　　　 ___ Vocational rehab
___ Payment of Insurance Claim　　　  ___ Other: _____

Information to be released:

✓ Clinical reports　　　　　　　　　　　✓ Lab Reports
✓ EEG (electroencephalograph)　　　　___ NCS/EMG (nerve conduction study/electromyography)
✓ MRI Disk/Reports (x-rays, CT scans,,, etc.)

I request the above information be released FROM:　　　　Dr. Holmberg - 801-492-6393
Name: **Lindell Weaver - 1801-408-3623**, ~~or Foley~~　Jan - 801-507-5370
Address: _____ Dr. Robin Price　801-492-6393 　Heather Elwell - 801-408-5456 special

And released TO:

Name: **Central Wyoming Neurology**

Address: _____

### AFFIDAVIT

I have read the above statement and understand that access to the records I have requested is restricted and that there are criminal penalties for obtaining these records by false pretense. I am entitled to have copies of the record because:

✓ I am the subject of the record
___ I am the person who provided the information
___ I am authorized to have access by the subject of the record or by the person who submitted the information and I have attached the required documentation.

Name: **Amber N. Lompe**　　　　　　　Relationship if patient is a minor: _____

Address: **P.O. Box 33 Kaycee, WY 82639**

Telephone: **307-620-0209**　　　　　　　　　　Date: **09/18/12**

Signature: *Amber N. Lompe*

Witness/Notary: _____

cardiac tests
neurology tests
pulmonary tests

question Jan for Testing

# Fax

Faxed 10/10/12 4:30pm

| | |
|---|---|
| **To:** Central Wyoming Neurology | **From:** Heather Elwell, MS, CCC-SLP |
| **Fax:** 307-234-9042 | **Pages:** (including coversheet) 6 |
| **Phone:** 307-234-9037 | **Date:** 10/10/12 |
| **Re:** Amber Lompe | **CC:** |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● **Comments:**