Tyson E. Logan, Wyoming Bar #6-3970
logan@spencelawyers.com
THE SPENCE LAW FIRM, LLC
15 S. Jackson Street, P.O. Box 548
Jackson, WY 83001
307-733-7290 / 307-733-5248 fax

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| AMBER NICOLE LOMPE,<br><br>       Plaintiff,<br><br>v.<br><br>SUNRIDGE PARTNERS, LLC; and APARTMENT MANAGEMENT CONSULTANTS, L.L.C.,<br><br>       Defendants. | Civil No. **12-CV-088-J**<br><br>**PLAINTIFF'S SUPPLEMENTAL EXPERT DESIGNATION** |

Plaintiff Amber Lompe designates expert witnesses and provides the following supplement to her expert designation:

### RETAINED EXPERT WITNESSES

1. **TRENT C. HOLMBERG, M.D., FAPA**
   **12176 South 1000 East, Suite B**
   **Draper, UT 84020**
   **801-432-2077**

Trent Holmberg, M.D., FAPA, is an expert board certified psychiatrist with the American Board of Psychiatry and Neurology, in both adult psychiatry and forensic psychiatry. He obtained a B.A. from the University of Utah, with honors, in 1994; a Doctorate in Medicine from

the University of Utah Health Sciences Center, Department of Psychiatry, in 2002. Dr. Holmberg has reviewed additional records for Amber Lompe since his original report and he has supplemented his original report with an Addendum

**Dr. Holmberg was retained to provide expert psychiatric evaluation of Amber Lompe. Dr. Holmber's Independent Psychiatric Examination Report – Addendum is attached as Exhibit 1.**

DATED this 8th day of June, 2013.

                                                  _____/s/_____
                                                  Tyson E. Logan, Wyoming Bar #6-3970
                                                  logan@spencelawyers.com
                                                  THE SPENCE LAW FIRM, LLC
                                                  15 S. Jackson Street, P.O. Box 548
                                                  Jackson, WY 83001
                                                  307-733-7290 / 307-733-5248 fax
                                                  Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

This is to certify that on this 8th day of June, 2013, a true and correct copy of the above and foregoing was served to the following via ECF.

Peter S. Dusbabek
Jolene Blair
Montgomery, Kolodny, Amatuzio & Dusbabek, LLP
pdusbabek@mkadlaw.com

                                                 _____/s/_____
                                                 Tyson E. Logan