G. Bryan Ulmer, Wyoming Bar #6-2943
ulmer@spencelawyers.com
Tyson E. Logan, Wyoming Bar #6-3970
logan@spencelawyers.com
THE SPENCE LAW FIRM, LLC
15 S. Jackson Street, P.O. Box 548
Jackson, WY 83001
307-733-7290 / 307-733-5248 fax

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| AMBER NICOLE LOMPE,<br><br>  Plaintiff,<br><br>v.<br><br>SUNRIDGE PARTNERS, LLC; and APARTMENT MANAGEMENT CONSULTANTS, L.L.C.,<br><br>  Defendants. | Civil No. 12-CV-088-J |

**PLAINTIFF'S PROPOSED VERDICT FORM**
**(PHASE I)**

We, the jury, being duly impaneled in the above-captioned matter, unanimously find the following answers to questions submitted by the Court. (In answering the questions, place a checkmark on the appropriate line or insert the information as indicated)

1.      Determine whether any party was negligent. You must mark either "YES" or "NO" for each party.

|  | YES | NO |
|---|---|---|
| Sunridge: | ____ | ____ |
| AMC: | ____ | ____ |
| Amber Lompe: | ____ | ____ |

If you marked "NO" for both Sunridge and AMC, your verdict is complete.  The foreperson should sign and date the verdict form, and inform the bailiff.  If you marked "YES" for either Sunridge or AMC, or both, go to the next question.

2.      Determine whether each negligent party contributed to Amber Lompe's injuries.  If you marked "NO" for a party in question one, you must also mark "NO" for that party in this question.

|  | YES | NO |
|---|---|---|
| Sunridge: | ____ | ____ |
| AMC: | ____ | ____ |
| Amber Lompe: | ____ | ____ |

If you marked "NO" for both Sunridge and AMC in this question, your verdict is complete.  The foreperson should sign and date the verdict form and inform the bailiff.  If you marked "YES" for either Sunridge or AMC, or both, go to the next question.

3.      Determine the percentage of fault for to each party you found to be negligent. Write that percentage on the line next to each party's name. Your total must equal 100%

If you marked "NO" for a party in Question 2, you must write "0" beside that party's name in this question. If you marked "YES" for a party in Question 2, you must write some number greater than zero beside that party's name in this question.

Sunridge:                                                                                       _____ %

AMC:                                                                                            _____ %

Amber Lompe:                                                                              _____ %

                                                                                                    100      %

If you found that Amber Lompe's fault (if any) was greater than 50%, then your verdict is complete. The foreperson should sign and date the verdict form and inform the bailiff. If you found that Amber Lompe's fault (if any) was less than or equal to 50%, go to the next question.


4.      Determine the total amount of money necessary to compensate Amber Lompe for each category of damages below:

Pain, suffering, and emotional distress (past and future):     $_____

Disability:                                                                              $_____

Loss of enjoyment of life:                                                      $_____

Loss of earnings and future earning capacity:                     $_____

Medical expenses (past and future)                                     $_____

5. Determine whether each defendant was guilty of "willful and wanton misconduct." If you placed a "0" next to a defendant's name in Question 3, you must mark the "NO" column for that defendant.

|  | YES | NO |
|---|---|---|
| Sunridge: | ___ | ___ |
| AMC: | ___ | ___ |

You have now completed this verdict form. The foreperson should sign and date the verdict form and inform the bailiff.

Dated this _____ day of December, 2013.

_____
Signature of Foreperson

## PLAINTIFF'S PROPOSED VERDICT FORM
## (PHASE II)

Based on your consideration of the relevant factors, write the amount of punitive damages that you assess against each defendant.

  Sunridge:      $_____

  AMC:       $_____

  Dated this _____ day of December, 2013.

            _____
            Signature of Foreperson

DATED this 22nd day of November 2013.

/s/ G. Bryan Ulmer, III
G. Bryan Ulmer, III, Wyoming Bar #6-2943
Tyson E. Logan, Wyoming Bar #6-3970
THE SPENCE LAW FIRM, LLC
15 S. Jackson Street, P.O. Box 548
Jackson, WY 83001
307-733-7290 / 307-733-5248 fax

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that on this 22nd day of November 2013, I served a true and correct copy of the above and foregoing through the Court's CM/ECF system on the following:

Peter S. Dusbabek
Max K. Jones
Montgomery, Kolodny, Amatuzio & Dusbabek, L.L.P.
3534 Jolm F. Kennedy Parkway, Suite B
Fort Collins, CO 80525
 (970) 221-2800
 (970) 221-0271 Facsimile
pdusbabek@mkadlaw.com
mjones@mkadlaw.com

Counsel for the Defendants

/s/ G. Bryan Ulmer, III
G. Bryan Ulmer, III
THE SPENCE LAW FIRM, LLC