G. Bryan Ulmer, Wyoming Bar #6-2943
ulmer@spencelawyers.com
Tyson E. Logan, Wyoming Bar #6-3970
logan@spencelawyers.com
THE SPENCE LAW FIRM, LLC
15 S. Jackson Street, P.O. Box 548
Jackson, WY 83001
307-733-7290 / 307-733-5248 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| AMBER NICOLE LOMPE,<br><br>    Plaintiff,<br><br>v.<br><br>SUNRIDGE PARTNERS, LLC; and APARTMENT MANAGEMENT CONSULTANTS, L.L.C.,<br><br>    Defendants. | Civil No. **12-CV-088-J**<br><br>**PLAINTIFF'S 4th SUPPLEMENTAL EXPERT DESIGNATION** |

    Plaintiff Amber Lompe designates expert witnesses and provides the following supplement to her expert designation:

## RETAINED EXPERT WITNESSES

1. **JOHN F. FOLEY, M.D.**
   370 East 9th Ave., Suite 106
   Salt Lake City, UT 84103
   801-408-5700

Dr. John Foley is an expert neurologist.  Dr. Foley previously issued a report dated September 11, 2012, setting forth his findings based upon his neurological examination of Amber Lompe.  This report was provided with his designation filed on May 10, 2013.  Dr. Foley opined that Amber would likely be left with permanent neurological deficit caused by the Carbon Monoxide exposure.   Since the designation, Dr. Foley has reviewed the following additional materials:

> Report and September, 2013 Deposition of Peter S. Quintero
> Supplemental Report of Peter Quintero and underlying Hipskind 2013 Brain SPECT and Assessment, and Helfenstein Report and testing discussed therein.
> Report and October, 2013 Deposition of Gregory Thwaites
> October 2013 Deposition and updated records of Angelo Santiago
> Report and September 2013 Deposition of Ruthe Hannigan
> Hannigan November 11, 2013 Addendum
> Amber Lompe Deposition
> Diedre Cottenoir Deposition
> Updated Leininger Records
> Western Medical Records 2/18/13
> William Orison records.

Based upon his review of the additional records set forth above, Dr. Foley's opinions as stated in his September 11, 2012 report have not changed.  His opinion is that Ms. Lompe is left with permanent neurological deficit as a result of exposure to carbon monoxide.

He is expected to testify as his education, training, qualifications and experience in carbon monoxide injuries; the physiologic nature of carbon monoxide injuries; his examination; and, his review of the records.  He will testify that the neuropsychological testing, medical imaging, and medical course and reported symptoms are consistent with carbon monoxide

exposure and are consistent with his original opinion of continuing permanent neurological deficit.  In particular, the neurological testing and imaging studies (SPECT & f-MRI) and abnormal EEG findings are consistent with brain injury due to carbon monoxide exposure.  The test results, symptoms reported by Ms. Lompe, and course of treatment are consistent with Dr. Foley's previously stated opinion that Ms. Lompe has suffered permanent neurological deficits as a result of her exposure.

As originally designated, he is anticipated to offer rebuttal testimony to opinions offered by defendants' experts.  In particular, supporting his longstanding opinion that Amber Lompe will be left with permanent neurological deficits, Dr. Foley is expected to offer rebuttal to Dr. Quintero's opinions as set forth in his report and deposition.  In particular, Dr. Foley will rebut the opinion that Amber Lompe can be expected to improve.  She is not expected to improve, but can be expected to continue to have problems and difficulties associated with her exposure to carbon monoxide.  Dr. Foley is also expected to rebut the inference throughout Dr. Quintero's report and deposition that Amber's injury is "mild" in its effects on her life.  Ms. Lompe's brain injury is expected to have significant and profound impacts on her future.

DATED this 24th day of November, 2013.

>/s/ G. Bryan Ulmer, III
G. Bryan Ulmer, Wyoming Bar #6-2943
ulmer@spencelawyers.com
Tyson E. Logan, Wyoming Bar #6-3970
logan@spencelawyers.com
THE SPENCE LAW FIRM, LLC
15 S. Jackson Street, P.O. Box 548
Jackson, WY 83001
307-733-7290 / 307-733-5248 fax
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      This is to certify that on this 24th day of November, 2013, a true and correct copy of the above and foregoing was served to the following via ECF.

Peter S. Dusbabek
Max Jones
Sara Stieben
Montgomery, Kolodny, Amatuzio & Dusbabek, LLP
pdusbabek@mkadlaw.com
mjones@mkadlaw.com
sstieben@mkadlaw.com

                                                        */s/ G. Bryan Ulmer, III*
                                                        THE SPENCE LAW FIRM, LLC