# United States District Court
## For The District of Wyoming
Alan B. Johnson, United States District Judge

| | |
|---|---|
| Tammy Hilliker, Deputy Clerk | December 19, 2013 |
| Julie Thomas, Court Reporter | Cheyenne, Wyoming |
| Sherrill Veal, Law Clerk | |

Case No. 12-CV-88-ABJ; Amber Lompe vs Sunridge Partners LLC and Apartment Management Consultants LLC

| | |
|---|---|
| Amber Nicole Lompe, | Plaintiff's Attorneys: Bryan Ulmer, Tyson Logan |
| Plaintiff, | |
| v. | |
| Sundridge Partners LLC, Apartment Management Consultants LLC, | Defendant's Attorneys: Peter Dusbabek, Max Jones |
| Defendant. | |

## COURTROOM MINUTES
## JURY TRIAL DAY 14

| | |
|---|---|
| 11:13am- | Court is in session in chambers with parties and staff. Jurors have sent 2 questions. Instruction prepared to go to jurors. |
| 11:27am- | Court stands in recess while instruction is typed up. |
| 11:35am- | Jury has another question. Court discusses procedure of second phase if we get to that point. Instruction given to attorneys for approval. |
| 11:56am- | Court stands in recess to move to courtroom and bring in jury |
| 11:59am- | Court is back in session and jury is seated. Instructs given to jury in response to their questions. |
| 12:05pm- | Court stands in recess |
| 4:18pm- | Court is back in session. Jury is seated. Jury roll call is take. Jury has reached a verdict. Verdict is handed to the Judge. |

| | |
|---|---|
| 4:24pm- | Counsel join Judge at side bar to look at verdict.  Judge reads verdict form in open court. |
| 4:29pm- | Jury is polled. |
| 4:32pm- | Court stands in recess until 9:30am for punitive damages. |