# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

AMBER NICOLE LOMPE,

    Plaintiff,

vs.                                    Case No. 12-CV-88-J

SUNRIDGE PARTNERS, LLC, and
APARTMENT MANAGEMENT
CONSULTANTS, LLC,

    Defendants.

## JURY INSTRUCTIONS
## PUNITIVE DAMAGES

INSTRUCTION NO. _____

Having determined punitive damages should be imposed for the purposes of punishment and deterrence, you must now determine the amount of the punitive damages award. The law provides no fixed standard as to the amount of such punitive damages, but leaves the amount to your sound discretion to be exercised without passion or prejudice. In determining the punitive damage award, you should consider the following factors:

    1. Punitive damages should bear a reasonable relationship to the harm that is likely to occur from the Defendant's conduct as well as to the harm that actually has occurred. If the actual or likely harm is slight, the damages should be relatively small. If grievous, the damages should be much greater;

    2. The degree of reprehensibility of the Defendant's conduct should be considered. The duration of this conduct, the degree of the Defendant's awareness of any hazard that the Defendant has caused or is likely to cause, and any concealment or "cover up" of that hazard, and the existence and frequency of similar past conduct are all relevant in determining this degree of reprehensibility;

    3. If wrongful conduct was profitable to the Defendant, the punitive damages should remove the profit and should be in

excess of the profit, so that the Defendant recognizes a loss;

    4. The financial position of the Defendant;

    5. All of the costs of litigation should be included, so as to encourage plaintiffs to bring wrongdoers to trial.