IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

AMBER NICOLE LOMPE,

Plaintiff,

vs.  Case No. 12-CV-88-J

SUNRIDGE PARTNERS, LLC, and
APARTMENT MANAGEMENT
CONSULTANTS, LLC,

Defendants.

# JUDGMENT

This action came on for trial before the Court and a jury, Honorable Alan B. Johnson, District Judge, presiding. The issues having been tried and the jury having duly rendered its verdicts, finding that plaintiff Amber Nicole Lompe is entitled to recover compensatory and punitive damages, it is hereby

**ORDERED, ADJUDGED AND DECREED** that plaintiff, Amber Nicole Lompe, recover compensatory damages of the defendant, Sunridge Partners, LLC, in the sum of $750,000.00, plus punitive damages in sum of $3,000,000.00, plus post-judgment interest thereon at the statutory rate of 0.14%, from the date of entry of this judgment, pursuant to 28 U.S.C. § 1961. **It is further**

**ORDERED, ADJUDGED AND DECREED** that plaintiff, Amber Nicole Lompe, recover compensatory damages of the defendant, Apartment Management Consultants, LLC in the sum of $1,950,000.00, and punitive damages in the sum of $22,500,000.00, plus post-judgment interest thereon at the statutory rate of 0.14%, from the date of entry of this judgment, pursuant to 28 U.S.C. § 1961. **It is further**

**ORDERED, ADJUDGED AND DECREED** that plaintiff, Amber Nicole Lompe, recover her costs, pursuant to Fed. R. Civ. P. 54(d)(1), upon the filing of a bill of costs with the Clerk of the Court within ten (10) days of the date of entry of this Judgment, with the parties to bear their own attorneys' fees.

Dated this 26th day of December 2013.

*Alan B. Johnson*
ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE